UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARCO ANTONIO SANCHEZ JUAREZ and
JANET GUTIERREZ, individually and on behalf          Case No: 15-CV-5081
of others similarly situated,

                              Plaintiffs,                   **NOTICE OF APPEARANCE**

      -against-

156-40 GRILL LLC d/b/a TAVERNA GREEK GRILL,
GREEK GRILL CROSSBAY CORP
d/b/a TAVERNA GREEK GRILL,
EVANGELOS POLLATOS, MARIA KARRAS-POLLATOS,
MICHAEL SIDERAKIS, and KONSTANTINOS SIKLAS,

                              Defendants.
------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance in this case for defendants MICHAEL SIDERAKIS, and KONSTANTINOS SIKLAS.  I am admitted to practice in this Court, am currently in good standing, and there are no pending disciplinary proceedings against me.

Dated: October 2, 2015
       Forest Hills, New York          ____/S/_____
                                        ARTHUR H. FORMAN
                                        98-20 Metropolitan Avenue
                                        Forest Hills, New York 11375
                                        (718) 268-2616

                                        *Attorney for Defendants Michael Siderakis*
                                        *and Konstantinos Siklas*