UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARCO ANTONIO SANCHEZ JUAREZ
and JANET GUTIERREZ, on behalf
of others similarly situated

                              Plaintiffs,

    -against-

156-40 GRILL LLC d/b/a TAVERNA GREEK GRILL,
GREEK GRILL CROSSBAY CORP. d/b/a TAVERNA
GREEK GRILL, EVANGELOS POLLATOS, MARIA
KARRAS-POLLATOS, MICHAEL SIDERAKIS,
And KONSTANTINOS SIKLAS
                        Defendants.
----------------------------------------------------------------x

15-cv-5081-RRM-SIL

NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel for Individual Defendant Michael Siderakis in the above-captioned case and that all notices given or required to be given, and all papers served or required to be served, be given and served upon the undersigned.

Dated: New York, New York
        November 13, 2020

                                            MORRISON TENENBAUM PLLC

                                            By:    /s/ Lawrence Morrison
                                                   Lawrence F. Morrison, Esq.
                                                   *Counsel to Defendants*
                                                   87 Walker Street, Floor 2
                                                   New York, NY 10013
                                                   T: 212-620-0938
                                                   lmorrison@m-t-law.com

TO:    All Counsel of Record via ECF