UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARCO ANTONIO SANCHEZ JUAREZ and
JANET GUTIERREZ, individually and on behalf         Case No. 15-CV-5081(RRM)(SIL)
of others similarly situated,

                            Plaintiffs                   **STIPULATION AND ORDER OF**
                                                                             **SUBSTITUTION OF COUNSEL**

156-40 GRILL LLC d/b/a Taverna Greek Grill,
GREEK GRILL CROSSBAY CORP.
d/b/a Taverna Greek Grill, EVANGELOS POLLATOS,
MARIA KARRAS-POLLATOS, MICHAEL SIDERAKIS
and KONSTANTINOS SIKLAS,

                                                     Defendants.
-------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that Arthur H. Forman, Esq. shall be substituted by Morrison & Tenenbaum PLLC, as counsel for Defendants, MICHAEL SIDERAKIS and KONSTANTINOS SIKLAS, in the above captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

Dated:  November 11, 2020
        Forest Hills, New York

                                                                             MORRISON & TENENBAUM PLLC

*Arthur Forman*                                     By: S/ Lawrence Morrison
_____                       _____
Arthur H. Forman                                   Lawrence F. Morrison
98-20 Metropolitan Ave                         87 Walker Street, Fl. 2
Forest Hills, NY 11375                          New York, NY 10013
(718) 268-2616                                         Tel: 212-620-0938

Outgoing Attorney for                          Incoming Attorneys for Defendants
Defendants Siderakis and Siklis             Siderakis and Siklis

SO ORDERED:

_/s/ Steven I. Locke
_____
Steven I. Locke
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARCO ANTONIO SANCHEZ JUAREZ and
JANET GUTIERREZ, individually and on behalf
5081(RRM)(SILO)5081(RRM)(SIL)
of others similarly situated,

       Plaintiffs

-v.-

156-40 GRILL LLC d/b/a Taverna Greek Grill,
GREEK GRILL CROSSBAY CORP.
d/b/a Taverna Greek Grill, EVANGELOS POLLATOS,
MARIA KARRAS-POLLATOS, MICHAEL SIDERAKIS
and KONSTANTINOS SIKLAS,

       Defendants.

---------------------------------------------------------------X

Case No.
15-cv-5081 (RRM)(SIL)

**DECLARATION PURSUANT
TO LOCAL CIVIL RULE 1.4**

---

  Arthur H. Forman, declares under penalty of perjury pursuant to 28 U.S.C. §746, that the following is true and correct:

  1. I am an attorney admitted to practice before the United States District Court for the Eastern District of New York, and submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the Stipulation and Order substituting Morrison & Tenenebaum PLLC for my office as counsel of record for Defendants Michael Siderakis and Konstantinos Siklas in the above- captioned case.

  2. Said Defendants have requested that Morrison & Tenenbaum PLLC represent them in this action and have consented to withdrawal of my office, Arthur H. Forman, Esq., as their counsel.

  3. Discovery has concluded and the parties have filed a joint pre-trial statement. But the action is not yet on the trial calendar.

  4. I am not asserting a charging or retaining lien.

  5. I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the

Stipulation and Order of Substitution of Counsel submitted herewith.

Dated:  November 11, 2020
       Forest Hills, NY 11375

                                                  /S
                                  ARTHUR H. FORMAN
                                  98-20 Metropolitan Avenue
                                  Forest Hills, New York 11375
                                  (718) 268-2616

                                  *Outgoing Attorney for Defendants*
                                  *Siderakis and Siklis*

## DECLARATION OF SERVICE

  Arthur H. Forman, pursuant to 28 USC §1746 declares under penalty of perjury that on November 11, 2020, he served the Local Civil Rule Declaration and the Stipulation and Order of Subsitution on the following listed parties by U.S. 1st Class Mail:

:

    Evangelos Pollatos
    3 Farm Hill Lane
    East Norwich, NY  11732

    Maria Karras-Pollatos
    3 Farm Hill Lane
    East Norwich, NY  11732

    John Troy, Esq.
    Troy Law, PLLC
    41-25 Kissena Blvd., Suite 119
    Flushing, NY  11355

    Konstantinos Siklas
    3105 Skillman Avenue
    Oceanside, NY 11572

    Michael Siderakis
    211-18 33rd Road
    Bayside, NY 11361

Dated:  November 11, 2020
    Forest Hills, NY 11375

                    /S
                ARTHUR H. FORMAN