# TROY LAW, PLLC
ATTORNEYS /COUNSELORS AT LAW
Tel: 718 762 1324   troylawpllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

January 18, 2021

***Via* ECF**
Hon. Roslynn R. Mauskopf, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    **Letter Requesting to Set a Trial Date in this Matter:**
          *Sanchez Juarez, et. al. v. 156-40 GRILL LLC, et. al*. 15-cv-05081(SLT)(MDG)

Your Honor,

    We represent the Plaintiffs in this matter. We write respectfully to request to set a trial date in this matter. This is the first request made by the Plaintiffs.

    This action was commenced on August 31, 2015, by filing of Complaint against Defendants. *See* Dkt. No. 1. On September 6, 2018, Hon. Judge James Orenstein, deemed this action to be ready for trial and on a date to be set by Your Honor. *See* Dkt. No. 88. As of filing of this letter request, no trial date is set in this matter. Accordingly, Plaintiffs respectfully requests this Court to consider scheduling a trial in this matter to a time after June 14, 2021.

    We thank the Court for its time and consideration in this matter.

                                Respectfully Submitted,

                                      /s/ John Troy
                                        John Troy
                                    *Attorney for Plaintiffs*

Cc: all counsel of record via ECF

/pk