CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ALFONSE M. D'AMATO U.S. COURTHOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4438

OFFICIAL BUSINESS

MID-ISLAND NY 117
17 MAY 2021 PM 5 L

NEOPOST 05/17/2021
US POSTAGE $000.51⁰
FIRST-CLASS MAIL
ZIP 11722
041L11255308

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2021 ★

LONG ISLAND OFFICE

Evangelos Poliatos
3 Farm Hill Lane
East Norwich, NY 11732

USMS

NIXIE 110 NFE 1 21C0005/21/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11722443800 *1702-02506-17-40

_. 93331202176 79648

FWD
11732→10303

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:15-cv-05081-RRM-JMW

Sanchez Juarez et al v. 156-40 Grill LLC et al  
Assigned to: Judge Roslynn R. Mauskopf  
Referred to: Magistrate Judge James M. Wicks  
Cause: 29:201 Fair Labor Standards Act  

Date Filed: 08/31/2015  
Jury Demand: None  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

| Date Entered | # | Docket Text |
|---|---|---|
| 05/13/2021 | | Case Reassigned to Magistrate Judge James M. Wicks. Magistrate Judge Steven I. Locke no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Cubano, Jazmin) (Entered: 05/13/2021) |