# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

May 25, 2021

Evangelos Poliatos
P.O. Box 312
Woodbury, NY 11797

RE: 15-CV-5081(RRM)(JMW)

Dear Mr. Poliatos:

    Please find the enclosed document which was returned to us as undeliverable as your address has changed. Pursuant to our phone conversation, we are forwarding this to you as a one-time courtesy as we have become aware of your address change.

Should you wish to receive future mail and for the docket to reflect your new address, please complete the enclosed address change form and return it to us as soon as possible.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
CM 5/25/21