FILED
CLERK
1/24/2022 4:13 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE

DATE: 1/24/2022
TIME: 9:30 AM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE (Video)
CASE: 2:15-cv-05081-CBA-JMW, Sanchez Juarez et al v. 156-40 Grill LLC et al

APPEARANCES:

For Plaintiff: Aaron Schweitzer

For Defendant: Brian J. Hufnagel

No Appearance: Evangelos Pollatos and Maria Karras-Pollatos, *pro se*

Court Reporter/FTR: 9:44-9:51 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The parties advised the Court of the status of this case. *Pro se* Defendants Evangelos Pollatos and Maria Karras-Pollatos did not appear at today's conference.

☒ A Settlement Conference is scheduled for March 17, 2022 at 10:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. Parties shall comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules §5). *Pro se* Defendants are directed to provide their email address to Defense counsel for purposes of participating in the settlement conference by video.

**THE PARTIES ARE REMINDED** that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

Counsel for Defendants is to serve copies of this order upon *pro se* Defendants and file proof of service on ECF on or before 1/25/2022.

SO ORDERED
/s/James M. Wicks
JAMES M. WICKS
United States Magistrate Judge