LAW OFFICES
# MUNZER & SAUNDERS, LLP
31 East 32nd Street, Suite 905

CRAIG A. SAUNDERS*          New York, New York 10016          STEPHEN I. MUNZER (1939-2007)

(212) 221-3978

\* ADMITTED IN NY AND NJ                                       E-Mail:craig@munzersaunders.com

―――――――

FACSIMILE (646) 998-4102

March 7, 2022

**Via CEF**
The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Sanchez Juarez, et al. v. 156-40 Grill LLC, et al.
     Index No. 15-cv-05081 (SLT)(MDG)

Dear Judge Amon:

  We are the new attorneys for Defendant Konstantinos Siklas in the above referenced matter. Our Notice of Appearance was filed late last week.

  Upon reviewing the docket, I noticed that there is an in-person status conference set for March 21, 2022, at 10:00 am. The purpose of this letter is to request to appear telephonically or through Zoom. I have been diagnosed with Meniere's Disease (with severe Vertigo attacks) and have been instructed by my treating physician that I cannot drive. As I live in Westchester county, it would be a substantial hardship to appear in person.

  Any courtesies that you could provide would be greatly appreciated.

  If the Court has any questions, I can be reached at 914-450-0236 or via e-mail at craig@munzersaunders.com.

             Respectfully,

              /s/
             Craig Saunders

encl:

cc: all counsel (via CEF)