1

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK
 2     - - - - - - - - - - - - - - - X
                                     :
 3     MARCO ANTONIO SANCHEZ         :   15-CV-05081(CBA)
       JUAREZ and JANET             :
 4     GUTIERREZ, Individually       :
       and on behalf of others      :
 5     similarly situated,           :   United States Courthouse
                                     :   Brooklyn, New York
 6           Plaintiffs,             :
                                     :
 7       -against-                   :   May 16, 2022
                                     :   11:00 a.m.
 8                                   :
       156-40 GRILL LLC d/b/a        :
 9     TAVERNA GREEK GRILL, GREEK    :
       GRILL CROSSBAY CORP d/b/a     :
10     TAVERNA GREEK GRILL,          :
       EVANGELOS POLLATOS, MARIA     :
11     KARRAS-POLLATOS, MICHAEL      :
       SIDERAKIS, and                :
12     KONSTANTINOS SIKLAS,          :
                                     :
13           Defendants.             :
                                     :
14     - - - - - - - - - - - - - - - X

15          TRANSCRIPT OF CIVIL CAUSE FOR BENCH TRIAL
             BEFORE THE HONORABLE CAROL BAGLEY AMON
16            UNITED STATES SENIOR DISTRICT JUDGE

17

18                 A P P E A R A N C E S :

19     For the Plaintiffs:      TROY LAW, PLLC
                                 41-25 Kissena Boulevard, Suite 103
20                               Flushing, NY 11355

21                               BY:  AARON SCHWEITZER, ESQ.

22
       For Defts Pollatos:      SILVERBERG, P.C.
23                               320 Carleton Avenue, Suite 6400
                                 Central Islip, NY 11722
24
                                 BY:  KARL J. SILVERBERG, ESQ.
25
```

*Proceedings*                                                                 2

```
 1              A P P E A R A N C E S:  (Continued.)

 2   For Defts Siderakis
     and Siklas:              MORRISON TENENBAUM PLLC
 3                            87 Walker Street, Floor 2
                              New York, NY 10013
 4
                             BY:  BRIAN JAMES HUFNAGEL, ESQ.
 5                                LAWRENCE MORRISON, ESQ.

 6
     Court Reporter:          DENISE PARISI, RPR, CRR
 7                            Official Court Reporter
                              Telephone: (718) 613-2605
 8                            E-mail:  DeniseParisi72@gmail.com

 9   Proceedings recorded by computerized stenography.  Transcript
     produced by Computer-aided Transcription.
10

11                  *     *     *     *     *

12            (In open court.)

13            THE COURTROOM DEPUTY:  This is Sanchez Juarez v.

14   156-40 Grill LLC, 15-CV-5081 on for trial.

15            THE COURT:  Would the parties state their

16   appearances, please.

17            MR. SCHWEITZER:  Good morning, Your Honor.

18            Aaron Schweitzer appearing for Mr. Sanchez Juarez

19   and Mr. Gutierrez.

20            MR. SILVERBERG:  Good morning, Your Honor.

21            Karl Silverberg, Silverberg P.C., for defendants

22   Evangelos Pollatos and Maria Karras-Pollatos.

23            THE COURT:  And the defendants are here; correct?

24            MR. SILVERBERG:  Yes.  Right here, Your Honor.

25            MR. HUFNAGEL:  Good morning, Your Honor.
```

1          Brian Hufnagel of Morrison Tenenbaum for defendant

2  Michael Siderakis who is standing next to me here.

3          THE COURT:  Is the defendant Siklas here?

4          MR. HUFNAGEL:  He is not here.

5          THE COURT:  He is not here?

6          MR. HUFNAGEL:  He is not here.

7          This is also Mr. Morrison.

8          MR. MORRISON:  Lawrence Morrison of Morrison

9  Tenenbaum for Michael Siderakis.

10          THE COURT:  I was told by Craig Saunders that

11  Mr. Morrison was going to also act as counsel for Mr. Siklas.

12          MR. MORRISON:  Your Honor, I'm not sure where that

13  came from.

14          THE COURT:  Well, it's in a letter that was filed on

15  a docket.  Document 107 was filed 3/30/22 on ECF, and no one

16  ever indicated to the Court that that letter was in error.

17          MR. MORRISON:  Sorry, so we -- Mr. Saunders --

18          THE COURT:  I can't hear you.

19          MR. MORRISON:  I'm sorry.

20          Mr. Saunders had substituted in for Mr. Siklas

21  because we believed that there was conflict, so --

22          THE COURT:  No one has ever said this.

23          Have you seen this letter?  It's Document 107.

24          MR. MORRISON:  I'm sorry, I have not.

25          THE COURT:  Well, it would have come to you;

*Proceedings*                                                      4

1    correct?

2                MR. MORRISON:  I must have missed the document.

3                THE COURT:  So is Mr. Saunders submitting a false

4    letter to the Court?  It says:  This letter is written

5    pursuant to your directive at the pretrial conference held

6    this past Monday regarding my ability to appear at trial.

7    After discussion with co-counsel, Mr. Lawrence Morrison, we

8    have decided to proceed with co-counsel acting in and of

9    counsel position to this office on behalf of Mr. Siklas.

10   Although they are united in interest, they are not on speaking

11   terms.  As such, I will get transportation and appear for any

12   testimony of my client.

13               So he said, basically, that you were going to handle

14   the case.  And you actually had filed a notice of appearance

15   earlier on behalf of Mr. Siklas.

16               MR. MORRISON:  We had, and then we had a

17   substitution.  I haven't heard from Mr. Siklas.  I would have

18   no issue doing so.  I'm surprised that his counsel is not

19   here.

20               THE COURT:  Well, this letter was --

21               MR. MORRISON:  I must have missed it.  I'm so sorry,

22   Your Honor.  This is an unusual situation.  Mr. Saunders is

23   his counsel.  He knew to be here.  He knew to have his client

24   here.  He has been on all of the docket -- everything that's

25   on the docket goes -- he's replying to emails since he's come

*Proceedings*                                                                      5

1    in and substituted in.  Perhaps we begin today -- Mr. Siklas

2    would not -- I would guess that we would finish testimony

3    today of the plaintiffs, and I can try to work this out with

4    Mr. Siklas if we are going to appear for him tomorrow.

5              THE COURT:  Can you represent Mr. Siklas's interest

6    today?

7              MR. MORRISON:  I have no problem doing that.  The

8    answer is fine, yes, I will do so, Your Honor.

9              MR. SCHWEITZER:  I still have a problem in that

10   Mr. Siklas is not, himself, here.

11             THE COURT:  Pardon me?

12             MR. SCHWEITZER:  I still have a problem in that

13   Mr. Siklas is not, himself, here.

14             THE COURT:  Well, I suppose he can choose not to be

15   here; correct?  You may want to call him as a witness at some

16   point.  Is he on your witness list?

17             MR. SCHWEITZER:  Each of the defendants is on my

18   witness list, yes.

19             THE COURT:  So what is the problem?  Presumably,

20   defendants would like to be here, but they can absent

21   themselves if, I take it, they don't want to be here; correct?

22             MR. SCHWEITZER:  If he doesn't show up at the

23   remainder of the trial, Your Honor, I submit that's a default

24   and --

25             THE COURT:  Well, are you suggesting, counsel, we

1   can't go forward without his being here?

2          MR. SCHWEITZER:  I'm suggesting we can go forward

3   without his being here --

4          THE COURT:  Okay.

5          MR. SCHWEITZER:  -- but if he's not here, he's

6   defaulted.  That's -- he was ordered to be here to participate

7   in trial.  He's not.

8          THE COURT:  Well, you can move for default if that's

9   what you want to do.  It was clear to everyone that --

10  everybody is here except for him; correct?

11         MR. SCHWEITZER:  Yes.

12         THE COURT:  There was no misunderstanding about what

13  the trial date was; correct?

14         MR. SCHWEITZER:  None whatsoever.

15         THE COURT:  And, Mr. Morrison, I take it you agree

16  with that, that there was no misunderstanding about what the

17  trial date was.

18         MR. MORRISON:  Not at all.

19         THE COURT:  You know, if he doesn't want to be here,

20  I'm not holding up anything because he and his lawyer are not

21  acting responsibly, so let's go.

22         Let me just ask you -- I don't know if we finished.

23  I think all of the counsel have indicated who they are here

24  for; is that correct?

25         MR. HUFNAGEL:  You are correct, Your Honor.

1          THE COURT:  Okay.  And the two plaintiffs are here;
2    correct?
3          MR. SCHWEITZER:  Yes, Your Honor.  They're behind
4    me.
5          THE COURT:  And Mr. Siderakis?
6          MR. SIDERAKIS:  Right here.
7          THE COURT:  All right.  That's Mr. Siderakis, okay.
8          All right.  Does plaintiff want to give a brief
9    opening statement?
10          MR. SCHWEITZER:  Yes, Your Honor.
11          THE COURT:  Everyone else can be seated.
12          If you just proceed to -- if you would prefer to
13    waive the opening statement and proceed with your case, you
14    can.
15          MR. SCHWEITZER:  That's all right.
16          THE COURT:  Pardon me?
17          MR. SCHWEITZER:  No, that's all right.  I will make
18    an opening statement, Your Honor.
19          THE COURT:  Okay.  Do defense counsel also want to
20    open?
21          MR. SILVERBERG:  I will open if -- depending on what
22    is said here.
23          THE COURT:  Okay.
24          MR. SCHWEITZER:  So, may it please the Court, this
25    Court really comes down to -- this case really comes down to a

1  single question.  That is, which of the defendants, Evangelos

2  Pollatos, Maria Karras-Pollatos, Konstantinos Siklas -- also

3  known and Gus Siklas -- Michael Siderakis were plaintiffs'

4  employers.

5           Now, compared to this question, finding the facts of

6  Marco Sanchez and Janet Gutierrez wages an hour should be

7  almost automatic.  None of the defendants have comprehensive

8  records of Mr. Sanchez or Ms. Gutierrez hours worked, or wages

9  paid, or the basis thereof.

10          You will hear from Mr. Sanchez and from

11 Ms. Gutierrez that they consistently worked more than 40 hours

12 in a week in a spread range of 10 hours per day and that they

13 were paid flat weekly salaries that weren't supposed to change

14 when their hours changed.

15          Defendants will not be able to come forward with

16 evidence to contradict that or to rebut the presumption under

17 the law codified in the applicable hospitality industry wage

18 order and that plaintiffs' salaries only compensated them for

19 the first 40 hours of their work each week and did not include

20 pay at time-and-a-half or otherwise for overtime or for spread

21 of time.

22          It is not disputed that plaintiffs were not given

23 written wage notices at their times of hire.  Under the wage

24 order, this is, in fact, defendants' burden to proof.  They

25 can't do it.

1          The single record that was kept by Mr. and

2   Ms. Pollatos, one weekly salary payment to Mr. Sanchez in

3   June 2013, a copy of which he was not given to keep, supports

4   his recollection as to what his flat weekly salary was.

5          In contrast, the question of who plaintiffs'

6   employers were is hotly disputed to the point where each set

7   of defendants -- Mr. and Ms. Pollatos, on one hand, and

8   Mr. Siderakis and Mr. Siklas, on the other -- each raise it as

9   their sole defense in the pretrial order.  Mr. and

10  Ms. Pollatos say that only Mr. Siderakis and Mr. Siklas were

11  plaintiffs' employers and vice versa.

12         Mr. and Ms. Pollatos contend that she was only a

13  passive investor at 156-40 Grill LLC, which operated Taverna

14  Greek Grill and that he observed the business as her

15  investment, and Mr. Siderakis and Mr. Siklas ran the business,

16  according to an operating agreement, at least for a while.

17         Mr. Siderakis and Mr. Siklas contend, on the other

18  hand, that the business was really controlled by Mr. and

19  Ms. Pollatos and that, in any event, they stopped working for

20  Taverna at a certain point and Mr. and Ms. Pollatos operated

21  it thereafter.

22         The control of the business is not the question.

23  The question is who had the power over the pleas.  The

24  evidence will show that all four of the defendants possessed

25  the power to control the employees, including plaintiffs in

 1   various aspects of their work.  The evidence will show that

 2   all four of the defendants had the power to hire employees;

 3   that all four, as a group, interviewed and hired Mr. Sanchez

 4   and that Mr. Pollatos hired Ms. Gutierrez.

 5          The evidence will show that defendants had the power

 6   to fire employees; that Mr. and Ms. Pollatos fired

 7   Mr. Sanchez; and Mr. Pollatos fired another employee named

 8   Valencia; and that Mr. Siklas fired another employee named

 9   Edgar.

10          The evidence will show that at first all four

11   defendants, and then Mr. and Ms. Pollatos determined and

12   posted employees' schedules from week to week.  The evidence

13   will shows that Mr. Pollatos, Mr. Siderakis, and Mr. Siklas

14   together determined Mr. Sanchez's salary and together informed

15   him what his salary would be.  Mr. Pollatos and Mr. Siderakis

16   decided to reduce the wages of a dishwasher named Ana Maria

17   over Mr. Sanchez's objections; and all four defendants decided

18   together to bring in replacements from Cross Bay Diner --

19   Mr. Siderakis' and Mr. Siklas's other business -- when Ana

20   Maria quit in response.

21          The evidence will show that the money to pay

22   employees' wages, including plaintiffs, came from Ms. Pollatos

23   and that it was distributed -- two of the employees -- by

24   Mr. Siderakis, Mr. Pollatos, and Ms. Pollatos on various

25   occasions.

1           Employees, including the plaintiffs, were paid cash

2    and frequently shortchanged for which the explanation offered

3    was lack of cash on hand.  Plaintiffs were promised that their

4    shortfalls would be made up later, but they never work.

5           Again, none of the defendants kept comprehensive

6    records; there was no time clock or other time-recording

7    mechanism in the restaurant.  But the sole pay record that was

8    kept and produced in discovery was kept and produced by Mr.

9    and Ms. Pollatos.

10          The evidence will show that Mr. Siderakis had

11   special control over the restaurant's inventory and that

12   Ms. Pollatos had special control over management of the wait

13   staff.  The economic reality, considering all of the above

14   circumstances is that each of the four defendants controlled

15   employees at Taverna Greek Grill and that they are each

16   plaintiffs' employers, certainly for at least part of their

17   employment, if not all of it.

18          156-40 Grill LLC itself is not represented by

19   counsel, has not answered, and is in default, thus cannot

20   dispute that it was plaintiffs' employer.

21          I mentioned that it was defendant's burden to prove

22   that they furnished wage notices and complied with that

23   portion of the labor law.  It is also their burden to prove

24   good faith.  That requires proving efforts to learn about the

25   dictates of the wage and hour laws and to comply with them.

1   Here, Mr. Siderakis and Mr. Siklas were experienced

2   restauranteurs, and Mr. and Ms. Pollatos were advised by an

3   accountant, and yet no effort was made to ensure Mr. Sanchez

4   and Ms. Gutierrez were paid for their overtime hours or paid

5   an extra hour on days when their spread of time exceeded ten

6   hours.  No effort was made even to pay Mr. Sanchez and

7   Ms. Gutierrez fully their promised salary, only excuses were

8   offered.

9           All that being the case, I will ask you to find in

10  favor of the plaintiffs and award unpaid wage damages, as well

11  as liquidated damages, as well as the other remedies available

12  under the law.

13          Thank you.

14          THE COURT:  Thank you.

15          Mr. Silverberg?

16          MR. SILVERBERG:  I will try to be brief, Your Honor.

17          I think the case sort of breaks down into three

18  phases for timeline purposes:  There was the construction

19  phase when the restaurant was being built out, and that

20  occurred in the fall of 2012 up until the time that the

21  restaurant opened in March 2013; and there was a period from

22  March 2013 for about the next, say, about three months until

23  about May, June 2013; and then there was the period from

24  June 2013 to when the restaurant closed in January 2014.

25          You will hear testimony from my witnesses, Your

1    Honor, that with respect to the construction phase,

2    Mr. Siderakis or Mr. Siklas ran that operation for the first

3    three months that the business was operating.  Again,

4    Mr. Siderakis and Mr. Siklas ran that operation.

5          Then, thereafter, after they had left, Mr. Siderakis

6    and Mr. Siklas had left the management of the company,

7    Mr. Evangelos Pollatos took over the management, but before

8    that period of time, before that last period, during the

9    construction phase and during the initial opening, my clients

10   both had no supervisory roles, as far as the employees went.

11   They didn't set schedules, they didn't set pay, and they

12   didn't hire and fire anybody during that period of time during

13   the construction phase and during the initial opening.

14         As far as Mrs. Pollatos goes, Mrs. Maria

15   Karras-Pollatos, she was basically a money investor -- a

16   behind-the-scenes investor.  She showed up to the business a

17   couple times to eat meals with her young children, but she has

18   no active role in the company; she never hired, fired anybody;

19   she never supervised anybody, she never set anybody's

20   schedules, Your Honor.

21         That's it, Your Honor.

22         THE COURT:  Okay.  Thank you.

23         MR. HUFNAGEL:  Your Honor, on behalf of

24   Mr. Siderakis, you will hear a very different story from our

25   side of the defense here.  Mr. Siderakis was not involved in

1    the construction phase, other than him speaking a couple of

2    times to Mr. Pollatos.  He was not involved with build-out

3    with the --

4             THE COURT:  Do you all have microphones at your

5    desk?

6             MR. HUFNAGEL:  I will try to be a little louder.

7             THE COURT:  The way these courtrooms are set up are

8    not great, but it's actually better if you sit down; I can

9    hear you better.

10            MR. HUFNAGEL:  Thank you, Your Honor.

11            I can hear it myself now, yes.

12            Mr. Siderakis had initially spoken with the

13   Pollatoses about becoming an investor in the restaurant, and

14   then that, in fact, took place and was memorialized in

15   February of 2013.  He, though, when the restaurant opened was

16   only involved for a matter of a few days, Your Honor.  He had

17   very minimal involvement here, and then had a falling-out, a

18   dispute, and then Mr. Siderakis was left, and, at that point,

19   he had no dealings or role in his business at all.  In fact,

20   the business was eventually sold, he received nothing for the

21   sale of that business, despite having put money in and

22   becoming an owner of the company.

23            So, further, Your Honor, he had very little dealings

24   with any of these employees.  He was not the one responsible

25   for issuing paychecks to them, for example, or otherwise.  And

1   then to the extent -- again, to the extent he was, you will

2   hear from him about the very short period of time that he was

3   on there, Your Honor, and that's really where our disputes

4   between the defenses lie.

5           THE COURT:  Okay.

6           Do you have anything to add for Mr. Siklas?

7           MR. MORRISON:  Your Honor, he would echo what Mr.

8   Hufnagel has said.  Mr. Siklas, like Mr. Siderakis, invested

9   in the business.  For a short period of time --

10          THE COURT:  If you sit down, it's better.

11          MR. MORRISON:  Sorry.

12          THE COURT:  It's important that you pull that little

13  gray thing toward you.

14          MR. MORRISON:  He was not in charge of the hiring or

15  firing of the employees.  He was essentially a passive

16  investor, and just like Mr. Siderakis, after a short period of

17  time, there was a dispute and never went back.

18          THE COURT:  Okay.  Thank you.

19          Do you want to call your first witness, please.

20          MR. SCHWEITZER:  Yes, Your Honor.  I will call Marco

21  Antonio Sanchez Juarez.

22          THE COURT:  Okay.  Step forward.

23          MR. SCHWEITZER:  I would move the microphone closer,

24  but it's adhering to the table.

25          THE COURT:  Are you an interpreter?

1          THE INTERPRETER:  I am, Your Honor.

2          THE COURT:  Raise your right hand.

3          (Interpreter sworn.)

4          THE COURT:  Will you raise your right hand?

5          (Witness sworn.)

6          THE WITNESS:  I swear that the testimony will be the

7     truth.

8          THE COURT:  First of all, for the record, the

9     interpreter's name?

10          THE INTERPRETER:  My name is Luis Lopez, L-U-I-S

11    L-O-P-E-Z.

12          THE COURT:  And the defendant, would you state your

13    name for the record, please?

14          THE WITNESS:  Marco Antonio Sanchez Juarez.

15          THE COURT:  Okay.  Do you want to inquire?

16          MR. SCHWEITZER:  Yes, Your Honor.

17          May I remain seated?

18          THE COURT:  Yes.

19          MR. SCHWEITZER:  Thank you, Your Honor.

20          (Continued on next page.)

21

22

23

24

25

1  **MARCO ANTONIO SANCHEZ JUAREZ,**

2              called as a witness, having been first duly

3              sworn/affirmed, was examined and testified as

4              follows:

5  DIRECT EXAMINATION

6  BY MR. SCHWEITZER:

7  Q    Mr. Sanchez, are you familiar with a restaurant known as

8  Taverna Greek Grill?

9  A    Yes.

10 Q    How are you familiar with it?

11 A    I was taken there to work by Mike, Konstantinos -- Mike,

12 the gentleman that's there -- I forget his name -- and Gus,

13 yes.

14 Q    When you say "Gus," are you referring to Gus Siklas?

15 A    Yes, I know him as Gus.

16 Q    How did you come to be -- how -- withdrawn.

17              What was your job at Taverna Greek Grill?

18 A    They took me there to cook and do specialties -- Greek

19 specialties.

20 Q    When did you start working at Taverna Greek Grill in any

21 capacity?

22 A    In October, they had -- they took me for a test at a

23 Brooklyn diner.

24              THE COURT:  October of what year?

25              THE WITNESS:  2012.

1  BY MR. SCHWEITZER:

2  Q    Do you recall the name of the diner?

3  A    Carbide something it's called.  I don't know how to

4  pronounce it.  I don't remember the name too much.

5  Q    Is it Cross Bay Diner in English?

6  A    No.  That's the second diner that was close by.

7  Q    Did you ever work at that Brooklyn diner that wasn't

8  Taverna?

9  A    No.  No.  I just went to cook there to make some food for

10  the gentleman.

11  Q    For what purpose?  To be served to customers?

12  A    It was a test to see if they liked my work, and they

13  would hire me.

14  Q    Who observed you cooking at the Brooklyn diner?

15  A    Mark, the gentleman there, and Gus.

16        THE COURT:  When you say "the gentleman there," who

17  are you referring to?

18        THE WITNESS:  I don't know his name.

19        THE INTERPRETER:  He's pointing.

20        THE COURT:  What does he have on?  What color jacket

21  does he have on?

22        THE WITNESS:  A gray sweater.  The man who is right

23  there.

24  BY MR. SCHWEITZER:

25  Q    Are you referring to the gentleman in the gray sweater,

1  blue button-down shirt, and blue mask towards the very right

2  of the forefront of the foremost defense table?

3  A    Yes.

4  Q    Is that Angelo Pollatos?

5  A    Yes, Angelo, exactly.

6                THE COURT:  I thought you said his name was Mike.

7                THE WITNESS:  No.  Mike is the one with the blue

8  jacket.

9                THE COURT:  Who is the one who first took you to the

10  Brooklyn diner to have you cook food for him as a test?  Who

11  did that?

12                THE WITNESS:  The three of them went.

13                THE COURT:  All three of them took you to the

14  Brooklyn diner?

15                THE WITNESS:  Yes.

16                THE COURT:  When you say all three of them, who are

17  you talking about?

18                THE WITNESS:  Mike.  We went in a car and we arrived

19  there.  They asked me to make them some special plates --

20                THE COURT:  That's Mike you are talking about now;

21  right?

22                THE WITNESS:  Yes.

23                THE COURT:  Mike is the fellow in the courtroom in

24  the blue jacket; is that correct?

25                THE WITNESS:  Correct.

1          THE COURT:  All right.  So the record will reflect

2   that the witness has identified the defendant Michael

3   Siderakis.

4          So Mike is the one who takes you to the diner to do

5   the test for the food; is that right?

6          THE WITNESS:  Yes.

7          THE COURT:  And then who else got involved?

8          THE WITNESS:  Pollatos.  I forget his name.

9          THE COURT:  Are you referring to the fellow in the

10  light gray sweatshirt?

11         THE WITNESS:  Yes.

12         THE COURT:  All right.  Let the record reflect he's

13  making reference to -- is it Angelo Pollatos?

14         MR. SILVERBERG:  His name is Evangelos Pollatos, but

15  he's known as Angelo, Your Honor.

16         THE COURT:  All right.

17         So was he there that day, too?  Yes.  I cooked him a

18  plate of sardines.

19         THE COURT:  What, if anything, was his relationship

20  to the restaurant you were cooking at?

21         THE WITNESS:  They were the bosses.

22         THE COURT:  Of this Brooklyn diner?

23         THE WITNESS:  I have no idea who the owner of that

24  place is, but they took me there to cook.

25         THE COURT:  Okay.  So Mr. Pollatos and Mike

1  Siderakis, they are the ones that took you to this diner, and

2  you were supposed to cook for them to see how good a cook you

3  were; correct?

4          THE WITNESS:  Yes.

5          THE COURT:  And that happened in October of 2012?

6          THE WITNESS:  Yes.

7          THE COURT:  Okay.

8  BY MR. SCHWEITZER:

9  Q    Just for clarity sake, besides Mr. Pollatos and besides

10 Mr. Siderakis, was anyone else present to observe the quality

11 of your cooking at the Brooklyn diner?

12 A    Gus.

13 Q    When you say "Gus," are you referring to Konstantinos

14 Siklas?

15 A    Yes, sir.

16 Q    After you had finished cooking the test dishes, what, if

17 anything, happened?

18 A    They liked it and we arranged to have another reunion --

19 another meeting at the Cross Bay Diner.  We sat down at a

20 Starbucks coffee, they bought me a coffee, they bought me a

21 sandwich, and we agreed on a price of a salary.

22 Q    When did this second meeting at the Cross Bay Diner take

23 place?

24 A    It was during the same month, one week later.

25 Q    Sometime in October 2012?

1  A    Yes.

2  Q    You said that your salary was discussed at that Cross Bay

3  Diner meeting?

4  A    Yes.  We agreed that during the construction phase that I

5  was going to be paid a salary; and when the restaurant opened,

6  I would get a salary; and if the restaurant progressed in the

7  positive, my salary would increase.

8  Q    Who spoke during that conversation?

9  A    Angelo, Mike, and Gus.

10  Q    And what did each of them say?

11  A    How much I was going to get paid, what I was going to

12  cook, and what the menu was going to look like with the other

13  guys.

14  Q    How much were you promised during the Cross Bay Diner

15  meeting?

16  A    They told me they were going to pay me a thousand

17  dollars.

18  Q    Who, in particular, told you that you would be paid a

19  thousand dollars?  Mike, Gus, Angelo, or a combination of the

20  three?

21  A    Combination of all of them.

22        THE COURT:  Pay you a thousand dollars for what?

23  What period of time?

24        THE WITNESS:  They were going to pay me per week.

25        THE COURT:  A thousand dollars a week is what they

1    promised?

2            THE WITNESS:  Yes.

3            THE COURT:  Was that during the construction phase

4    or another phase?

5            THE WITNESS:  They wanted to open up soon.  They

6    wanted the construction to finish right away so they could

7    open up right away.

8            THE COURT:  How much were you going to be paid

9    during the construction phase?  Anything?

10           THE WITNESS:  They told me they were going to pay

11   750 because it wasn't open yet.

12           THE COURT:  So 750 a week during the construction

13   phase, and then a thousand dollars a week after it opened?

14           THE WITNESS:  Yes.

15           THE COURT:  And this conversation about how much you

16   were going to get paid, it took place where?  Where did this

17   conversation take place?

18           THE WITNESS:  This was in the Starbucks close to the

19   Cross Bay Diner.

20           THE COURT:  Do you want to continue, counsel?

21           MR. SCHWEITZER:  Yes.

22   BY MR. SCHWEITZER:

23   Q    During this meeting at the Starbucks near the Cross Bay

24   Diner, was your schedule discussed?

25   A    We spoke in the beginning that it was going to be a lot

1   of work at the beginning -- ten hours possibly -- and then as

2   the restaurant progressed, I was going to work more hours.

3   Q    When you say "ten hours," is that per day?

4   A    Yes.

5   Q    Did you discuss how many days you would work in a week?

6   A    Yes.  I was going to work six days.

7   Q    Did you work during the construction period?

8   A    Yes.

9   Q    In what capacity?

10  A    The floors in the kitchen, helping out putting in the

11  stove, things like that in the kitchen.

12  Q    How long did the construction period last?  When did it

13  begin?  When did it end?

14  A    I think it was about three or four months.

15  Q    Beginning what month?  October 2012?

16  A    Yes, October.

17  Q    Approximately when did it end in terms of month and year?

18  A    February or March.

19  Q    Of 2013?

20  A    Yes, 2013.

21  Q    During that period, how many days would you work in a

22  week?

23  A    At the beginning, I was working seven days.

24  Q    That was during the construction period?

25  A    No.  During the construction, I was working six days.

1    Q    And during the construction period, what time of day did

2    your workday start, and what time of day did your working day

3    end?

4    A    I would arrive at nine o'clock in the morning.  Sometimes

5    I would leave 9:30 p.m., 10 o'clock p.m.

6    Q    That's 9:30 or 10:00?

7    A    Yes.

8    Q    Okay.  I'm sorry, I just didn't hear clearly.

9         During the construction period, was there a time

10   clock or sign-in sheet or other means of recording your time?

11   A    No.

12   Q    During the construction period, how did you get paid?

13   A    It was always in cash.

14   Q    Who paid you during the construction period?

15   A    Him -- Angelo.

16   Q    Do you know where the cash that was used to pay you came

17   from?

18   A    No.

19   Q    And at what rate were you paid during the construction

20   period?

21   A    600, 650.

22   Q    I'm sorry, can you repeat that?

23   A    600, 650.

24   Q    Is that per week?

25   A    Yes.  Sometimes they would give me less, sometimes they

1  would give me more.

2  Q    Did the fluctuations on how much you were paid depend on

3  the number of hours you worked?

4  A    It depended on them saying that there wasn't enough money

5  available because the business wasn't open yet.

6  Q    Were you ever paid your promised $750 per week during the

7  construction period?

8  A    No.  We never spoke about money during the construction.

9          THE COURT:  That wasn't the question.  The question

10  was, you testified earlier that they had agreed to pay you

11  $750 a week during the construction period; is that correct?

12          THE WITNESS:  Yes.  During the construction, that's

13  what we agreed upon.

14          THE COURT:  Did they pay you $750 a week during the

15  construction period?

16          THE WITNESS:  No.

17          THE COURT:  Did you ask them why not?

18          THE WITNESS:  Sometimes they weren't there;

19  sometimes one guy came; sometimes another guy came.

20          THE COURT:  Well, did you ask any of the guys who

21  came why they weren't paying you what they promised?

22          THE WITNESS:  They always waited for Gus.  He

23  carried a black bag, and he was the one that usually paid.

24          THE COURT:  Did you ask Gus why he didn't pay you

25  the $750?

```
 1              THE WITNESS:  Yes.  The answer was that there wasn't
 2   enough money because it wasn't opened yet.  When they open and
 3   they made enough money, then they'll pay me.
 4              THE COURT:  So when you asked them, that's what they
 5   said; is that correct?
 6              THE WITNESS:  Yes.
 7              THE COURT:  Okay.
 8   BY MR. SCHWEITZER:
 9   Q    Once the restaurant opened, were you, in fact, paid for
10   the difference between the 750 per week you were promised and
11   the 600 or 650 you were paid during the construction period?
12   A    No.  They said they wanted me to work a week, keep it as
13   a security.
14   Q    Over the course of your employment, were you --
15              THE COURT:  I'm sorry, explain that again.  What did
16   they say?
17              THE WITNESS:  They said they were going to -- the
18   first week they were going to hold it as a security-type
19   thing, and then I will be getting paid after that -- one week
20   behind.
21              THE COURT:  So they were not going to pay you for
22   the first week?
23              THE WITNESS:  No.  They left it as a security.
24              THE COURT:  Security for what?
25              THE WITNESS:  I have no idea.
```

1      THE COURT:  So they were going to hold on to that

2  money and pay it to you later?

3      THE WITNESS:  Yes.  They were going to hold that

4  first week and then continue paying me after that, always one

5  week behind.

6      THE COURT:  Okay.

7  BY MR. SCHWEITZER:

8  Q    Referring to the difference between the 600 to 650 you

9  were paid and the 750 you were promised during the

10 construction period, was that difference ever paid to you

11 during the course of your employment?

12 A    No.

13 Q    When did the restaurant open, approximately?

14 A    March 2013.

15 Q    And for how long did you continue working there?

16 A    About one year.

17 Q    When did you leave, approximately, in terms of month and

18 year?

19 A    I don't remember the month that I left.  They fired me.

20 Q    You left sometime in 2014?

21 A    Yes.  Around there.

22 Q    You said you stayed for about a year and that the

23 restaurant opened in about March.  Would it be fair to say

24 that you left in around March of 2014?

25 A    Around there, more or less.

1  Q    When you were hired, were you given a piece of paper

2  saying how much you would be paid?

3  A    No.  Just by word.

4  Q    When the restaurant opened, were you given such a piece

5  of paper?

6  A    No.

7  Q    After the restaurant opened, did your schedule change?

8  A    Yes.  I had to work more hours, from opening to closing.

9  Q    When did your working day begin and when did it end?

10 A    I would start 9:00 a.m. and at times I would leave at

11 11:00 p.m.

12 Q    When would you usually leave?

13 A    10:00 p.m. or 11:00.

14 Q    And how many days a week did you work in a week after the

15 restaurant opened?

16 A    For the first four or five months, I worked seven days a

17 week, and then after that, six.

18 Q    How did you learn that your schedule would be changing

19 from the construction period to the opening period?

20 A    They were talking about that the opening was going to be

21 soon and that we all should prepare ourselves to work.

22 Q    When you say "they were talking about that," who were you

23 referring to?

24 A    The three associates:  Mike, Angelo, and Gus.

25 Q    After about four to five months of your employment, how

1  did you learn your schedule would be changing from seven days

2  a week to six days per week?

3  A    I'm human.  I couldn't do that anymore.

4  Q    Did you ask for it to be changed?

5  A    Yes.

6  Q    Who did you ask?

7  A    I talked first to Mike, then Angelo, then Gus.

8  Q    And, to your knowledge, who granted your request for a

9  one-tour day?

10 A    I have no idea.  They would speak amongst each other.

11          THE COURT:  Who came back and told you it was okay

12 to work six days?

13          THE WITNESS:  Angelo.  He was in the restaurant most

14 times.

15          (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

1   BY MR. SCHWEITZER: (Continuing.)

2           THE COURT:  So Angelo is the one who came back, at

3   least, and told you that the six days would be okay?

4           THE WITNESS:  Yes.

5           THE COURT:  And you said he was in the restaurant

6   most of the time?

7           THE WITNESS:  Yes.

8           THE COURT:  How often would Mike be there?

9           THE WITNESS:  Mike would sometimes close and then

10  they would switch when they close one day, one day the other

11  guy closes.

12          THE COURT:  What about Gus, how often was he

13  there?

14          THE WITNESS:  The same, two or three times a week.

15          THE COURT:  Well, was Mike there two or three times

16  a week too?

17          THE WITNESS:  Yes.

18          THE COURT:  Gus was there two to three times a week?

19          THE WITNESS:  Yes.

20          THE COURT:  And Angelo was there all the time?

21          THE WITNESS:  Yes.  He was there mostly in the

22  morning every day.

23          THE COURT:  All right.

24          We're just going to need to take a -- there's a

25  matter in chambers -- a brief five-minute recess.

1          MR. SCHWEITZER:  Yes, Your Honor.

2          (A recess was taken.)

3
          (Continued on the following page.)
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  All right, counsel, you want to continue

3    with direct.

4          MR. SCHWEITZER:  Yes, your Honor.

5    DIRECT EXAMINATION

6    BY MR. SCHWEITZER: (Continued.)

7    Q    You said before we broke that Angelo was in the

8    restaurant most days, mostly in the morning.  Approximately

9    what time of day did he leave?

10         THE COURT:  Did who leave?

11         MR. SCHWEITZER:  Angelo.

12   A    It would be about 5 p.m. or so.

13   Q    From what time of day to what time of day would Mike

14   typically be there two, three times per week?

15   A    Always in the evening to close.

16   Q    What o'clock to what o'clock?

17   A    Three or 4 p.m. 'til about 11.

18   Q    And what o'clock would Gus arrive and at what o'clock

19   would Gus leave on those days that he was at the restaurant?

20   A    At the same time.

21   Q    About 3 o'clock to 11 o'clock?

22   A    Yes, sir.

23   Q    Would Gus also close the restaurant on those days he was

24   there?

25   A    Yes, sir.

1          THE COURT:  Were Mike and Gus there on different

2     days?

3          THE WITNESS:  Yes.

4          THE COURT:  Okay.

5     BY MR. SCHWEITZER:

6     Q    How would Angelo spend his time at the restaurant between

7     when he arrived in the morning and when he left at 5 o'clock,

8     what would he do?

9     A    He would check out the deliveries, the food that came in.

10    Q    Are you referring to the deliveries of the ingredients?

11    A    Yes, sir.

12    Q    Anything else?

13    A    I don't remember too well, but that, yes.

14    Q    What would Mike do when he was at the restaurant between

15    five and 11 -- sorry, between three and 11?

16    A    He would be in charge of the restaurant, checking the

17    food, how the food came out, how the customers were.

18    Q    What would Gus do when he was at the restaurant between

19    three and 11?

20    A    The same.

21    Q    The same as Mike?

22    A    Yes.

23    Q    When Angelo was at the restaurant, between the morning

24    and 5 o'clock, did he give any instructions or tasks to any of

25    the employees?

1          THE INTERPRETER:  What was the last part of that,

2    counsel.

3    Q    Would Angelo give any instructions or tasks to any of the

4    employees?  Here's what you do, or here's how you do it.

5    A    Yes, he would.  You have to put this, you have to do

6    this, you have to do that.

7    Q    What are some examples of tasks he would assign?

8    A    The food, specials of the day.

9          THE COURT:  I don't understand what that means.

10          THE WITNESS:  Every day there was a different

11    special.

12          THE COURT:  What did he have to do with that?

13          THE WITNESS:  He would taste it, if he approved it

14    we would sell it, if not, no.

15    Q    Would he tell you what the special of the day was?

16    A    Sometimes yes, sometimes no.

17    Q    Who else, if anyone, would tell you what the special was?

18    A    Majority of the time it was him.

19    Q    And the minority of the time who was it?

20    A    Sometimes Mike was there or Gus.

21    Q    And they would tell you what special you needed to cook?

22    A    Sometimes yes, sometimes no.

23    Q    Did Angelo give those employees any tasks other than

24    telling you what the special was and tasting the special?

25    A    He would give orders, you got to clean this, you have to

1    wash this.

2    Q    About how often would he do that?

3    A    They're the bosses, they're the bosses they send people

4    to do what they wanted them to do.

5            THE COURT:  Who is "they?"

6            THE WITNESS:  Mike, Gus and Angelo.

7    Q    Would Mike give you instructions or tasks to do?

8    A    Yes.

9    Q    What kind of instructions or tasks would Mike give you?

10   A    Cook the food the way they wanted it to be cooked.

11   Q    The way who wanted it to be cook?  Please avoid pronouns.

12   A    Okay, all right, then Mike, Gus and Angelo.

13   Q    Did Gus give you instructions or tasks?

14   A    Yes.

15   Q    Like what?

16   A    Every day of the week the food changed, so he would tell

17   us, and tell me what fish is going to be done today, what meat

18   we're going to cook today, what has to be done.

19   Q    After the restaurant opened, how were you paid?

20   A    Well, they would pay us like $800 or so, then they were

21   delayed.  It went up to one, two, up to three weeks that we

22   didn't get paid.

23   Q    Did you get paid for each week that you worked?

24   A    No.

25   Q    For how many weeks of work were you not paid?

1    A    It was three weeks.

2    Q    Over the whole course of your employment, however many

3    weeks that is, you were not paid for three of those weeks?

4    A    They didn't pay me three weeks and I decided after a

5    while that I wasn't going to work if they weren't going to pay

6    me.

7              THE COURT:  Did they ever pay you for those three

8    weeks?  Did they ever at any time pay you for the three weeks?

9              THE WITNESS:  No.

10             THE COURT:  So from the time that you began to the

11   time that you were fired, there was three full weeks that they

12   never paid you for, is that accurate?

13             THE WITNESS:  Yes.

14             THE COURT:  When were those three weeks, at what

15   point in time during the time that you worked for them?

16             THE WITNESS:  I think that was during the first four

17   months.

18             THE COURT:  So if I understand this correctly, they

19   didn't pay you for three weeks, then they began paying you

20   again but they never made up those three weeks, is that what

21   happened?

22             THE WITNESS:  Yes, that's the way it was.  They

23   would promise they're going to pay, they're going to pay, but

24   they never did.

25   BY MR. SCHWEITZER:

1  Q    You also mentioned that you would be paid $800

2  approximately for a week, right?

3  A    The salary was supposed to be a thousand, but they would

4  put the cash inside an envelope and sometimes they were short.

5          THE COURT:  Were they always short or were they just

6  sometimes short?

7          THE WITNESS:  Sometimes.

8          THE COURT:  How often?

9          THE WITNESS:  Two times a month.  Once.  One yes,

10  one no.

11          THE COURT:  I don't understand what you mean.

12          THE WITNESS:  In the envelope sometimes it would be

13  complete, then the next two wouldn't.  Then another envelope

14  would be complete, and the next two wouldn't.

15  Q    Would it be fair to say that you were underpaid about two

16  out of every three weeks?

17  A    Yes, exactly.

18  Q    You also mentioned an envelope.  What, if anything, was

19  written on the envelope?

20  A    They gave it to us without anything.

21  Q    Was your name written on the envelope?

22  A    I only saw my name twice on the envelopes.  In order for

23  them to pay me, I had to sign a paper.

24  Q    What happened to that paper after you signed it?

25  A    I don't know.  They only asked me, they made my sign it.

1    If not, they wouldn't pay me.

2    Q    Did you keep the paper that you signed?

3    A    No, I never kept it, they did.

4         THE COURT:  Did the paper that you signed have on it

5    the amount of money that they were giving you?

6         THE WITNESS:  No, it was blank, and they just asked

7    me for my signature.

8    Q    Did you get a copy of the paper that you signed to keep

9    for yourself?

10   A    No.

11        MR. SCHWEITZER:  Can you share a screen with the

12   witness, please.

13        THE INTERPRETER:  His monitor is off.

14        MR. SCHWEITZER:  It's on my monitor.  Mr. Lopez, is

15   it on his?

16        THE INTERPRETER:  Completely off.

17        THE LAW CLERK:  It should be up.

18        MR. SCHWEITZER:  Oh, there.

19        THE WITNESS:  Yes, that's the paper.

20   Q    Do you recognize the handwriting on this paper?

21        THE INTERPRETER:  One more time, counsel.

22   Q    Do you recognize any of the handwriting on this paper?

23   A    Just my name and my signature, that's all.

24        THE COURT:  Does this have an exhibit number,

25   counsel?

```
 1              MR. SCHWEITZER:  Yes.  This is marked as Exhibit 11.
 2              THE COURT:  Please refer to the document by exhibit
 3    number.
 4    Q    Is the signature that I've highlighted on Exhibit 11 your
 5    signature?
 6    A    Yes.
 7    Q    At the time you signed it, what of the other handwriting,
 8    if any, was on this paper, was on Exhibit 11?
 9    A    Just my name Marco, that's all.
10    Q    Are you referring to this Marcos towards the middle left
11    of the paper -- of Exhibit 11?
12    A    Yes.
13    Q    And none of this other handwriting was on it?
14    A    No, it was not.
15    Q    Do you recognize whose handwriting -- the handwriting
16    other than your signature is?
17    A    No.
18              MR. SCHWEITZER:  I ask that Exhibit 11 be moved into
19    evidence.
20              THE COURT:  All right.  It will be received.
21              (Plaintiffs' Exhibit 11, was received in evidence.)
22    BY MR. SCHWEITZER:
23    Q    On Exhibit 11 it refers to $1,000 towards the top right
24    of the paper and it refers to a payday of June 1, 2013.
25              Did you receive $1,000 that week?
```

1  A    I think so, yes, that week I think so, yes.

2         MR. SCHWEITZER:  Turn off the screen sharing please.

3  I believe it's still sharing to the monitor.

4         THE LAW CLERK:  No.

5         MR. SCHWEITZER:  Okay, thank you.

6  Q    Who presented you with the paper that you had to sign in

7  order to receive your payment?

8  A    Angelo.

9  Q    When Angelo gave you the piece of paper that you had to

10 sign in order to get paid, did Angelo also give you your pay?

11 A    He would give me the white envelope and inside was the

12 money.

13 Q    Was anything else inside the envelope other than money?

14 A    No.

15 Q    When you say there was money inside the envelope, are you

16 referring to cash?

17 A    Yes, cash.

18 Q    Did anyone besides Angelo present you with papers to sign

19 in order to get paid?

20         THE INTERPRETER:  Counsel, did anyone...

21 Q    Did anyone besides Angelo present you with papers to sign

22 in order to get paid?

23 A    Gus would sometimes give me the envelope.

24 Q    When Gus gave you the envelope, did he also give you the

25 paper to sign in order to receive your pay?

1  A    Yes, he would make me sign the envelope.

2  Q    When you signed the envelope for Gus, what happened to

3  the envelope?

4  A    No, no, I would sign a piece of paper and then they would

5  give me the white envelope.

6  Q    I apologize.

7        When you signed the piece of paper for Gus, what

8  happened to it?

9  A    I have no idea.

10 Q    Did Gus hang on to it or did he give it to you?

11 A    Yes, he saved it.

12 Q    While the restaurant was open, did the salary rate you

13 were promised change from $1,000?

14 A    Yes.

15 Q    What did it change to?

16 A    The restaurant was fine at the beginning.  I have no

17 idea.

18 Q    Did your salary ever change from $1,000 to something

19 else?

20 A    Less.

21 Q    Let's put it this way, were you ever supposed to receive

22 more than $1,000?

23 A    That was the promise, yes.

24 Q    What are you referring to?

25 A    We spoke about that they were going to pay me more money

1    once the restaurant had success.

2    Q    When did this conversation take place?

3    A    That same day at Starbucks coffee.

4    Q    That's when you were hired?

5    A    Yes.

6    Q    At any time after that were you promised an actual raise?

7    A    Just what we talked about over there at the beginning.

8    Q    Were you ever, in fact, paid more than $1,000 per week?

9    A    No, never.

10   Q    You mentioned you were paid less than a thousand dollars

11   per week, approximately how much less?

12   A    They paid me, 800, 700.

13   Q    Are you familiar with Maria Pollatos, also possibly known

14   as Maria Karras?

15   A    Yes, I've seen her at the restaurant.

16   Q    You just gestured with your hand a moment ago, were you

17   gesturing at the lady in the gray blouse and blue mask at the

18   defense table?

19   A    Yes, against the wall.

20   Q    Is that Maria?

21   A    Yes, sir.

22            THE COURT:  The record will reflect that the witness

23   has identified defendant, Maria Pollatos.

24   Q    You said you saw her at the restaurant, what was she

25   doing there?

1   A    She was mostly at the counter or with the wait staff.

2   Q    What would she be doing at the counter?

3   A    Taking money from the customers when they paid.

4   Q    What would she be doing with the wait staff?

5   A    There was a tip jar that was locked with a key, and at

6   the end of the night they'd share it -- she'd share it.

7   Q    Did Maria have a key to the tip jar?

8   A    Yes, sir.

9   Q    Who else, if anyone, had a key to the tip jar?

10  A    I have no idea, but the bosses had keys.

11  Q    Did you ever see anyone besides Maria sharing tips among

12  the servers?

13  A    I never saw anything like that with money.

14       THE COURT:  I'm not clear on something, was she

15  there every day?

16       THE WITNESS:  No, not every day.

17       THE COURT:  How often would she be there?

18       THE WITNESS:  Two days, three days.

19       THE COURT:  On the days that she wasn't there, who

20  would distribute the money from the tip jar?

21       THE WITNESS:  Angelo.

22       THE COURT:  Was that done at the end of the day?

23       THE WITNESS:  Yes.

24       THE COURT:  Did you get money from the tip jar?

25       THE WITNESS:  No.

```
 1                THE COURT:  Well, how do you know it was distributed
 2     at the end of the day?
 3                THE WITNESS:  It was an open restaurant -- it was a
 4     small restaurant.  The kitchen was open and you could see
 5     everything that goes on in the restaurant from the kitchen.
 6                THE COURT:  So who got money -- which of the
 7     employees got money from the tip jar?
 8                THE WITNESS:  Busboys and waiters.
 9                THE COURT:  Were you the main chef?
10                THE WITNESS:  I was the only cook, yes.
11                THE COURT:  You were the only cook?
12                THE WITNESS:  No, there were other people, but to me
13     I was the one that cooked.
14                MR. SCHWEITZER:  Mr. Lopez, is he trying to say he
15     only cooked?
16                THE INTERPRETER:  I'm sorry?
17                MR. SCHWEITZER:  Is he trying to say he only cooked?
18                THE COURT:  I'm sorry.  Are you asking -- excuse me,
19     counsel.  Are you asking the interpreter a question or your
20     client a question?
21                MR. SCHWEITZER:  I think there's a misunderstanding
22     between the witness and the interpreter, I'm trying to clear
23     it up.
24                THE COURT:  Well, do you speak Spanish?
25                MR. SCHWEITZER:  A little bit.
```

1          THE COURT:  Well, but you're not hired to be the

2     interpreter here.  So let's just clear this up.

3          You were the principal cook in the kitchen; is that

4     correct?

5          THE WITNESS:  I was the one with most experience,

6     yes.

7          THE COURT:  Were there other --

8          THE WITNESS:  I worked years in the kitchen.

9          THE COURT:  I'm sorry, I didn't hear the answer.

10         THE WITNESS:  I worked many years in the kitchen.

11         THE COURT:  Were there other people in the kitchen

12    cooking who assisted you?

13         MR. SCHWEITZER:  Objection to the form of that

14    question.

15         THE COURT:  Pardon me?

16         MR. SCHWEITZER:  Objection to the form of that

17    question.

18         THE COURT:  Well, why don't you try one and see if

19    you can get it out.

20    BY MR. SCHWEITZER:

21    Q    How many other cooks were there?

22    A    There was one, two, three, Valencia, four and myself.

23    There was four of us.

24    Q    Besides cooks who -- what other positions assisted in the

25    kitchen?

1  A    Grill, work the grill, salads.  I would cook on the grill

2  or the stove.

3  Q    Did you ever hire anyone to work in the kitchen?

4  A    No, sir, never.

5  Q    Did you ever recommend to any of the bosses that any

6  particular person be hired to work in the kitchen?

7  A    No, sir.

8  Q    Was there any difference in rank or status or authority

9  between cooks?

10        THE INTERPRETER:  Between the cooks?

11  Q    Between the cooks.

12  A    Well, the experiences from working other restaurants,

13  yes, you would know more than others.

14  Q    Did that translate into a higher rank, more authority,

15  more pay?

16  A    I would believe so, yes, because I have a lot of

17  experience.

18  Q    Could you fire another cook if you wanted to?

19  A    No, sir.

20  Q    Are you familiar with a dishwasher by the name of

21  Ana Maria?

22  A    Yes, sir.

23  Q    How are you familiar with her?

24  A    It was a small kitchen.  The dishwasher was right there

25  close to the kitchen.

1  Q    Did Ana Maria leave the restaurant before you did?

2  A    Yes.

3  Q    How did that come to happen?

4  A    That happened because they stopped paying her and they

5  lowered her salary.  She didn't want to work there any more at

6  a lower salary.

7  Q    Who lowered her salary?

8  A    I have no idea, but they told her that they were only

9  going to pay her $200 and no more.

10  Q    Who told her she was only going to be paid $200?

11  A    She recounted to the other cooks that Angelo had told her

12  that he was only going to pay her $200.

13  Q    When did this conversation take place?

14        MR. SILVERBERG:  Objection, your Honor, hearsay.

15        THE COURT:  I was waiting for that.  The objection

16  is sustained.

17        MR. SCHWEITZER:  It's a statement from Angelo.

18        THE COURT:  I'm sorry, what?

19        MR. SCHWEITZER:  It's a statement ultimately from

20  Angelo.

21        THE COURT:  Why is it --

22        MR. SILVERBERG:  He didn't even hear that statement

23  himself, your Honor.  It's not clear that he heard that

24  statement himself.

25        THE COURT:  It's secondhand.  If he had heard Angelo

 1  say it, it would be a statement against interest, but she is

 2  just recounting something else somebody said to her.  I think

 3  the hearsay objection is valid.

 4  BY MR. SCHWEITZER:

 5  Q    After Ana Maria told you that her wage rate was being

 6  lowered, what did you do?

 7  A    We spoke to them, and saying that it's impossible for a

 8  person to work there for $200.

 9  Q    Who is the "we" and who is the "them?"

10  A    We the cooks, Valencia, Janet, and myself spoke to Maria.

11           MR. SILVERBERG:  Objection, with respect to hearsay,

12  with respect to what other people said to --

13           THE COURT:  No.  Tell me the setting, did all of you

14  go together to speak to Maria, or separately?

15           MR. SILVERBERG:  Ana Maria, your Honor.

16           THE COURT:  I'm sorry, what is it?

17           THE WITNESS:  Separately.

18           THE COURT:  Well, then he can only recount what he

19  said, and what she said to him.

20  BY MR. SCHWEITZER:

21  Q    You mentioned Angelo, did you speak to Angelo?

22           THE COURT:  I'm sorry, wait a minute.  I didn't hear

23  the answer.  Did you speak to -- who did you speak to about

24  the fact that the dishwasher was getting too low a salary, who

25  did you have a conversation with about that?

1          THE WITNESS:  With Angelo.

2    Q    When did that --

3          THE COURT:  Angelo is the person you spoke to about

4    the dishwasher getting a low salary?

5          THE WITNESS:  Yes.

6    BY MR. SCHWEITZER:

7    Q    When did that conversation take place?

8          MR. SILVERBERG:  Objection, your Honor.  I'm not

9    sure what the relevance of these other employees are.

10          THE COURT:  Pardon me?  No, overruled.  I'll allow

11    him.

12    A    I don't have the date in mind, I don't know.

13    Q    What did you say to Angelo?

14    A    I told him no one would be able to survive with getting

15    paid $200.

16    Q    How, if at all, did he respond?

17    A    That he had other people from the cross diner that would

18    work.

19    Q    Is that the Cross Bay Diner?

20    A    Yes, sir.

21    Q    Was anyone besides you or Angelo involved in this

22    conversation?

23    A    No, it was just me and him.

24          THE COURT:  You said that he said he had other

25    people from the Cross Bay Diner who would work, that's what he

1   said?

2                THE WITNESS:  Yes, he told me that he had other

3   people working at Cross Bay Diner that would come to work.

4                THE COURT:  What was the name of the diner you were

5   working at?

6                THE WITNESS:  I didn't work in a diner.

7                THE COURT:  Where were you working?

8                THE WITNESS:  Taverna Grill.

9                THE COURT:  That wasn't a diner?

10               THE WITNESS:  No, it's a Greek restaurant.  The one

11  we've been talking about.

12               THE COURT:  So the Taverna Grill you're calling that

13  a Greek restaurant, it wasn't a Greek diner?

14               THE WITNESS:  No, it's not a diner.

15               THE COURT:  Okay.

16  BY MR. SCHWEITZER:

17  Q    You mentioned a Valencia, who is Valencia?

18  A    Valencia was a cook from Puebla, P-U-E-B-L-A.

19  Q    How do you know Valencia?

20  A    I used to cook with him before.  I knew he was a good

21  cook.

22  Q    To your knowledge, how did his employment at Taverna end?

23               THE COURT:  Well, first of all, did he work at

24  Taverna Grill?

25               THE WITNESS:  Yes.

 1          THE COURT:  He was the cook there?

 2          THE WITNESS:  Yes.

 3          THE COURT:  Did he start at the same time you did or

 4   at a different time?

 5          THE WITNESS:  He started working there afterwards.

 6          THE COURT:  How long afterwards?

 7          THE WITNESS:  Three months after.

 8          THE COURT:  How much?

 9          THE WITNESS:  Three months after, three.

10   BY MR. SCHWEITZER:

11   Q    Is that three months after the opening or three months

12   after you started during the construction?

13   A    Three months after the opening.

14   Q    How did his employment end?

15   A    Angelo told him that he was paying him too much and not

16   to return.

17          MR. SILVERBERG:  Objection.

18          THE COURT:  Unless you lay a --

19   Q    Did you observe that conversation?

20          THE COURT:  Unless you lay a foundation, I'll strike

21   the answer.

22   Q    Did you observe his termination?

23          THE INTERPRETER:  Termination?

24   Q    Termination.  The end of his employment?

25   A    Yes.  One day when he arrived he was told that they

1   didn't need him anymore --

2          THE COURT:  Were you there when that --

3   A    -- they had no more work.

4          THE COURT:  Were you there when that happened?  Did

5   you hear that happen?

6          THE WITNESS:  Yes, it was a small kitchen, we were

7   right there.  Yes, I did.

8          THE COURT:  So tell me the circumstances.  What

9   happened?  You're in the kitchen and Valencia is in the

10  kitchen?

11         THE WITNESS:  He was arriving to work, they told him

12  there's no more work for you.

13         THE COURT:  Who is "they?"

14         THE WITNESS:  Angelo.

15         THE COURT:  And you were there and heard Angelo say

16  that?

17         THE WITNESS:  I was present, I heard him, yes.

18  BY MR. SCHWEITZER:

19  Q    When did that conversation take place?

20  A    I don't remember the date.

21  Q    Was it toward the beginning, middle or end of your

22  employment?

23  A    In the middle.

24  Q    And was it summer, fall, winter, spring?

25  A    Spring.

1          MR. SILVERBERG:  What's the answer?

2          THE INTERPRETER:  Spring.

3          MR. SILVERBERG:  Spring.  That's spring of 2000 --

4          MR. SCHWEITZER:  2014.

5   A    2013 I think, when it opened.

6   Q    We're still asking about the conversation that you

7   witnessed between Angelo and Valencia where Valencia was

8   terminated.  What year did that take place in?

9   A    2013.

10  Q    Is there a posted work schedule?

11  A    Sometimes it is up against the wall.  Other times they

12  would take it down.  Sometimes it wasn't there at all.

13  Q    When it was posted, who posted it?

14  A    Usually on Mondays when I would get there in the morning

15  usually Angelo, sometimes Gus.

16  Q    Did you ever observe Maria posting the schedule?

17  A    No, sir.

18  Q    And in what context did you first meet Maria?

19  A    I don't remember when, but I saw her, I remember her

20  coming in to the restaurant to work.

21  Q    To do what?

22  A    Count the money, be at the counter.

23  Q    Did she ever give you your pay?

24  A    I don't remember that.

25  Q    Besides distributing tips to the servers, did you observe

1    her giving anyone else their pay?

2              THE INTERPRETER:  Anyone else?

3    Q    Did you observe Maria give anyone else their pay?

4    A    No, I never saw that.

5    Q    How did your employment end?

6    A    They tried to say that I hurt somebody, that I was a bad

7    person.  They had something against me.

8    Q    Who said that?

9    A    Angelo.

10   Q    Anyone else?

11   A    Just him, he told me.

12             MR. SILVERBERG:  Can you repeat that answer, I

13   couldn't hear what he said.

14             THE COURT:  Can you clarify what he told you?

15             THE WITNESS:  That I tried to hurt somebody with a

16   knife, an older gentleman.

17   Q    Did you do that?

18   A    Never.  The camera has a lot of -- that restaurant has a

19   lot of cameras.

20   Q    To your knowledge was there ever a police report filed by

21   anyone at the restaurant against you?

22   A    I have no idea.  I didn't do anything.

23   Q    Now what happened after Angelo told you that, told you

24   about threatening someone with a knife?

25   A    He told me, look, you see those guys over there sitting

1  down, those are the sons of the man you tried to hurt.

2  Q    What did you say, if anything?

3  A    I told him I didn't do anything.

4  Q    Then what happened?

5  A    And I still cooked for them.  I cooked, I remember I

6  cooked steaks and salads for them.

7            THE COURT:  After you were told this?

8            THE WITNESS:  When I cooked it was already

9  nighttime, they arrived in the nighttime.

10            (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  BY MR. SCHWEITZER:  (Continued)

2  A    When I cooked, it was already nighttime.  They arrived in

3  the nighttime.

4  Q    Were you fired or did you quit?

5  A    They fired me.

6  Q    Who fired you?  Who is they?

7  A    Angelo.

8  Q    And when did -- excuse me.  How did he -- how did you

9  know that you were being fired?

10 A    He told me.

11 Q    What did he say, specifically?

12 A    No more work.

13 Q    Was anyone else present during this conversation?

14 A    I don't know.  But he told me this.

15         THE COURT:  Did he fire you at the time that he had

16 this conversation with you about the fact that you hurt

17 someone with a knife?

18         Did all of this take place at the same time?

19         THE WITNESS:  Yes.  The same day.

20         THE COURT:  Well, explain to me precisely what took

21 place in the timeline.

22         What happened at each period of time?  It's not

23 clear.

24         THE WITNESS:  When I arrived, everything was normal.

25 Towards midday, things started changing.  He would tell me

1   good job chef, you're doing a good chef, he would tell me

2   things like that -- or he never told me this.  Then I cooked

3   the food for those people.  When we were going to close up

4   afterwards already when they finished, those guys were outside

5   the door, I spoke to him because it was a payday.  I was

6   waiting for him to get paid --

7           THE COURT:  Is this Angelo?

8           THE WITNESS:  Yes.

9           THE COURT:  Then what happened?

10          THE WITNESS:  Well, I took my money and I avoided

11   those guys who were outside.

12          THE COURT:  Well, when did the conversation take

13   place where Angelo told you that you were accused of hurting

14   someone, an older person with a knife?

15          When did that take place?

16          THE WITNESS:  The same day he fired me.

17          THE COURT:  Was that that night when the guys were

18   outside?

19          THE WITNESS:  Yes.  This all happened the same

20   night.

21          THE COURT:  So he gave you your money then told you

22   you were fired?

23          THE WITNESS:  Yes.  That's the way it was.

24          THE COURT:  And you didn't have any idea what he was

25   talking about, about your threatening a knife against an older

1   person?

2            THE WITNESS:  I had no idea.

3   BY MR. SCHWEITZER:

4   Q     Are you familiar with someone named Edgar, E-D-G-A-R?

5   A     Yes.  He's a cook that worked with us.

6   Q     At Taverna?

7   A     Yes, sir.

8   Q     How did his employment end?

9   A     Next to the kitchen, there was a refrigerator with sodas

10  in it.  He took a soda, a Coca Cola one day and opened it.

11  Gus told him the sodas are for customers only, not for

12  employees.

13  Q     And then what happened?

14  A     And they fired him.

15  Q     Who fired him?

16  A     Gus.

17  Q     And you observed this conversation?

18  A     Yes, sir.

19  Q     Did there come a time when Gus stopped coming to the

20  restaurant?

21  A     Yes.  There was a while where he would go very

22  infrequently, not much at all.

23  Q     When was that?

24  A     I don't remember dates, but, yes, that happened.

25  Q     Approximately when?

1   A    Approximately August.

2   Q    Of what year?

3   A    2013.

4   Q    You said there was a period of time when he came less.

5        Did he start coming more often at some point after

6   that?

7   A    After what happened with Edgar, he would come, like,

8   maybe, once a week, sometimes even less.

9        THE COURT:  So he came less after Edgar was fired?

10       THE WITNESS:  Yes.

11  Q    And did there come a time when Michael stopped coming to

12  the restaurant?

13  A    He would just come in to eat and then after a while, he

14  stopped coming.

15       THE COURT:  Well, how often did Michael come before?

16       From the time that you started working there until

17  the time you left, how often would Michael come in?

18       THE WITNESS:  During the first six months, he would

19  come more frequently, two, three times a week.  Then after

20  that, maybe once a week.

21  Q    Do you know what prompted that?

22  A    I have no idea.

23  Q    And when Mike started coming to the restaurant only once

24  per week, did the things he did at the restaurant change?

25  A    Well, Angelo was mostly the one that was most at the

1    restaurant.

2    Q    When Gus started coming to the restaurant less

3    frequently, did the things that he did at the restaurant

4    change?

5    A    Yes.

6    Q    How so?

7    A    Angelo was there more frequently and he's the one that

8    made more decisions.

9    Q    How, if, at all, did Gus' activity, the things that he

10   did, change, if, at all, once he started coming less?

11        Did he do the same things but less frequently, or

12   did he do different things?

13   A    He wouldn't be there much time.  He would come in, bring

14   some paperwork or something like that, then he would leave.

15   Q    Would he interact with any of the employees?

16   A    Sometimes yes, sometimes no.

17   Q    How so?

18   A    He would look at the schedules and comment on when people

19   worked, when they don't work.  He was in charge of doing the

20   schedule.

21   Q    Despite coming less often, Gus was still in charge of

22   doing the schedule?

23   A    By then, there was no longer a schedule.

24   Q    And how would he comment on the schedule?

25   A    I have no idea.

*Proceedings*                                                     62

1          THE COURT:  All right.  We'll take our lunch recess

2    and resume at 2:00 o'clock.

3          How much longer, counsel, do you have with this

4    witness?  Do you know?

5          MR. SCHWEITZER:  Not very much.  A few minutes.

6          THE COURT:  Okay.  We'll resume at 2:00.

7          MR. SILVERBERG:  Your Honor.

8          THE COURT:  Yes.

9          MR. SILVERBERG:  One point of order.  I'd like to

10   add a witness to our defense, Your Honor.

11         THE COURT:  I'm sorry, what?

12         You can step down.

13         (The witness steps down.)

14         MR. SILVERBERG:  I'd like to add a new witness to

15   our witness list, Your Honor.

16         THE COURT:  And why is that?

17         MR. SILVERBERG:  The witness testified that there

18   was someone who worked at the counter and handles items with

19   the wait staff.  I believe that the witness is confusing Maria

20   Karras Pollatos with Rosa Karanasos who's Mr. Evangelos

21   Pollatos' sister who did that task at the restaurant, Your

22   Honor.

23         MR. SCHWEITZER:  We had a conference last month,

24   Your Honor.  The witness list was finalized.

25         MR. SILVERBERG:  Well, this was a new development,

*Proceedings*                                                    63

1   Your Honor, here today where he states, said something about

2   somebody at the restaurant and we know -- we're pretty sure we

3   know who that person is, Your Honor.

4              MR. SCHWEITZER:  He had seven years to depose this

5   witness to get -- excuse me -- to get all the information they

6   needed.  He was asked interrogatories, asked to identify

7   people --

8              THE COURT:  Well, I guess -- has this witness

9   previously testified to the same thing about -- I mean, if you

10  can show me that this is the first time you've ever heard

11  about testimony that related to your client, it's the first

12  time he's ever said that your client did this, then I'll

13  permit you to call the other witness.

14             MR. SILVERBERG:  What I know this is the first time.

15  I don't think --

16             THE COURT:  Well, you know, look it at lunch, okay.

17             MR. SILVERBERG:  Okay.  Thank you, Your Honor.

18                   (Continued on the following page.)

19

20

21

22

23

24

25

1              **AFTERNOON SESSION**

2          THE COURT:  Will the witness resume the stand,

3    please.

4          MR. SILVERBERG:  Your Honor, we'd like to discuss

5    the issue with respect to the other witness.

6          THE COURT:  Which other witness?

7          MR. SILVERBERG:  Rosa Karanasos, Your Honor.

8          THE COURT:  What about it?

9          MR. SILVERBERG:  Well, I spoke to opposing counsel

10   and he said that there was no depositions of plaintiffs

11   before, so the plaintiff never affirmatively said that the

12   person at the count was --

13         THE COURT:  You know what's, I'd like to get through

14   this testimony, so we'll take this up at the end of the day.

15         (The witness resumes the stand.)

16         THE COURT:  All right, counsel.

17         THE INTERPRETER:  We may have a little problem.

18         Oh, I'm on mute.

19         MR. SCHWEITZER:  Is it working now?

20         THE INTERPRETER:  We're ready now.

21         THE COURT:  Okay.

22   DIRECT EXAMINATION

23   BY MR. SCHWEITZER: (Continued)

24   Q    Mr. Sanchez, do you recall who gave you your pay during

25   the last three or so months of your employment?

1   A     Angelo.

2   Q     Did Maria ever give you your pay during that time?

3   A     No.  They would be together, though.

4   Q     What does that mean?

5   A     When I would get paid, the both of them were at the

6   counters, always.

7   Q     They would be in proximity, but Angelo would be the one

8   who physically handed you your pay?

9   A     Yes, sir.

10  Q     You said you got paid at the counter?

11  A     Yes.  When we were leaving.

12  Q     I'm sorry, I didn't catch that.

13         THE INTERPRETER:  Yes, when we were leaving.

14  Q     I'm sorry, are you familiar with Rosa Karanasos?

15  A     I have no idea.

16  Q     Does Angelo have a sister?

17  A     I don't know.  I don't remember.

18  Q     To your knowledge, did anyone other than Maria work the

19  cash register?

20  A     I have no idea, no.

21  Q     From the time you came to the restaurant to the time you

22  left -- that is from the time you were hired until the time

23  you were terminated, how many cashiers were there?

24  A     There was a hostess and Maria.

25  Q     Who was the hostess other than Maria?

1   A     I don't remember a name.

2   Q     Can you describe the other hostess physically?

3   A     What I could remember is she was around 22, white.

4   That's all.

5   Q     How tall was she?

6   A     Four, I don't know.

7   Q     Four, what, feet?

8   A     Four feet, yes.

9           THE COURT:  Four feet?

10          THE WITNESS:  About to my shoulder.  I don't know

11   how much that is.

12          THE COURT:  How tall are you?

13          THE WITNESS:  Five-five.

14          THE COURT:  Five-five?

15          THE WITNESS:  Yes.

16          THE COURT:  So this woman was shorter than you are?

17          THE WITNESS:  Yes.

18   Q     And what color was her hair?

19   A     Black.

20   Q     How did she wear it?

21   A     Black, loose.

22   Q     Shoulder length?  Longer?

23   A     A little longer, back here (indicating).

24   Q     To her mid back?

25   A     Yes, mid back.

1  Q    Did she have any distinguishing marks, for instance,

2  birth marks, scars, or tattoos?

3  A    I never paid attention to that.  I don't know.

4  Q    Did she wear glasses?

5  A    No.

6  Q    Are you familiar with a Rita Podaras?

7         THE INTERPRETER:  Last name.

8         MR. SCHWEITZER:  P-O-D-A-R-A-S.

9  A    Yes.

10  Q    Who is that?

11  A    A woman that prepares food, specialty foods.

12  Q    Did she work at Taverna?

13  A    Yes.  She was always in the back working.

14  Q    How -- did you observe her hiring?  That is, her getting

15  hired?

16         THE COURT:  Could you just repeat the question.

17  Q    Did you observe her getting hired?

18  A    We went to the diner together to make the food, to cook

19  the food.

20  Q    You're referring to when you first went to the diner to

21  do your audition?

22  A    Yes, sir.

23  Q    And remind us, who was there for that.

24  A    It was Angelo, Mike, Gus, and Rita.

25  Q    Was Maria there at all?

*Sanchez Juarez - Direct - Schweitzer*                                      68

1   A    I don't remember.

2   Q    After the restaurant opened, was there a time clock, a

3   sign-in sheet, or other means to record your time?

4   A    No, sir.

5   Q    Do you recall seeing any notices posted on the wall of

6   the restaurant referring to the federal or New York State

7   Labor Law?

8   A    No, sir.

9   Q    Did anyone in the restaurant ever explain to you how

10  many -- whether your salary would cover a particular number of

11  hours?

12  A    Like we spoke at first, I was going to start working 10

13  hours, and then later on, go down to eight.

14  Q    You're referring to per day?

15  A    Yes, sir.

16  Q    Was it your understanding that your wage -- that your

17  salary would compensate you for all 10 or all eight hours in

18  your day?

19  A    We agreed on a salary.  I don't know anything else about

20  that.

21  Q    Did anyone at the restaurant explain to you what overtime

22  meant?

23  A    No.

24  Q    Did anyone at the restaurant explain to you that your

25  salary included pay as time and a half for hours worked beyond

1  40 in a week?

2  A    No, sir.

3  Q    Did anyone at the restaurant explain to you that your

4  salary included an extra hours' pay for each day that you left

5  work more than 10 hours after you arrived?

6  A    No, sir.

7  Q    Did you have any breaks during the working day?

8  A    My job didn't involve breaks.  It was very rare when I

9  had breaks.

10          MR. SCHWEITZER:  Nothing further.

11          THE COURT:  All right.

12          Mr. Silverberg.

13          MR. SILVERBERG:  I guess I'm cross-examining from

14  here.

15          THE COURT:  Yes, you might want to sit down so that

16  we can hear you in the microphone.

17          MR. SILVERBERG:  Actually, do you mind if we take a

18  10-minute recess so I can gather my notes before

19  cross-examination?

20          THE COURT:  What were doing during over the lunch

21  hour?

22          MR. SILVERBERG:  I was doing that also, Your Honor.

23          THE COURT:  Well --

24          MR. SILVERBERG:  I can proceed, Your Honor.

25

1    CROSS-EXAMINATION

2    BY MR. SILVERBERG:

3    Q    During construction, Mr. Juarez, can you describe the

4    work that you performed?

5    A    It flooring, I was doing, I took tiles off, put down new

6    tiles, cement all around the edges.  Tidying up the kitchen,

7    all the kitchen equipment that was supposed to come in, I made

8    sure everything came in.

9    Q    With respect to the tiles you put down, how big of a room

10   was the room where you put the tiles down?

11   A    At the entrance to the restaurant.

12   Q    At the entrance.  How many feet into the restaurant was

13   this?

14   A    I have no idea.  I never counted the feet.

15   Q    Well, you said that you worked from October 2012 through

16   March 2013 doing construction at the restaurant; is that

17   accurate?

18   A    Yes, sir.

19   Q    That's all you did every single day, I think you

20   testified six days a week; is that accurate?

21   A    There was a small bathroom on the right side.  I also

22   fixed in there.

23   Q    So you spent -- and you worked, you said, I believe from

24   9:00 a.m. to 9:30 p.m.; is that accurate?

25   A    Yes, sir.

1  Q    Six days a week?

2  A    Yes, sir.

3  Q    And the scope of work that you're saying you performed

4  was tiles in the entrance and bathroom work and getting a

5  stove into the kitchen?

6  A    Also arranging the counter, things that would go on the

7  counter.  The refrigerator, stock the refrigerators.  Another

8  thing that I did was put up the shelves when the deliveries

9  came in, clean the floors and sometimes the guys would go to

10 work and leave the place a mess, I'd clean it up.

11 Q    How many other guys were at the site with you?

12 A    I don't know.  I wasn't the owner.

13 Q    You just said that tidy up for other people.

14        Who were the other people there?

15 A    I saw two workers, once.

16 Q    What were those other workers doing?

17 A    Electricity, the air conditioning.  Things like that.

18 Q    And who told you what to do on a day-to-day basis?

19        MR. SCHWEITZER:  During the construction period?

20        MR. SILVERBERG:  During the construction period.

21 A    I would arrive in the morning, Angelo was the one that

22 was there mostly in the mornings.

23 Q    Did you ever work at any other location besides the Greek

24 Grill during the construction period?

25 A    I'm Mexican.  In Mexico, I worked in brick and mortar and

```
 1   construction.

 2   Q    I'm asking during this construction period -- I just want

 3   to double check for the record.  So was the only place you

 4   went to between October and March was the Greek Grill?

 5            Did you ever work at the Crossbay Diner or some

 6   other diner during that time period?

 7   A    No.

 8   Q    And who paid you during this construction period of

 9   October 2012 to March 2013 that you say you worked?

10   A    Angelo.

11   Q    Now, earlier you said that Gus would come in with a black

12   bag; is that correct?

13   A    Yes, sir.

14   Q    And would Gus pay you, as well, during the construction

15   period?

16   A    Sometimes it was one, sometimes it was the other.  I

17   think he paid me two times.

18   Q    He being who?

19   A    Gus.

20   Q    And did the restaurant open up for business in around

21   March 2013?

22   A    Yes, sir.

23   Q    And I want to focus on, let's say, the first month the

24   restaurant was opened in March 2013.

25            Who was the person who was running the day-to-day
```

1  operations of the restaurant during that period?

2  A    Day to day, there was not just one.  There was the three

3  bosses.

4  Q    And who were those people, again?

5  A    Mike, Gus, and Angelo.

6  Q    And when the restaurant first opened in March 2013, what

7  was your interaction with Mr.  Evangelos Pollatos, Angelo

8  Pollatos?

9  A    We had a good relationship.  I liked my job.  It was

10  good.

11  Q    And what did Mr. Pollatos direct you to do any -- give

12  you any tasks to perform during that period?

13            MR. SCHWEITZER:  We're now talking about directly

14  after the restaurant opened?

15            MR. SILVERBERG:  Yes.  Let's say the first month.

16  Q    Who was the person giving you the most direction during

17  this period?

18  A    There wasn't one that gave more than the other.  The

19  three of them.

20  Q    Now, you also said that you saw somebody who worked at

21  the front counter; is that correct?

22  A    Yes, sir.

23  Q    And just so we're clear -- Maria can you stand up and

24  take your mask off?

25            Was this the person that you saw at the front

1  counter?

2  A    Yes, sir.

3           THE COURT:  The record should reflect the

4  identification of the defendant, Maria Pollatos.

5  Q    And how often would you see the person -- this person at

6  the front counter?  Was it the whole time you were at the

7  restaurant?

8  A    No.  I wouldn't see her all the time.

9  Q    How often would you see her?

10  A    Two times a week, three times.

11  Q    For how many months?

12  A    She started coming after three months.

13  Q    After -- started coming after three months, and how long

14  did she work for after she started coming?

15  A    Five months, six months.

16  Q    So the person -- you saw the same person at the counter

17  for about six months, correct?

18  A    It wasn't the same person.

19  Q    Well, how long did you see the person you identified as

20  Maria at the counter for, how many months?

21  A    I'll repeat, four or five months.

22  Q    Okay.  Thank you.  So you saw this person you say it was

23  Maria at the counter for four or five months straight,

24  correct?

25  A    Yes, sir.

1   Q    About two or three times a week, correct?

2   A    Yes, sir.

3   Q    Did Maria ever have any children with her when you saw

4   her?

5   A    No.  I never noticed that.  I never saw her with the

6   children.

7   Q    Now, you said that there were four other cooks or chefs;

8   is that accurate?

9   A    There was four total.

10          THE COURT:  Including you?

11  A    Edgar, Janet, Flavio Mechala [phonetic], and myself.

12  Q    What about Rita, what was Rita's role?

13          Was she in the kitchen?

14  A    She was the chef to prepare the specialty foods for them.

15  Q    So you actually have five chefs in the kitchen, correct?

16  A    I know people being in the kitchens that cook as chefs.

17  We're talking about cooks.

18  Q    So Rita wasn't cooking?

19  A    She made desserts.  She worked in the back.  She didn't

20  work on the grill, she didn't do the sauté, et cetera.

21  Q    How many seats did the restaurant have; do you know?

22  A    There were six tables and two large benches.

23  Q    All right.  And I believe you said earlier that you

24  considered that -- it was a small restaurant, so everybody

25  kind of knew what was going on, correct?

1   A    Yes.

2   Q    And when you weren't working there, who was -- were

3   all -- who was the other cook -- I'm sorry.

4        Were all four cooks working at the same time?

5   A    Regularly, yes.

6   Q    With due respect, it seems like a lot of cooks for a

7   small restaurant.

8        You say that you worked seven days a week for the

9   first four months; is that accurate?

10       MR. SCHWEITZER:  Objection.

11       Argumentative.

12       THE COURT:  Yes.  Sustained.

13       You don't to answer the question.

14       THE WITNESS:  Sorry (in English).

15  Q    You said that you worked for the first four months.

16       How many days a week did you work?

17  A    Seven days.

18  Q    Do you know why there was a need for you to work seven

19  days a week when there were three other cooks?

20  A    I would also work in the back with the food.  I would

21  spice the food.  I would also make the Greek specialties.

22  Q    Do you know approximately what month your last day of

23  work was at the restaurant?

24  A    I don't remember that well, sir.

25  Q    Would it have been January 2014?

1   A    I have no idea.  I don't have the date.

2   Q    So you don't know?

3   A    No, I don't know.

4            MR. SILVERBERG:  No other questions, Your Honor.

5            THE COURT:  Thank you.

6            Counsel.

7            MR. HUFNAGEL:  Thank you, Your Honor.

8   CROSS-EXAMINATION

9   BY MR. HUFNAGEL:

10  Q    How did you first meet Mike, Gus, and Angelo?

11           THE INTERPRETER:  Counsel, you have to speak a

12  little more louder.

13           MR. HUFNAGEL:  Sorry.

14  Q    How were you introduced to Mike, Gus, or Angelo

15  initially?

16  A    They knew I was a good cook.

17  Q    How did they know that you were a good cook?

18  A    Rita took me to meet them.

19           THE COURT:  Rita, you said took you to meet them?

20           THE INTERPRETER:  Rita.

21  Q    When did this take place?

22  A    I worked at Maria Loi restaurant with Rita.  She told me

23  that she knew some friends, some people that were going to

24  open up a new restaurant, and they wanted us to go and cook

25  for them to see how we do.

1    Q    And when did this happen, what --

2    A    When we went to the diner in Brooklyn.

3    Q    How long after you went to the diner in Brooklyn did

4    construction -- did you start working in construction?

5    A    I first spoke to Mike, Gus, and Angelo at the Starbucks

6    and we came to an agreement, they liked everything, and the

7    following week, I started working there.

8    Q    Have you ever heard of Nick Liberatos?

9    A    No, sir.

10   Q    Do you know a Tom Liberatos?

11   A    No, sir.

12              (Continued on the following page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1   CROSS-EXAMINATION

2   BY MR. HUFNAGEL: (Continuing.)

3   Q     During the construction phase, what day of the week did

4   you get paid?

5   A     I was always paid on Saturdays.

6   Q     Going forward here, did there ever come a time when Mike

7   started -- excuse me -- Mike stopped coming to the restaurant?

8   A     I think so, yes, yes.

9   Q     When was that?

10  A     After about eight months after the restaurant opened.

11  Q     So you're telling me that Mike came to the restaurant

12  regularly for eight months?

13  A     Yes.

14  Q     How many years did you work in a kitchen as a cook, or

15  otherwise, before working for this business?

16              THE COURT:  I think that question is unclear.

17              THE INTERPRETER:  Yeah, I didn't hear you.

18              MR. HUFNAGEL:  I'll rephrase it.

19              THE COURT:  I don't know what "this business" means,

20  so why don't you rephrase that.

21              MR. HUFNAGEL:  I will rephrase that.

22  BY MR. HUFNAGEL:

23  Q     How many years of cooking experience do you have?

24  A     Twenty years.

25  Q     Do you create your own recipes, or do you use recipes

1   that are provided for you?

2   A    I worked in some of the most best restaurants -- Greek

3   restaurants in New York, and I learned from them.

4   Q    At Taverna, were they your recipes, then, that were used

5   for the food?

6   A    More than mine they used Rita's because she's Greek.

7   Q    After you were fired, you stated, by Angelo, did you

8   apply for unemployment?

9           THE INTERPRETER:  Did you apply for what, counselor?

10          MR. HUFNAGEL:  Unemployment benefits.

11          MR. SCHWEITZER:  Objection.

12  A    No, sir.

13          THE COURT:  I will let the answer stand.

14  BY MR. HUFNAGEL:

15  Q    What was your title for -- title of your position at

16  Taverna?

17  A    Cook.

18  Q    Did there come a time when Taverna, while you were

19  working there and employed there, that Taverna closed for a

20  period of time?

21  A    Yes.

22  Q    When was that?

23  A    I don't remember the month at all.  I think it was around

24  February 2013.

25  Q    Just repeat that.  February of 2013?

*Sanchez Juarez - Cross - Hufnagel*                    81

1    A    I don't remember the date.

2    Q    Was it shortly after opening?

3    A    Around four months.

4    Q    How long was it closed for?

5    A    Two weeks.

6    Q    Why was it closed for two weeks?

7    A    Because they didn't pay us.

8    Q    What did you do during those two weeks?

9    A    I was home.  I have a family.

10   Q    Did the ownership of the restaurant ever change?

11   A    Mike and Angelo called me, told me to come back to the

12   restaurant because they were going to open up again.

13   Q    I'm asking you a slightly different question.

14        Were there ever any other owners or bosses?

15   A    No.

16        MR. HUFNAGEL:  That's all the questions I have, Your

17   Honor.

18        THE COURT:  Okay.

19        Thank you.

20        MR. MORRISON:  I don't have any cross-examination.

21        THE COURT:  Okay.  Thank you.

22        Do you have any redirect, counsel?

23        MR. SCHWEITZER:  No.

24        THE COURT:  Okay.

25        Thank you.  You can step down.

*Proceedings*                                                          82

1            (Witness excused.)

2            THE COURT:  Do you want to call your next witness?

3            MR. SCHWEITZER:  Janet Gutierrez.

4            THE COURT:  She needs the services of an interpreter

5    as well?

6            MR. SCHWEITZER:  Yes, Your Honor.

7            THE INTERPRETER:  She does.

8            THE COURT:  Raise your right hand.

9            (Witness sworn.)

10           THE WITNESS:  Yes.

11           THE COURT:  Please be seated and state and spell

12   your name for the record.

13           THE WITNESS:  Janet Gutierrez, J-A-N-E-T

14   G-U-T-I-E-R-R-E-Z.

15           THE COURT:  All right.

16           Counsel, you may inquire.

17           (Continued on next page.)

18

19

20

21

22

23

24

25

1   **JANET GUTIERREZ**,

2                called as a witness, having been first duly

3                sworn/affirmed, was examined and testified as

4                follows:

5   DIRECT EXAMINATION

6   BY MR. SCHWEITZER:

7   Q    Good afternoon, Ms. Gutierrez.

8             Are you familiar with a restaurant called Taverna

9   Greek Grill?

10  A    Yes.

11  Q    How are you familiar with it?

12  A    Since I know Michael, he told me that they were looking

13  for workers there.

14  Q    Sorry, just to make it clear for the record, who told you

15  that they were looking for workers over there?

16  A    Marco.

17             THE COURT:  Marco or --

18             THE INTERPRETER:  Your Honor, forgive me, I said

19  "Michael," but it's Marco.

20             THE COURT:  Oh.

21  BY MR. SCHWEITZER:

22  Q    And when did this conversation take place?

23  A    Around March of 2013.

24  Q    What did you do then?

25  A    Cook.

1   Q    What did you do upon hearing that Taverna was looking for

2   workers?

3   A    I went to see Mr. Angelo to ask for work.

4          THE COURT:  When you say "Marco," who is Marco?

5          THE WITNESS:  Marco is the man in the back.

6          THE COURT:  So you are referring to your

7   co-plaintiff?

8          THE WITNESS:  Yes.

9          THE COURT:  Okay.

10          Go ahead.

11   BY MR. SCHWEITZER:

12   Q    When you went to see Angelo to ask for work, what did you

13   say and what did he say?

14   A    I asked him if he was hiring.  He said yes, he was

15   hiring, and I told him I had experience with working with

16   Maria Loi before, and I had experience in the kitchen.

17   Q    What is the significance of Maria Loi?

18   A    She's a well known Greek chef here in New York.

19   Q    Did Angelo ask you to demonstrate your cooking skills?

20          THE INTERPRETER:  One more time, counsel.

21   Q    Did Angelo have you demonstrate your cooking skills?

22   A    Yes.

23   Q    What did he have you cook?

24   A    I was in the salad area.

25   Q    Did he have you make salads?

1  A    No.  Since I already had experience, that wasn't

2  necessary.

3  Q    Okay.  Was anyone else present while you were talking --

4  while you were talking for the first time with Angelo?

5  A    No.

6  Q    During the first time you spoke with Angelo, did you

7  speak about what schedule you would work if you were hired?

8  A    Yes.  He said six days only.

9  Q    During that conversation, did he tell you when your

10 working days would begin and end?

11 A    I had off on Monday and worked from Tuesday to Sunday.

12 Q    Did he tell you what o'clock you're working day would

13 begin and what o'clock your working day would end on Tuesday,

14 Wednesday, Thursday, Friday, Saturday, and Sunday?

15 A    I worked eight to ten hours, six days.

16        THE COURT:  What time to what time?

17        THE WITNESS:  From 11:00 to 8:00 or 9:00, or even

18 sometimes to 11:00 when the restaurant closed.

19        THE COURT:  So from 11:00 a.m. in the morning to

20 8:00 or 9:00 at night and sometimes 11:00 at night?

21        THE WITNESS:  Yes.

22 BY MR. SCHWEITZER:

23 Q    And is that what you were told the first time you met

24 Angelo, or did you learn that would be your working times

25 later?

*Gutierrez - Direct - Schweitzer*                                    86

1    A    Later on.

2    Q    What did you learn about your schedule the first time you

3    met with Angelo?

4    A    That I was going to come in at 11:00 and leave at 9:00.

5    Q    During the first time you met with Angelo, did you

6    discuss how you would be compensated?

7    A    Yes.

8    Q    What did you discuss?

9    A    $600 a week.

10   Q    How did you know that you were, in fact, hired?

11   A    I was there when the restaurant opened in March, and

12   Angelo himself told me that I was hired.

13            THE COURT:  Who told you?

14            THE WITNESS:  Angelo told me I was hired.

15   BY MR. SCHWEITZER:

16   Q    Did you ever work for Gus or Mike at any of their other

17   restaurants?

18   A    No.

19   Q    Had you ever worked for Angelo before this?

20   A    No.

21   Q    When Angelo told you you were hired, did he give you a

22   piece of paper saying how much you would be paid?

23   A    No.

24   Q    Did he give you such a piece of paper at any time during

25   your employment?

1  A    No.

2  Q    Once you started to working work, from what o'clock to

3  what o'clock did you work on Tuesdays?

4  A    Since it was very busy, I would go in at 11:00 until

5  closing most times.  Sometimes 10:00 or 11:00.

6  Q    What o'clock did you start working and what o'clock did

7  you finish working typically on Wednesdays?

8  A    It would be the same time.  The restaurant had just

9  opened; it was very busy.  It would be the same hours.

10  Q    And on Thursdays?

11  A    That was one of the busier days.  Same hours.

12  Q    On Fridays?

13  A    Also.

14  Q    On Saturdays?

15  A    Also very busy, yes, also.

16  Q    And what were your hours?

17  A    The same.  From 11:00 to closing.

18  Q    And when was closing on Saturday?

19  A    I don't remember whether it was 10:00 or 11:00.

20  Q    And what were your hours on Sundays?

21  A    That was 11:00 to 10:00 p.m.

22  Q    Is there a time clock, a sign-in sheet, or any other

23  means for you to record your arrival or departure times?

24  A    No.

25  Q    What would you do -- what were your duties on a

1    day-to-day basis?

2    A    Cook.  I was a cook.

3    Q    Did you have any breaks during the working day?

4    A    No.  There was no time for that.

5    Q    Approximately when did your employment at Taverna end?

6    A    In June.

7    Q    Of what year?

8    A    June 2013.

9    Q    Why did your employment end at that time?

10   A    Because they didn't pay me my money the way they should

11   have.

12   Q    You said earlier that during your interview you and

13   Angelo discussed a $600 per week salary.

14   A    Yes.

15   Q    How were you paid?

16        THE INTERPRETER:  One more time.

17   Q    How were you paid?  At what rate?

18   A    $600 a week.

19   Q    Did your pay go up and down if you worked more or fewer

20   hours?

21   A    It would go down sometimes if they were short on the 600

22   they were supposed to give me.

23   Q    And when your pay went down, for what reason was that?

24   A    I don't know.

25   Q    Did it have anything to do with you working fewer hours

1  in that week?

2  A    No.

3  Q    When you were paid less than $600 per week, how much were

4  you paid?

5  A    450, 400 per week.

6  Q    Who gave you your pay?

7  A    Mr. Angelo.

8  Q    Did Mike or Gus or Maria ever give you your pay?

9  A    No.

10  Q    Are you familiar with Mike?

11  A    Yes.

12  Q    Who is Mike?

13  A    I believe he's the owner.

14  Q    Why do you believe that?

15          THE COURT:  I'm sorry, I didn't hear you.

16          THE WITNESS:  I believe he was the owner.

17          THE COURT:  Mike, you believe, was the owner?

18          THE WITNESS:  They were, most of the time,

19  together -- Mike and Angelo.

20  BY MR. SCHWEITZER:

21  Q    What do you mean they would be most of the time together?

22  A    Well, they would come in, look in the kitchen, see what's

23  missing, what they needed.  They were in charge of the

24  restaurant.

25  Q    On a day-to-day basis, what would Mike do in the

1  restaurant, if anything?

2  A    He would just go to check, make sure everything's okay.

3  If there was anything out of place, he would put it back,

4  things like that.

5  Q    Did he give employees instruction or tasks to do?

6  A    I don't know.

7  Q    Are you familiar with Gus, also known as Konstantinos?

8  A    No.

9  Q    Are you familiar with Maria?

10 A    Yes.

11 Q    How are you familiar with Maria?

12 A    She was the one that was at the register.

13 Q    When did you first see her at the register?

14 A    I think by the time when the restaurant was closing.

15 Q    I'm sorry, I didn't catch that.

16 A    I think by the time the restaurant was closing.

17 Q    And when was that?

18 A    Around March.

19 Q    Of what year?

20 A    2013.

21            THE COURT:  I'm sorry, what happened in March of

22 2013?

23            THE WITNESS:  You're talking about Maria; right?

24            THE COURT:  Yes, with respect to Maria, what

25 happened in March of 2013?

1          THE WITNESS:  He asked me -- is that what you're

2   asking me, when I seen her for the first time?

3          THE INTERPRETER:  Directing to the attorney.

4          THE COURT:  Well, let me clarify, then.

5          When did you first see Maria for the first time?

6          THE WITNESS:  It was around March or April.

7          THE COURT:  Of 2013?

8          THE WITNESS:  Yes.

9          THE COURT:  Was that shortly after you began to work

10  there?

11         THE WITNESS:  Yes.

12         THE COURT:  And you would see her at the counter?

13         THE WITNESS:  Yes.

14         THE COURT:  Was she, like, a cashier; is that what

15  she did?

16         THE WITNESS:  Yes.

17  BY MR. SCHWEITZER:

18  Q    When you said at around when the restaurant closed, were

19  you referring to when the restaurant closed on a particular

20  day, or were you referring to when the restaurant shut down

21  for a period of time?

22  A    When I saw who?  You've got me confused.

23  Q    Maria.  Maria.

24  A    She -- you would hardly ever see her.

25  Q    About how often?

*Gutierrez - Direct - Schweitzer*                                           92

1   A    What's the question, counselor?

2   Q    About how often would you see her?

3   A    Two times a week, sometimes once.  She wouldn't show up

4   to the restaurant too much.  Plus, I wasn't paying attention

5   to that anyway.  I was working.

6   Q    To your knowledge, who was in charge of the front of the

7   house; that is to say, servers, bussers?

8   A    Yes.

9   Q    Who?

10  A    Maria.  Ms. Maria.

11  Q    Why do you believe that?

12  A    Because she was there.

13  Q    Doing what?

14  A    She would be at the register.

15  Q    What is the link between being at the register and being

16  in charge of the front of the house?

17  A    I don't understand your question.

18  Q    What underlying facts form your impression that Maria was

19  in charge of the front of the house?

20  A    Well, not everyone is able to take that responsibility

21  on.

22  Q    Why was Maria able to take that responsibility on?

23  A    She was Angelo's wife.

24         THE COURT:  What responsibility did you observe that

25  she took on?

1           THE WITNESS:  She would give money to the waiters,

2      the busboys.

3           THE COURT:  Like tips?

4           THE WITNESS:  Yes.

5           THE COURT:  Anything else?

6           THE WITNESS:  No, no.

7      BY MR. SCHWEITZER:

8      Q    How were you paid?

9      A    By cash.

10     Q    Who gave you your pay typically?

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    DIRECT EXAMINATION

2    BY MR. SCHWEITZER: (Continuing.)

3    Q    Did anyone besides Angelo ever give you your pay?

4    A    No.

5    Q    Were there any weeks you were not paid anything?

6    A    Yes.

7    Q    How many weeks?

8    A    Three.

9    Q    Which weeks were those?

10   A    That was like in June before I left.  I left in June.

11   Q    That's June 2013?

12   A    Of 2013.

13          THE COURT:  Of 2000 what?

14          THE INTERPRETER:  Thirteen.

15   Q    Did anyone explain to you that your salary would include

16   pay at time and a half for hours worked beyond 40 in a week?

17   A    No.

18   Q    When you received your pay, did you receive any paper

19   along with your pay?

20   A    No.

21   Q    Did you sign a pay receipt?

22   A    Never, no.

23   Q    Did you see any notices posted on the wall of the

24   restaurant regarding compliance with the wage and hour laws?

25   A    No.

1   Q    Did there come a time when Mike stopped coming to the

2   restaurant?

3   A    Yes, he stopped and I didn't see him anymore.

4   Q    When was that?

5   A    Around May.

6   Q    Of 2013?

7   A    Yes.

8   Q    Do you know why that was?

9   A    No.  I don't know why.

10        MR. SCHWEITZER:  Nothing further.

11        THE COURT:  Counsel.

12  CROSS-EXAMINATION

13  BY MR. SILVERBERG:

14  Q    Good afternoon, Ms. Gutierrez.

15  A    Good afternoon.

16  Q    So you became familiar with the Greek taverna, or Taverna

17  Greek Grill through Marco Juarez; is that correct?

18  A    Yes.

19  Q    And what did Marco tell you about the Greek Grill?

20  A    That they were going to open up a restaurant and he asked

21  me if I wanted to go work there.

22  Q    Did Marco ever talk to you about the character of how he

23  was paid by people at the Greek Grill?

24  A    No.

25  Q    He never mentioned anything about not getting his full

1   wages; is that correct?

2   A    Well, he mentioned that they weren't paying him, yes.

3   Q    When did he first mention that to you?

4   A    Around April 2013.

5   Q    What did you say in response to him?

6   A    I told him that he works very hard, that he should talk

7   to Mr. Angelo.

8   Q    But before you joined the Greek Grill, before you became

9   an employee, when he was first telling you about the Greek

10  Grill he never mentioned anything about him not being paid any

11  wages; is that correct?

12  A    No.

13  Q    When he told you at the time that he told you -- I'm

14  sorry, strike that.  And you -- the only thing you said to him

15  was that you work very hard, Marco, you should get paid your

16  wages; is that correct?

17         MR. SCHWEITZER:  Objection.  Mischaracterizes.

18  Q    Well, you tell me exactly what did you say to Mr. Marco

19  when he told you that he wasn't being paid all his wages?

20         MR. SCHWEITZER:  Asked and answered.

21         THE COURT:  Overruled.  She can answer it.

22  A    That he should speak to Mr. Angelo because he works hard

23  and it wasn't fair that they weren't paying him his money.

24  Q    Do you recall this was at the beginning of April or at

25  the end of April?

1  A    Around the end of April.

2  Q    The end of April, okay.

3  A    Yeah, because at jobs nobody talks about their wages,

4  their salaries.

5  Q    End of April.  And at that point in time, you were being

6  paid $600 a week, correct?

7  A    Yes.

8  Q    At that point in time had you ever received anything less

9  than $600 a week?

10        THE COURT:  You mean at another employment or --

11        MR. SILVERBERG:  No, at this restaurant.

12  Q    You said earlier you weren't paid the full $600; is that

13  correct?

14  A    No, no, it wasn't like they said they would pay me.

15  Q    When was the first time you remember not being paid the

16  full $600?

17  A    Toward the beginning of June.

18  Q    You said that you worked until -- your last month was

19  June, correct?

20  A    Yes.

21  Q    So the only shortfalls occurred in the month of June,

22  according to you, correct?

23  A    In April they were also short.  It wasn't what they had

24  promised me either.  They would just --

25  Q    So they paid you also --

1      THE COURT:  Let her finish.

2      MR. SILVERBERG:  Sorry.

3   A    They would just give me 450.

4   Q    So you didn't feel the need to share that with Marco when

5   he shared with you that he wasn't being paid less?

6      MR. SCHWEITZER:  Objection.

7   A    No.  No.  I never talked about that.

8   Q    You were responsible for doing the salads in the kitchen;

9   is that correct?

10  A    Yes.

11  Q    And were you given breaks during the day?

12  A    No.

13  Q    Was there a busy period during the day and less busy

14  periods during the day?

15  A    Yes.

16  Q    What time, let's say, did the lunch busy period end

17  approximately?

18  A    Lunch you mean, or in the morning, when?

19  Q    Was there a busy period during lunch periods during the

20  day?

21  A    12 p.m.

22  Q    How long were you busy during lunch for?  When is, like,

23  the lunch busy period end for you?

24  A    One, two hours.  One to two hours.

25  Q    By 2 o'clock would you say things had calmed down at the

1  restaurant as far as the lunch period goes?

2  A    Well, no, it was very busy.  The restaurant was new, the

3  food was great.

4  Q    So it was constant, the same state of busyness from

5  11 o'clock 'til when you left?

6  A    Yes.  It was very busy.

7  Q    So there was no like at 2 o'clock to 4 o'clock slowdown

8  when you could take a break; is that correct?

9  A    No.

10  Q    You said that you saw a woman at the register, correct?

11  A    Yes.

12  Q    Who was that woman that you saw at the register?

13  A    The woman that's seated right there.

14        MR. SILVERBERG:  Can you stand up.  I'm asking --

15  let the record reflect, I'm asking Maria Pollatos to stand up

16  and take off her mask.

17  Q    Is this the woman you saw at the counter?

18  A    Yes.

19  Q    You worked there from March to June, correct, 2013?

20  A    Yes, I did.

21  Q    How often would you see this person, Maria, at the

22  counter?

23  A    Once or twice a week.

24  Q    For the whole period that you were there April -- March

25  to June, correct?

1   A    Yes.

2   Q    And did you ever see this woman, Maria, at the counter

3   with any children?

4   A    No.

5          MR. SILVERBERG:  No further questions -- wait, I'm

6   sorry.

7          THE COURT:  We'll take a brief five-minute recess.

8          (Recess.)

9          (Proceedings resumed.)

10          MR. SILVERBERG:  Would you like me to step out?

11          THE COURT:  I'd like you to find counsel.

12          MR. MORRISON:  My apologies.

13          THE COURT:  Are you ready to inquire, counsel?

14          MR. HUFNAGEL:  Yes.

15   CROSS-EXAMINATION

16   BY MR. HUFNAGEL:

17   Q    Good afternoon.  My name is Brian Hufnagel.

18   A    Good afternoon.

19   Q    How often on a weekly basis was Angelo at the restaurant?

20   A    Almost every day.

21   Q    What hours of the day would he be there?

22   A    He would arrive about 11 in the morning.

23   Q    And how long would he stay?

24   A    About 10 p.m.

25   Q    How many days a week did Mike come to the restaurant?

1   A    I would only see him like two times a week.

2   Q    What hours of the day would he be there on those two

3   days?

4   A    He would get there about 1 o'clock.

5   Q    And when would he leave?

6   A    Maybe 2 o'clock, he wouldn't stay for too long.

7   Q    Was there any time that the restaurant was closed for a

8   week or two?

9   A    Well, I started there in March.

10  Q    Did it close for a week or two in March or April of 2013?

11  A    I don't remember.

12  Q    When you quit your job at the restaurant, did you have

13  another job lined up?

14        MR. SCHWEITZER:  Relevance.

15        THE COURT:  Overruled.

16  A    No.

17  Q    How long did it take you to find another job?

18  A    Two weeks, something like that.

19  Q    Did you ever observe any of your former co-workers being

20  fired or terminated from their position at the restaurant?

21  A    No.

22  Q    Did you work with a co-worker named Valencia?

23  A    I don't remember their names.

24  Q    Was there a posted schedule of hours that different

25  employees would be working at the restaurant on a weekly

1    basis?

2    A     No.

3    Q     How did you know what days and hours you were supposed to

4    work?

5    A     When I spoke with Angelo, we spoke about the days that I

6    was able to work and the hours and we came to an agreement.

7    Q     Who was in charge of the kitchen?

8    A     No one really.  We were all cooks.

9    Q     So there was not one cook who was responsible for

10   supervising the other cooks?

11   A     No.  No.

12   Q     Do you know a Nick Liberatos?

13        MR. SCHWEITZER:  Relevance.  Scope.

14   A     No.

15        THE COURT:  I'll let the answer stand.

16   Q     Do you know a Tom Liberatos?

17        MR. SCHWEITZER:  Same objection.

18        THE COURT:  Overruled.

19   A     No.

20        MR. HUFNAGEL:  I have no other questions.

21        THE COURT:  Counsel, do you have any?

22        MR. MORRISON:  I have one question, one quick

23   question.

24        THE COURT:  Okay.

25

1    CROSS-EXAMINATION

2    BY MR. MORRISON:

3    Q    So to clarify, Gus neither hired or fired you; is that

4    right?

5    A    No.

6    Q    Thank you.  In other words, he did not?

7    A    No.  He did not fire me.

8    Q    And Gus did not hire you?

9    A    No.

10            MR. MORRISON:  Thank you.  No further questions.

11            THE COURT:  But you knew someone named Gus, correct?

12            THE WITNESS:  No, I don't know anybody.

13            THE COURT:  You didn't know anyone at the restaurant

14   by the name of Gus?

15            THE WITNESS:  Maybe, I don't remember.  I just

16   remember Mr. Angelo and Mr. Mike.

17            THE COURT:  So when he said Gus didn't hire you and

18   Gus didn't fire you, I mean is it correct that you didn't know

19   anyone there named Gus?

20            THE WITNESS:  No.

21            THE COURT:  You didn't know Gus?

22            THE WITNESS:  No.

23            THE COURT:  Okay.

24            Anything further from redirect?

25

1  REDIRECT EXAMINATION

2  BY MR. SCHWEITZER:

3  Q    Did you know a Konstantinos or Mr. Siklas?

4  A    No.

5            MR. SCHWEITZER:  Nothing further.

6            THE COURT:  Okay.  Thank you.  You can step down.

7            (Whereupon, the witness was excused.)

8            THE COURT:  Do you have another witness, counsel?

9            MR. SCHWEITZER:  I would like to call Maria Karras

10  just for the purpose of authenticating some exhibits before I

11  rest.

12            THE COURT:  Fine.  You want to come up.

13            MR. SCHWEITZER:  Maria Karras-Pollatos.

14            THE COURT:  So Maria Karras-Pollatos --

15            MR. SCHWEITZER:  Yes.

16            THE COURT:  -- the defendant.

17            Raise your right hand.

18            (Witness sworn.)

19            THE WITNESS:  Yes.

20            THE COURT:  Please be seated and state and spell

21  your name for the record.

22            THE WITNESS:  Maria Karras-Pollatos.

23            (Continued on next page.)

24

25

1   **MARIA KARRAS-POLLATOS,**

2              called as a witness, having been first duly

3              sworn/affirmed, was examined and testified as

4              follows:

5   DIRECT EXAMINATION

6   BY MR. SCHWEITZER:

7   Q    Good afternoon, Ms. Pollatos.  I'm just going to show you

8   a document and I'm going to show you each page of it and at

9   the end of it I would like you to tell me if you're familiar

10  with the document at all.

11             Please share the screen with the witness.

12             Can you see the document?

13  A    No.

14             MR. SCHWEITZER:  All right, give it a minute.

15             THE COURT:  It's not on our screen?

16             THE WITNESS:  No.

17             MR. MORRISON:  It's not on ours either.

18             MR. SCHWEITZER:  It's on Mr. Silverberg's and it's

19  on mine.

20             THE COURT:  It's on yours?

21             MR. SCHWEITZER:  It is.

22             MR. SILVERBERG:  It's on mine, too.

23             MR. MORRISON:  We can swing around, your Honor, if

24  that's okay.  We have the paper version.

25             MR. SCHWEITZER:  It was working before.

1            THE LAW CLERK:  Yes, that's what I'm confused about.

2            MR. SILVERBERG:  Do you want a hard copy?  I have a

3    copy of the documents.

4            MR. SCHWEITZER:  So do I.

5            THE COURT:  What exhibit number is this, counsel?

6            MR. SCHWEITZER:  This will be Exhibit 5.

7            THE COURT:  You just want to show the witness a hard

8    copy of Exhibit 5.

9            MR. SCHWEITZER:  May I approach, your Honor?

10           THE COURT:  Yes.

11   BY MR. SCHWEITZER:

12   Q    I've handed you a copy of what's been marked for

13   identification as Exhibit 5 for purposes of this trial.

14           Do you recognize this document?

15   A    No, I do not.

16   Q    Does your signature appear on this document?

17   A    Yes.

18   Q    Does your signature appear towards the bottom right of

19   the first page of this document below the heading "Assignor?"

20   A    Okay, yes.

21   Q    Does your signature appear toward the bottom right of the

22   third page of this document below the heading "Tenant?"

23   A    Yes.

24   Q    Turning to the second page of this document, did you

25   affix your signature to this document on or about February 11,

1   2013?

2   A    Where is that?

3   Q    I'll direct your attention to the third of three notary

4   statements on that page.

5   A    Okay.  Uh-huh.

6   Q    And where it says, on October 11 or possibly 4, 2013,

7   before me the undersigned personally appeared, Maria Karras,

8   and there follows a whole notary statement.

9           MR. SILVERBERG:  Do you mean February?

10          MR. SCHWEITZER:  Yes.  What did I say?

11          THE WITNESS:  You said October.

12          MR. SCHWEITZER:  Did I say October?  I'm sorry.

13          Sorry, it should be February 11, 2013.

14          MR. SILVERBERG:  February 14 or February 4th.

15          MR. SCHWEITZER:  Well, correct me if I'm wrong, if

16   it's four, it's four, if it's 11, it's 11.

17          THE COURT:  What is your question, counsel?

18   Q    Did you affix your signature to this document on or about

19   that date?

20   A    I don't recall.

21   Q    Do you recall signing this document in front of the

22   notary, John J. Napolitano?

23   A    What is this document exactly?

24   Q    Turn to the first page, it's captioned "Assignment and

25   Assumption of Lease" and it refers to the assignment of a

1  lease from First Statewide Capital, Inc. Parentheses, Greek

2  Grill, close parentheses to 156-40 Grill, LLC.

3         Does that refresh your recollection?

4  A    No.

5  Q    What is First Statewide Capital, Inc.?

6  A    I don't know what that is.

7  Q    Did anyone at that corporation give you the authority to

8  sign agreements on its behalf?

9  A    I don't recall.

10  Q    Have you ever been an owner of that corporation?

11  A    No.

12  Q    A director of that corporation?

13  A    Of which corporation exactly?

14  Q    First Statewide Capital, Inc.?

15  A    I don't recall.

16  Q    Have you ever been an officer of that corporation?

17  A    I don't recall.

18         MR. SCHWEITZER:  I ask Exhibit 5 be admitted into

19  evidence.

20         MR. SILVERBERG:  I object.  There is no basis for

21  the witness saying she doesn't recall any of this stuff.

22         MR. SCHWEITZER:  She identified her signature that

23  appears twice on this document.

24         THE COURT:  Is this on your exhibit list?

25         MR. SCHWEITZER:  That's right.

1            THE COURT:  I thought there were no objections to

2    your exhibits.

3            MR. SCHWEITZER:  As of the pretrial conference in

4    April, the objections were waived.

5            THE COURT:  I think that's right, that's right.

6            The note on 3/28/22 it says, the defendants withdrew

7    the relevancy -- it says, defendants Siderakis and Siklas

8    withdrew their relevancy objections to plaintiffs' proposed

9    exhibits.

10           MR. SCHWEITZER:  Yes.  And defendants Pollatos and

11   Pollatos had not made objections in the first instance.

12           THE COURT:  Yes.  So I don't know how -- you didn't

13   object to the exhibits going in.

14           MR. SILVERBERG:  Okay.  I have no objection, your

15   Honor.

16           THE WITNESS:  At the time we were pro se.

17           THE COURT:  I don't know that you were.

18           Yes, you were pro se but the exhibits come in

19   regardless of whether you were pro se or not.  There was no

20   objection to the exhibits.  The counsel that you've retained

21   didn't, before this proceeding, make any objections to the

22   exhibits, so it is not time to do that.

23           I'll permit the exhibit in evidence.

24           (Plaintiffs' Exhibit 5, was received in evidence.)

25           THE COURT:  That is your signature on it -- you're

1    not denying it's your signature on the document, correct?

2              THE WITNESS:  No, but I just don't know what really,

3    what is this.  Is this --

4              THE COURT:  It's an assignment of a lease, correct?

5              MR. SCHWEITZER:  Yes.

6              THE WITNESS:  Okay.  And I don't know what the

7    relevance is.

8              THE COURT:  Well, I'll worry about that.

9              Do you have any other questions you want to ask the

10   witness?

11             MR. SCHWEITZER:  Several for the witness, I have

12   several documents that only she can identify.

13             THE COURT:  Pardon me?

14             MR. SCHWEITZER:  I have several documents that she

15   can identify.

16             THE COURT:  All right.

17             MR. SCHWEITZER:  May I approach and show the witness

18   Exhibit 6, your Honor?

19             THE COURT:  Yes.

20             Can we put Exhibit 6 up?

21             MR. SCHWEITZER:  I have it on my screen and it's

22   appearing at counsel table for myself and Mr. Silverberg.

23             THE COURT:  It's Articles of Incorporation I think.

24   Q    I'm showing you what's been marked for purposes of this

25   trial as -- did I give you part of Exhibit 7?

1          MR. SCHWEITZER:  May I approach, your Honor?

2          THE COURT:  Yes.  This is six.

3          MR. SCHWEITZER:  I think I gave her the cover page

4    for -- yes.  Sorry.

5    Q    Showing you what's been marked as Plaintiffs' Exhibit 6

6    for purposes of this hearing, do you recognize this document?

7    A    No.

8    Q    Does your signature appear on this document?

9    A    I believe so.

10   Q    In fact, it appears below the heading 156-40 Grill, LLC

11   and above the signature line Maria Karras-Pollatos

12   individually on behalf of the LLC, correct?

13   A    What is this document?

14   Q    Is that your signature, ma'am?

15   A    Yes.  Can you explain the document?

16   Q    This document is captioned "Amended and Restated Articles

17   of Organization of 156-40 Grill, LLC," correct?

18   A    What does that mean?

19   Q    Answer the question, please.

20         THE COURT:  I think --

21         MR. SCHWEITZER:  Your Honor, please direct the --

22         THE COURT:  You have to answer --

23         MR. SCHWEITZER:  -- witness to answer the question.

24         THE COURT:  -- the question of counsel --

25         THE WITNESS:  Sorry.

```
 1              THE COURT:  -- and if your lawyer has some questions
 2    he wants to ask --
 3              THE WITNESS:  Sorry, okay.
 4              THE COURT:  -- of you he can.
 5              THE WITNESS:  Okay.
 6    BY MR. SCHWEITZER:
 7    Q    This document is captioned Amended and Restated Articles
 8    of Organization of 156-40 Grill, LLC, correct?
 9    A    Correct.
10    Q    And this sets forth six terms under which 156-40 Grill,
11    LLC is organized, correct?
12    A    I don't know what that means.
13    Q    You were in fact a member of the 156-40 Grill, LLC,
14    correct?
15    A    Correct.
16    Q    In fact, prior to approximately February 2013, you were
17    the sole member of that entity, correct?
18    A    Correct.
19    Q    And in about February of 2013, you agreed with
20    Mr. Siderakis and Mr. Siklas that they would also become
21    members, correct?
22    A    Correct.
23    Q    And they would have -- they and you would have each a
24    one-third share in the entity, correct?
25    A    Correct.
```

1  Q    And this document amends the articles of organization to

2  reflect that rather than being a single member organization,

3  it is now a three member organization, correct?

4  A    Correct.

5              MR. SCHWEITZER:  I ask that Exhibit 6 be admitted.

6              THE COURT:  Six?

7              MR. SCHWEITZER:  Yes.

8              THE COURT:  Six will be received.

9              (Plaintiffs' Exhibit 6, was received in evidence.)

10             MR. SILVERBERG:  If I may, just from a procedural

11 standpoint, your Honor, if there's -- basically if these

12 documents were already pre-accepted, I think the witness

13 should be asked questions with respect to a document that's

14 already been admitted into evidence if he's going to keep

15 questioning her about it.

16             THE COURT:  Well, I think counsel is entitled to

17 have -- so there will be no question that it's her signature

18 on the document.

19             MR. SILVERBERG:  What's that?

20             THE COURT:  I think counsel is entitled to have her

21 indicate whether or not it is her signature on the document

22 and that's --

23             MR. SILVERBERG:  Sure, I'm not -- no issue, your

24 Honor.

25             THE COURT:  Okay.

```
 1            MR. SCHWEITZER:  May I approach, your Honor?

 2            THE COURT:  Yes.

 3   Q    I'm showing you what's been marked for purposes of this

 4   hearing, document number seven, Exhibit Number 7.  It's a

 5   13-page document so take your time, flip through it and tell

 6   me when you reach the end if you recognize this document.

 7            Oh, now it works.

 8   A    Okay.

 9   Q    Do you recognize this document?

10   A    No.

11   Q    Flip to the end, please.

12            Does your signature appear on this page?

13   A    Yes.

14   Q    It appears below the heading 156-40 Grill, LLC above the

15   signature line Maria Karras-Pollatos individually and on

16   behalf of the LLC?

17   A    Yes.

18   Q    Towards the bottom of that page there is a set of what

19   appear to be three initials; is that right?

20   A    Okay, yes.

21   Q    Is one of those your initials?

22   A    Yes.

23   Q    In particular it says MKP, right?

24   A    Yes.

25   Q    Going back to the first page, your initials appear on
```

1   this page?

2   A    Yes.

3   Q    Towards the bottom right where it says MKP?

4   A    Yes.

5   Q    The second page, do your initials MKP appear toward the

6   bottom right of this page?

7   A    Yes.

8   Q    Third page, do your initials MKP appear on the bottom

9   right of this page?

10  A    Yes.

11  Q    Fourth page, do your initials MKP appear on the bottom

12  right of this page?

13  A    Uh-huh, yes.

14  Q    Your initials MKP appear on the bottom right of the fifth

15  page?

16  A    Yes.

17  Q    Your initials MKP appear on the bottom right of the sixth

18  page?

19  A    No.

20       MR. SILVERBERG:  Your Honor, what's the purpose of

21  this.  Can we concede this document is in evidence?

22       MR. SCHWEITZER:  I would be happy to stipulate to

23  that, your Honor.

24       THE COURT:  All right.  Exhibit 7 is in evidence.

25       (Plaintiffs' Exhibit 7, was received in evidence.)

1          MR. SCHWEITZER:  May I approach, your Honor?

2          THE COURT:  Yes.

3          MR. SCHWEITZER:  All right.  I don't need to do that

4    anymore, do I?

5    Q    Ms. Pollatos, I'm showing you what's been marked for

6    purposes of identification at this hearing as Exhibit 8, a

7    three-page document captioned "Combined Contract and Transfer

8    Agreement."

9          Do you recognize this document?

10   A    Yes.

11   Q    And on the last page of this document that's your

12   signature?

13   A    Yes.

14   Q    And this document, to memorialize, is the transfer of

15   ownership interest in the LLC from yourself to Mr. Siderakis

16   and Mr. Siklas?

17   A    Wait, can you repeat that?

18   Q    Excuse me.

19         I'll direct your attention to paragraph 5 on page 2

20   of this document.  This document memorializes that,

21   Henceforth, the LLC will be one-third owned by yourself,

22   one-third by Mr. Siderakis and one-third by Mr. Siklas?

23   A    Yes.

24   Q    On the first page, paragraph 3 that's supposed to be in

25   consideration of $40,000?

1  A    Yes.

2          MR. SCHWEITZER:  I ask that Exhibit 8 be admitted.

3          THE COURT:  This is 8.

4          Exhibit 8 will be received.

5          (Plaintiffs' Exhibit 8, was received in evidence.)

6

7          (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    DIRECT EXAMINATION

2    BY MR. SCHWEITZER: (Continued)

3    Q    Ms. Pollatos, I'm showing you what's been marked for

4    identification as Exhibit 17.  It's captioned affirmation of

5    Maria --

6    A    I can't see it up there and it's not on my scene.

7              MR. SCHWEITZER:  Okay.  May I approach, Your Honor?

8              THE COURT:  It's not on your screen there?

9              THE WITNESS:  No.

10   Q    All right.  Now I'm showing you Exhibit 17, a document

11   captioned affirmation of Maria Karras Pollatos in support of

12   defendants' motion for summary judgment.

13             Do you recognize this document?

14   A    Yes.

15   Q    Turning towards the last page of this document, is this

16   your signature?

17   A    Yes.

18   Q    I ask that Exhibit 17 be entered?

19             THE COURT:  Seventeen will be received.

20             (Plaintiffs' Exhibit 17, was received in evidence.)

21             MR. SCHWEITZER:  May I approach?

22             THE COURT:  Yes.

23   Q    I am now showing you document number -- sorry, Exhibit

24   Number 18 which is the verified complaint in the lawsuit for

25   Maria Karras Pollatos against Michael Siderakis and

1   Konstantinos Siklas.

2          Do you recognize this document?

3   A    Yes.

4   Q    What do you recognize it to be?

5   A    It's a lawsuit.

6   Q    By you against Michael and Gus?

7   A    Yes.

8   Q    Prior to filing this lawsuit, did you review this

9   document?

10  A    I don't recall.

11         MR. SCHWEITZER:  I ask that Exhibit 18 be entered.

12         THE COURT:  Eighteen will be received.

13         (Plaintiffs' Exhibit 18, was received in evidence.)

14         MR. SCHWEITZER:  May I approach?

15         THE COURT:  Yes.

16  Q    I'm now showing you what's been marked Exhibit 19.  This

17  is captioned Maria Karras Pollatos' affidavit in support, and

18  it's in support of a motion in the -- in your lawsuit against

19  Mr. Siderakis and Mr. Siklas.

20         Do you recognize this document?

21  A    Yes.

22  Q    Does your signature appear on this document?

23  A    Yes.

24         MR. SCHWEITZER:  I ask that Exhibit 19 be entered.

25         THE COURT:  Nineteen will be received.

1           (Plaintiffs' Exhibit 19, was received in evidence.)

2           MR. SCHWEITZER:  All right.  I don't have anything

3  further for this witness at this time.

4           I reserve the right to cross-examine her if she's

5  recalled for direct.

6           THE COURT:  Do other counsel have questions based on

7  the testimony she's given?

8           MR. SILVERBERG:  No, Your Honor.  But I do reserve

9  the right to call her for my case in chief.

10           THE COURT:  Okay.  Counsel for Mr.  Siderakis or

11  Mr. Siklas?

12           MR. HUFNAGEL:  No, Your Honor.

13           MR. MORRISON:  No.

14           THE COURT:  Okay.  All right.  You can step down.

15           (The witness steps down.)

16           THE COURT:  Do you have any other witnesses you wish

17  to call?

18           MR. SCHWEITZER:  Yes.  I'd like to call Michael

19  Siderakis very briefly for a similar purpose.

20           THE COURT:  Okay.

21           (The witness enters the stand.)

22           THE COURT:  Raise your right hand.

23           (The witness was sworn and/or affirmed in by the

24  courtroom deputy.)

25           THE WITNESS:  I do.

*Proceedings*                                                                    121

1          THE COURT:  Please be seated and state and spell

2     your name, for the record.

3          THE WITNESS:  Michael Siderakis, M-I-C-H-A-E-L,

4     S-I-D-E-R-A-K-I-S.

5          MR. MORRISON:  Your Honor, the plaintiff is just

6     seeking to confirm that the signatures of the document in

7     evidence of Mr. Siderakis, we can just stipulate to that now

8     if that's what plaintiffs' counsel is trying to accomplish.

9          MR. SCHWEITZER:  It's not.  I have additional

10    documents to show Mr. Siderakis and it doesn't appear to have

11    anyone's signature on it.

12               May I approach Your Honor?

13          THE COURT:  Yes.

14               (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

1  **MICHAEL SIDERAKIS,**

2          called as a witness, having been first duly

3          sworn/affirmed, was examined and testified as

4          follows:

5  DIRECT EXAMINATION

6  BY MR. SCHWEITZER:

7  Q    Mr. Siderakis, I'm showing you what's been marked for

8  identification for purposes of this hearing as Plaintiffs'

9  Exhibit 3.

10          Do you recognize this document?

11 A    No.

12 Q    Had this appears to be a assignment of employer

13 identification number to -- addressed to 156-40 Grill LLC and

14 dated January 15th, 2013; is that correct?

15 A    January 15 of 13.  That's correct.

16 Q    And, in fact, in the address, it's addressed to 156-40

17 Grill LLC Michael Siderakis member, correct?

18 A    Correct.

19 Q    Did you receive this document from the Internal Revenue

20 Service?

21 A    Personally, I did not.

22 Q    Have you seen this document before?

23 A    No.

24 Q    Do you know why your name would appear in the address?

25 A    As it states, I'm a member of 156-40 Grill LLC.

1   Q    Were you a number of 156-40 Grill LLC at that time?

2   A    In January 15 of 2013, I do not believe I was, no.

3             MR. SCHWEITZER:  I ask that Exhibit 3 be entered.

4             THE COURT:  Three will be received.

5             (Plaintiffs' Exhibit 3, was received in evidence.)

6             MR. SCHWEITZER:  Nothing further for this witness at

7   this time.

8             I reserve the right to cross-examine.

9             THE COURT:  Counsel, does anyone else have any other

10  questions for this witness?

11            MR. SILVERBERG:  No, Your Honor.

12            MR. HUFNAGEL:  No, your Honor.

13            THE COURT:  Thank you.  You can step down for the

14  moment.

15            THE WITNESS:  Do you want me to leave this here?

16            THE COURT:  Just give it back to him.

17            THE WITNESS:  Okay.

18            (The witness steps down.)

19            THE COURT:  All right, counsel.  Anything further?

20            MR. SCHWEITZER:  No.  Plaintiff rests.  Reserve the

21  right to recall witness for rebuttal.

22            THE COURT:  All right.

23            Yes, sir?

24            MR. SILVERBERG:  I don't know if this is the right

25  time, but we'd like to revisit that issue with respect to the

*Proceedings* 124

1    witness.

2              THE COURT:  Okay.

3              MR. SILVERBERG:  So we'd like to call -- I spoke to

4    Ms. Rosa Karanasos.  She's available to come tomorrow.  I

5    spoke to opposing counsel.  There was no depositions taken in

6    this matter of plaintiffs, so plaintiffs have never before

7    affirmatively said that the person at the front counter was

8    Ms. Maria Karras.  Today was the first time that we ever knew

9    that that was the allegation.

10             MR. SCHWEITZER:  At deposition, defendant Evangelos

11   Pollatos identified Rosa -- I'm sorry, her last name is

12   slipping my mind.  He identified her as somebody who worked

13   the front counter for -- and helped out for a couple of weeks.

14             THE COURT:  Who identified her as that?

15             MR. SILVERBERG:  Evangelos Pollatos, one of the

16   defendants.

17             THE COURT:  All right.  Was there ever an allegation

18   before, anywhere in the lawsuit, that it was Maria Karras

19   Pollatos who was working and doing that job?

20             MR. SCHWEITZER:  There was an allegation that she

21   was an employer.  It never got so specific as to say she was

22   working as a hostess and paying the tips out.

23             THE COURT:  I'll allow you to call the witness.

24             MR. SILVERBERG:  Thank you, Your Honor.

25             THE COURT:  She's available tomorrow?

1          MR. SILVERBERG:  Yes, she is.

2          THE COURT:  Okay.  Do you have any witnesses in your

3    case?  We've got time now.

4          MR. SILVERBERG:  Yes.  I'll call Maria Karras

5    Pollatos.

6          (The witness enters the stand.)

7          THE COURT:  You'll remember, Ms. Karras Pollatos

8    you're under oath from a few moments ago.

9          THE WITNESS:  Yes.

10          THE COURT:  Okay.

11   DIRECT EXAMINATION

12   BY MR. SILVERBERG:

13   Q    Good afternoon, Ms. Pollatos.

14   A    Good afternoon.

15   Q    Are you familiar with a company named 156-40 Grill LLC?

16   A    Yes.

17   Q    And what is your familiarity with that company?

18   A    It was a corporation that we opened to -- for a

19   restaurant.

20   Q    When you say "we," who is the we?

21   A    My husband and I.

22   Q    And who is your husband?

23   A    Evangelos Pollatos.

24   Q    What was the purpose of opening up this corporation?

25   A    It was to open a restaurant.

1   Q      And did you have a role in this company?

2   A      Yes.

3   Q      What was your role?

4   A      I was the money investor in Greek Grill Taverna.

5   Q      Did you have any role -- can you describe your role on

6   the day-to-day operations?

7   A      No, because I never was there.

8   Q      Did there ever come a time when you visited the Greek

9   Grill restaurant?

10  A      Yes.

11  Q      Can you describe your visits to the restaurant?

12  A      I had my three children with me.  The handful of times

13  that I did go, I ate, I always had my kids with me.  I'm a

14  stay-at-home mother.  In fact, my little -- my daughter was a

15  baby.  She was in an infant carrier, and those were the

16  handful of times that I went there, only to eat.

17  Q      Can you describe the number and age of your children in

18  2013, in, say, March 2013 when the restaurant opened?

19  A      Chloe was 11 months old, my son was six years old, and my

20  daughter was eight.

21  Q      And they always -- is it accurate to say they always

22  accompanied you to the restaurant?

23  A      Always.  I was there -- I'm their sole caretaker.  I was

24  their sole caretaker.

25  Q      The plaintiff says that you worked at the counter of the

1   restaurant.

2           Did you ever work at the restaurant?

3   A    Never.

4   Q    Did you ever personally hire any employees at the

5   restaurant?

6   A    Never.

7   Q    Did you ever personally fire any employees?

8   A    Never.

9   Q    Did you ever supervise any employees?

10  A    Never.

11  Q    Did you ever control any employees' work schedules?

12  A    Never.

13  Q    Did you ever set any wage and hour or salary of any

14  employees?

15  A    Never.

16          MR. SILVERBERG:  I'd also like to put into evidence,

17  two exhibits, Your Honor.  One was actually already admitted

18  which was the amended articles of organization?

19          THE COURT:  Which exhibit number is that?

20          MR. SILVERBERG:  Which is -- this mask is killing

21  me.

22          THE CLERK:  Plaintiffs' Exhibit 6.

23          MR. SILVERBERG:  That was Exhibit 6, Your Honor.

24          THE COURT:  Six is in.

25          MR. SILVERBERG:  Yes.  So I'm just going to ask --

1    and I'll just make a note, I'll read for the record, if it's

2    okay, Your Honor, from Exhibit 6.

3              The six items in there says, the limited liability

4    company is to be managed Michael Siderakis, Konstantinos

5    Siklas --

6              THE COURT:  Is this Exhibit 6?

7              MR. SILVERBERG:  Yes, Your Honor.  The sixth item.

8              THE COURT:  Oh, I see.  All right.  Okay.  Go ahead.

9              MR. SILVERBERG:  I just wanted to read that into the

10   record, Your Honor.

11             THE COURT:  Yes, but just read it more slowly,

12   please.

13             MR. SILVERBERG:  Yes, Your Honor.  I'm sorry.  I

14   apologize.

15             The limited liability company is to be managed by

16   Michael Siderakis, and Konstantinos Siklas, Michael Siderakis

17   being the general manager, and Konstantinos Siklas being the

18   assistant manager of the LLC.

19             And I'd also like to put into evidence -- I don't

20   have it on the screen, but I have copies here.  And it was one

21   of the documents I put into my exhibit list when I submitted

22   it to the Court.  May I --

23             THE COURT:  What exhibit number is it?

24             MR. SILVERBERG:  That would be our Exhibit B, the

25   asset purchase agreement.

 1          THE COURT:  Exhibit B, correct?

 2          MR. SILVERBERG:  Yes.  Of our witness list of -- of

 3    our exhibit list.

 4          THE COURT:  Okay.  You want to put in Exhibit B?  Do

 5    you want tow show it to the witness or are you just --

 6          MR. SILVERBERG:  Unless there's an objection.

 7          THE COURT:  Is there any objection to B going into

 8    evidence?

 9          MR. SILVERBERG:  Would you like a copy, an extra

10    copy (handing)?

11          MR. SCHWEITZER:  Yes, I do object.  This is being

12    produced -- this was never produced in discovery.

13          THE COURT:  Well, it's been in the exhibit list for

14    quite awhile.  Plaintiff produced all the exhibits.

15          MR. SCHWEITZER:  That is not the case, Your Honor.

16          THE COURT:  Excuse me.  Hold on a minute.

17          (Pause in the proceedings.)

18          THE COURT:  I'm sorry, what is your objection?

19          MR. SCHWEITZER:  The exhibit that Mr. Pollatos

20    attempted to enter.

21          (Court reporter interrupts for clarification.)

22          THE COURT:  He can't hear you.  You're mumbling into

23    your mask.

24          MR. SCHWEITZER:  The sole exhibit on defendants' --

25    on the Pollatos defendants' list is a letter from the pretrial

 1   order, is a letter from George Russo, attorney for Michael

 2   Siderakis and Konstantinos Siklas.  This asset purchase

 3   agreement appears nowhere in the pretrial order.  It has not

 4   been on any exhibit list, other than the one filed pursuant to

 5   Your Honor's order and which was not accompanied by a request

 6   to amend the pretrial order.  Nor an explanation of cause for

 7   why it had not been produced previously.

 8            MR. SILVERBERG:  That's accurate, Your Honor.  It

 9   wasn't on the initial pretrial order.  I put it into my list

10   of exhibits that I filed on March 9th.  I will note that at

11   the time that the pretrial order was filed back in

12   September 2018, Mr. And Mrs. Pollatos were pro se defendants,

13   and then in my communication with them, this document came up.

14   And this document, I believe, is relevant for purposes of

15   showing when the Greek Grill last operated and when the last

16   day of work was at the location.

17            THE COURT:  Is there any objection, counsel, to the

18   exhibit for that purpose?

19            I don't know that you're disputing anything here,

20   are you?

21            MR. SCHWEITZER:  We believe that the -- we believe

22   that the testimony shows that the -- that Mr. Sanchez

23   continued to work until March 2014, and this does not, in

24   fact, show when the Greek Grill last operated.  It merely

25   shows when the asset purchase agreement was executed.  So it's

1   not sufficient evidence for the proffer.

2          MR. SILVERBERG:  Well, I think it's evidence and the

3   Court can weigh it as the Court pleases.

4          THE COURT:  Well, I'll reserve on whether I accept

5   it or not.

6          Do you want to ask questions about it so you at

7   least have a record, and I can determine whether I should

8   accept that or not?  But if you want to ask anything about it,

9   let's just make your record.

10         MR. SILVERBERG:  I'd like to ask the witness some

11  questions, Your Honor.

12         THE COURT:  Okay.

13         MR. SILVERBERG:  Can I approach the witness to give

14  her a copy of the document?

15         THE COURT:  Yes.

16  Q    Ms. Pollatos, did there come a time when you sold your

17  interest in the Greek Grill?

18  A    Yes.

19  Q    And do you recall -- I'm going to ask you to review this

20  document, the asset purchase agreement.

21         Have you had a chance to look at it?

22  A    Yes.

23  Q    And is that your signature on Page 12?

24  A    Yes.

25  Q    And is that your signature on the last page?

1   A    Yes.

2   Q    And can you describe -- do you recall executing that

3   document, this document?

4   A    Yes.

5   Q    Can you describe the nature of this document?

6   A    This was a contract of sale to the new owners.  On -- the

7   date is --

8   Q    There's a date on the last page.

9           MR. SCHWEITZER:  Leading.

10  A    Okay.

11  Q    Does that refresh your recollection?

12  A    Yes.  January 20, 2004.  This is a contract of sale of

13  the restaurant.

14  Q    And do you recall if that was around the time that you

15  sold your interest in the restaurant?

16  A    Yes.  The restaurant closed.

17          THE COURT:  On the date of this agreement it closed,

18  or did it close after this agreement?

19          THE WITNESS:  We were out the day the restaurant --

20  the restaurant closed the day of this agreement.

21          MR. SILVERBERG:  No further questions, Your Honor.

22          THE COURT:  Is it the date you signed it.  There are

23  two different dates, January 20th is when you signed it,

24  January 22nd --

25          THE WITNESS:  The day I signed it on January 20th

1  was the -- the restaurant had closed.

2           THE COURT:  So it closed by that date?

3           THE WITNESS:  Yes.

4           THE COURT:  Okay.  Is that all you wish to ask?

5           MR. SILVERBERG:  Yes, Your Honor.  No further

6  questions.

7           THE COURT:  Was there any questions from plaintiffs'

8  counsel and then --

9           MR. SCHWEITZER:  Yes, Your Honor.  I have quite a

10 lot.

11          May I approach?  May I approach, Your Honor?

12          THE COURT:  Are you going to ask questions?

13          MR. SCHWEITZER:  Yes, Your Honor.

14          THE COURT:  Okay.  Go ahead.

15          What exhibit have you just shown the witness,

16 Exhibit B?

17          MR. SCHWEITZER:  Exhibit 3.  She has a copy of

18 Exhibit B already.

19 CROSS-EXAMINATION

20 BY MR. SCHWEITZER:

21 Q    I'm showing you a copy of Exhibit 3.

22          Do you recognize this document?

23 A    No.

24 Q    This is the assignment of employer identification number

25 to 156-40 Grill LLC as of January 15, 2013.

1              Does that refresh your recollection?

2    A    No.

3    Q    Do you have any idea how Michael Siderakis was -- would

4    become known to the IRS as a member of that LLC in January of

5    2013?

6    A    No, I do not.

7    Q    Was he, in fact, a member of the LLC in January 2013?

8    A    I don't know.

9    Q    Who applied to the IRS for a employer identification

10   number for 156-40 Grill LLC to your knowledge?

11   A    I don't know.

12   Q    Did you direct anyone, for instance, an accountant to

13   apply to the IRS for an employer identification number for

14   156-40 Grill LLC?

15   A    No.

16   Q    Okay.  Do you recall being asked about the amended and

17   restated articles of organization of 156-40 Grill LLC on the

18   record?

19   A    I don't recall.

20           MR. SCHWEITZER:  May I approach, Your Honor?

21           THE COURT:  Yes.  What exhibit is this?

22           MR. SCHWEITZER:  Exhibit 6.

23           THE COURT:  Okay.  Hello.

24   Q    Do you recall being asked -- excuse me -- whether this

25   document reflected that the limited liability company was to

1  be managed by Mr. Siderakis and Mr. Siklas in their capacities

2  as general assistant manager respectively?

3  A    Yes.

4  Q    Did Mr. Siderakis, in fact, hold up his end of that

5  bargain?

6  A    I don't believe so, no.

7  Q    Did Mr. Siklas?

8  A    No.

9  Q    In fact, you sued them precisely because they didn't act

10 as manager and general manager, correct?

11 A    Yes.

12 Q    And also because they did not pay the $40,000 they were

13 to pay under the operating agreement, correct?

14 A    Yes.

15 Q    Absent a manager and general manager, someone had to take

16 over, correct?

17 A    Sure.

18 Q    Was that you?

19 A    No.

20 Q    Was it Evangelos Pollatos?

21 A    I don't know because I wasn't there.  So I don't know who

22 ran it, to be quite honest.

23 Q    You were aware, however, that the restaurant closed down

24 for a couple of weeks, correct?

25 A    I don't recall.  I had three small children.  I was with

1   my kids every day, so I really don't know what was going on at

2   the restaurant.

3           THE COURT:  Is Evangelos Pollatos your husband?

4           THE WITNESS:  Yes.

5           THE COURT:  And y'all were living together at the

6   time?

7           THE WITNESS:  Yes.

8           THE COURT:  And you're till together now?

9           THE WITNESS:  Yes.

10          THE COURT:  And he -- you never had a conversation

11  with him about what, if anything, he was doing at the

12  restaurant?

13          THE WITNESS:  I didn't get involved as far as the

14  restaurant operators or things like that.  I really wasn't

15  involved.

16          THE COURT:  Did you know he was working at the

17  restaurant?

18          THE WITNESS:  He was protecting our investment as

19  far as I know.

20          THE COURT:  Okay.

21  Q    Prior to the opening of the restaurant, did you make

22  improvements to the property?

23  A    I don't recall.

24          MR. SCHWEITZER:  May I approach, Your Honor.

25          THE COURT:  Yes.

1  Q    I'm showing you Exhibit 19.  I'll direct your attention

2  to paragraph three, two and three.

3           It says in April 2012, I leased space at 156-40

4  Cross Bay Boulevard, Howard Beach, New York for the purpose of

5  opening of a Greek and Mediterranean restaurant, and over the

6  next six months, I made extensive improvements to the property

7  in order to convert the space to a Greek and Mediterranean

8  restaurant.  The value of these improvements exceeded

9  $200,000.

10          Do you recall swearing to that?

11 A    No, I did not.

12          THE COURT:  Sorry, what are you reading from?

13          MR. SCHWEITZER:  This is 19, paragraphs two and

14 three.

15          THE COURT:  So you just read paragraph two and

16 three?

17          MR. SCHWEITZER:  Yes, Your Honor.

18          THE COURT:  Okay.

19 Q    I'll remind you to flip to the end please.

20          Is that your signature?

21 A    Yes.

22 Q    And this is an affidavit you swore to before a notary,

23 correct?

24 A    Yes.

25 Q    In fact, that notary is your attorney here today,

1    correct?

2    A    Yes.

3    Q    Did you, in fact, swear to making extensive improvements

4    to the property in the value of -- in excess of $200,000?

5    A    I didn't make the improvements to the restaurant.  I'm

6    not in construction.  I invested my money into a restaurant.

7    That is all I did.

8    Q    What steps did you take to, as you said, make extensive

9    improvements to the property?

10    A    I didn't make extensive improvements to the property.  I

11    personally did not make improvements to the property.

12    Q    Why did you swear in your affidavit you did if your

13    testimony here today is that you did not?

14    A    Well, obviously, it's very clear that I didn't make

15    improvements to the property, like, myself.  I -- it says

16    exactly what I was in this company which was a money investor

17    and that's all I was.

18    Q    What steps did you take in order to cause improvements to

19    be made to the property?

20    A    I invested my money.

21    Q    By doing what?  Did you hire contractors?

22    A    I did not hire anybody.  All I did was invest my money

23    into this restaurant and my husband obtained partners at that

24    point, and they opened a restaurant.  That is all I did.

25    Q    How did you estimate the value of the improvements made

1   to the property at over $200,000?

2   A    I don't know.

3   Q    Did you, in fact, put $200,000 or pay $200,000 to

4   contractors to improve the property?

5   A    I don't recall.

6   Q    Do you recall what improvements were made to the

7   property?

8   A    I don't recall.

9   Q    Did they include retiling the floor?

10  A    Possibly.  Like I said, I wasn't there at all.  I went --

11  the first time I went there was for grand opening.  That's the

12  first time I went there.

13  Q    Did they include replacing the bathroom?

14  A    I don't know.

15  Q    Did they include replacing the kitchen equipment,

16  including, the stove and refrigerators?

17  A    I don't know.

18  Q    Did they include redoing the HVAC?

19  A    I don't know.

20  Q    I'd like to direct your attention to paragraph 11 of this

21  document.

22        Do you see in paragraph 11 that quote, I had to

23  close the restaurant because I had no staff.

24  A    Yes, I see that.

25  Q    Is that true?

1   A    I didn't close the restaurant.

2   Q    Why did you say you did, if you didn't?

3   A    I wasn't there, so I don't know when the restaurant

4   closed.  My husband was there.  I wasn't there.

5   Q    Did you make the decision to close the restaurant?

6   A    No.

7   Q    Are you familiar with the fact that you had no staff to

8   run the restaurant?

9   A    No.

10  Q    You state a little further on in paragraph 11 that the

11  restaurant remained closed for about two weeks.

12            Did you observe the restaurant being closed for

13  about two weeks?

14  A    I didn't observe the restaurant being closed.  I had

15  heard from my husband that there was no staff.  But I did not

16  observe the restaurant being closed because I wasn't there.

17  Q    And during that period, you obtained loans from friends

18  and family to reopen the business including for rehiring new

19  staff?

20  A    I don't recall.

21  Q    Paragraph 11 it says, quote, during this period, I

22  obtained loans from friends and family to reopen the business.

23  Money was needed for staff, supplies, rent, utilities, and so

24  on.

25  A    I don't recall.

1  Q    Is what it says in paragraph 11 true?

2  A    I didn't close the restaurant.  The restaurant closed

3  because there was no staff.  But I wasn't there and I did

4  not -- I did not have anything to do with closing the

5  restaurant.

6  Q    Did you make the decision to close the restaurant?

7  A    No.

8  Q    Who did?

9  A    I don't know.

10 Q    As of the time of the closing, Mr. Siderakis and

11 Mr. Siklas had gone away from the business, right?

12 A    Yes.

13 Q    They were not present to make decisions anymore, correct?

14 A    From what my husband would tell me, that was the case.

15 But I didn't see -- I didn't see who was there and who was not

16 there.

17 Q    And, in fact, at that time, they hadn't paid you $40,000;

18 is that right?

19 A    No, they had not.

20 Q    So at that time, did you consider the operating -- the

21 agreement by which they obtained a one third share of the

22 business to be in breach?

23 A    Yes.  I thought it was breached, yes.

24 Q    So you considered yourself to be the sole owner of the

25 business at that time, correct?

1    MR. SILVERBERG:  Objection.

2    It asks for a legal question.

3    THE COURT:  I'll sustain the objection.

4  Q    Did you consider Mr. Siderakis and Mr. Siklas to have any

5  legitimate stake in the company at that time?

6    MR. SILVERBERG:  Objection.

7  A    I don't recall.

8    THE COURT:  Overruled.  I'll allow her to answer.

9  A    I don't recall.

10  Q    Did you obtain new staff through placing help wanted ads

11  and asking other friends involved in the restaurant business?

12  A    No, I did not.

13  Q    In your affidavit, paragraph 12, it says, quote, I

14  obtained new staff through help wanted ads and friends in the

15  business.

16    Do you see that?

17  A    I see that, but I never did that because I was never

18  there.  I wasn't involved in the daily operations of the

19  restaurant.  I was a stay-at-home mother.

20  Q    You didn't place help wanted ads?

21  A    Never.

22  Q    Why did you put in your affidavit that you did?

23  A    I don't know.  But my position in this restaurant was

24  very clear.  I was one third investor, money investor.  That's

25  it.

1    Q    Did you ever come into the restaurant to help out?

2    A    Never.

3    Q    You didn't work as a hostess or a cashier?

4    A    Never.

5    Q    Did you have a key to the tip jar?

6    A    Never.

7    Q    Did your husband have a key to the tip jar?

8    A    I don't know.

9    Q    Did you ever use a key to the tip jar?

10   A    Never.

11   Q    Did you ever distribute tips to tip employees, busser and

12   waiters?

13   A    Never.

14   Q    Do you believe that Mr. Siderakis and Mr. Siklas had

15   authority to hire and fire?

16   A    Yes.

17   Q    How did they obtain that authority?

18   A    I don't know.

19   Q    Did they obtain it at the same time they obtained an

20   ownership interest in the business?

21   A    I don't know.  I really -- I'm just not -- I don't know

22   any of the details.  I was just -- my role was very clear.  I

23   didn't have any back and forth with Michael and Gus and my

24   husband.

25   Q    To your knowledge, did Michael or Gus have any authority

1  to hire or fire before they obtained an ownership interest in

2  the business?

3  A    I don't know.

4  Q    Isn't it true that when you sold two thirds of the

5  ownership interest in the business, you, in fact, gave,

6  Michael and Gus authority to hire and fire?

7  A    When we opened the restaurant, Michael and Gus ran the

8  restaurant.  That's all I knew about what was going on at the

9  restaurant.

10  Q    And they obtained their authority through that operating

11  agreement, right?

12  A    I believe so.

13  Q    And they signed that operating agreement with you, right?

14  A    I don't recall.

15  Q    Do you recall me showing you the operating agreement

16  previously with your signature on it?

17  A    What exhibit is that?

18        MR. SCHWEITZER:  May I approach, Your Honor?  It's

19  Exhibit 7.

20        THE COURT:  Yes.

21  Q    I'm showing you Exhibit 7, the last page of which

22  contains your signature and Michael's and Gus'; is that

23  correct?

24  A    Okay.  What is the question exactly?

25        What are you asking me?

*Karras-Pollatos - Cross - Schweitzer*                    145

```
 1   Q     Isn't it the case that when you executed that operating

 2   agreement, you gave Michael and Gus the authority to hire and

 3   fire?

 4   A     Yes.

 5   Q     And in order to give Michael and Gus the authority to

 6   hire and fire, you would need to have it in the first instance

 7   yourself, correct?

 8             MR. SILVERBERG:  Objection, Your Honor.  It's

 9   calling nor a legal conclusion.

10             THE COURT:  Overruled.  I'll allow.

11             It's her understanding, not necessarily the legal

12   effect.

13   A     Can you repeat the question?

14   Q     In order to give Michael and Gus the authority to hire

15   and fire, you would have needed to possess that authority

16   yourself, correct?

17   A     I never had authority in that restaurant.  The only that

18   I had was as an investor.

19   Q     And how did you give authority to Michael and Gus to hire

20   and fire?

21   A     I never did.

22   Q     Their authority to hire and fire appeared out of thin air

23   one day?

24   A     I don't recall because I wasn't there.

25
                    (Continued on the following page.)
```

1    CROSS-EXAMINATION

2    BY MR. SCHWEITZER: (Continuing.)

3    Q    Coming back to -- oh, did I take 19?  I'm sorry.  I'm

4    showing you Exhibit 19 again, and paragraph 11, and I will

5    direct your attention to where it says "money was needed for

6    staff."

7              That means money was needed to pay staff; correct?

8    A    I don't know.

9    Q    You wrote this, didn't you?

10   A    I don't recall.

11   Q    Did somebody write this affidavit for you?

12   A    I don't recall.

13   Q    Did Mr. Silverberg write this affidavit for you?

14   A    No.

15   Q    Did you write this --

16   A    This is from a very long time ago.  I'm sorry, my memory

17   is -- is -- my memory of this is -- is, like -- I don't -- I

18   don't remember any of this.

19   Q    Did you read, understand, and agree with this --

20   everything in this affidavit before you signed it?

21   A    I guess I did.

22   Q    Well, when it says money was needed for staff, that means

23   money was needed to pay staff; correct?

24   A    That was what my husband had told me.

25   Q    And you obtained loans to obtain money for -- among other

1   things -- paying staff; correct?

2   A    I don't recall.

3   Q    In paragraph 11, it says you obtained loans from friends

4   and family to reopen the business and explained that money was

5   needed for, among other things, staff.  Was this the case that

6   obtained loans to, among other things, pay staff?

7   A    I don't recall.  My husband was there, so I really

8   don't -- I wasn't aware of what was going on at the time.

9   Q    Did you know how much money was needed to pay staff?

10  A    No, I do not.

11  Q    At the time, were you aware of how much money was needed

12  to pay staff?

13  A    No.

14  Q    At the time, had staff been paid all of their back wages?

15  A    I don't know.

16  Q    At that time, did you need to borrow money to obtain

17  enough to pay staff their back wages?

18  A    No.  I wasn't -- I don't know any of this.  What is the

19  question again?

20  Q    How did you know how much money you needed to borrow?

21  A    I don't remember.

22  Q    Did somebody tell you?

23  A    I don't recall.

24  Q    Did you look at any books or records?

25  A    No.

1   Q    Did you speak with any employees?

2   A    Never.

3   Q    Did you speak with your husband?

4   A    My husband would come home at night, yes, sometimes.

5   Q    And did he tell you how much money was needed to get the

6   business back on its feet?

7   A    Never.

8   Q    How did you know how much money was needed to get the

9   business back on its feet?

10  A    I didn't know.

11  Q    How much money did you borrow?

12  A    I don't remember.

13  Q    More than $10,000?

14  A    I don't remember.

15  Q    More than $50,000?

16  A    I'm sorry, I don't remember.

17  Q    And some of that money was, in fact, divided up among the

18  employees and used to pay them; correct?

19  A    I don't know.  I wasn't there.

20  Q    Did you keep an eye on how profitable the business was

21  over time?

22  A    No.

23  Q    Did you examine any records or ledgers or tax records,

24  anything like that?

25  A    Never.

1   Q    In your affidavit, paragraph 16, you testified, quote,

2   From about April 2013 through about January 2014 the business

3   did not operate profitably.

4           Do you see that?

5   A    Yes, I see that.

6   Q    How do you know that?

7   A    I don't recall.

8   Q    Did somebody tell you?

9   A    I don't remember.

10  Q    Did you look at records?

11  A    I don't know.

12  Q    Did you, in fact, keep financial records of the business?

13  A    Never.

14  Q    Did you ever receive a dividend from the business?

15  A    Never.

16  Q    Did you communicate with anyone regarding payment of

17  taxes for the business?

18  A    Never.

19  Q    Are you familiar with Philip Kalyvas?

20  A    No.

21  Q    Is Philip Kalyvas an accountant?

22  A    I don't know.

23  Q    Did you communicate with Mr. Kalyvas regarding the

24  payment of taxes regarding 156-40 LLC?

25  A    Never.

1  Q     Were you involved in the preparation of taxes for 156-40
2  LLC?

3  A     Never.

4  Q     Did you direct payment of taxes to the IRS and the New
5  York Department of Taxation and Finance?

6  A     No.

7  Q     Did the LLC pay out any wages for the first quarter of
8  2013?

9  A     I don't know.

10         MR. SCHWEITZER:  May I approach?

11         THE COURT:  Yes.  What exhibit are you --

12         MR. SCHWEITZER:  This is Exhibit 9.  It's not in
13  evidence yet.

14  BY MR. SCHWEITZER:

15  Q     Showing you what's been marked for identification as
16  Plaintiffs' Exhibit 9, do you recognize this document?

17  A     No.

18  Q     Isn't it true that you produced this document to us in
19  discovery?

20  A     I don't remember.

21  Q     Did you have this document in your possession at any
22  point?

23  A     I don't remember.

24  Q     This document is the first page of a Form 941 for the
25  first quarter of 2013; correct?

1  A    I don't know what this is.  I guess.  I don't know.

2  Q    It's got the employee's federal quarterly tax return and

3  there's an X in the box next to quarter one of 2013.

4  A    Okay.

5  Q    Does that refresh your recollection?

6  A    No.

7  Q    This document reflects that zero dollars and zero cents

8  were paid in wages, tips, and other compensation to employees

9  in the first quarter of 2013 by 156-40 Grill LLC; is that

10 true?

11 A    I don't know.

12         MR. SCHWEITZER:  I ask that Exhibit 9 be entered.

13         THE COURT:  Since there were no objections to your

14 exhibit, I will receive it, but I'm not sure what it is or

15 what it means.  I don't know what just throwing this exhibit

16 into evidence does without some background as to what it is

17 and where it came from, so it will be received, but it doesn't

18 really mean much.

19         (Plaintiffs' Exhibit 9 received in evidence.)

20 BY MR. SCHWEITZER:

21 Q    ^ Ck question how was money made to pay staff if there

22 was in fact no money paid to employees as late as the first

23 quarter of 2013?

24 A    I don't know.

25         MR. SCHWEITZER:  May I approach?

1           THE COURT:  Yes.

2           What exhibit is this?

3           MR. SCHWEITZER:  Eleven.  This is entered into

4    evidence.

5    BY MR. SCHWEITZER:

6    Q    I'm showing you Exhibit 11.

7           Can you identify any of the handwriting on this

8    exhibit?

9    A    No.

10   Q    Is any of that handwriting your husband's handwriting?

11   A    No.  I don't know.

12          THE COURT:  No or I don't know?

13          THE WITNESS:  I don't know what -- I don't know

14   whose handwriting this is.

15          THE COURT:  I think the question is, is it your --

16   so your answer is it's not your husband's handwriting?

17          THE WITNESS:  No, this is not his handwriting.

18   BY MR. SCHWEITZER:

19   Q    Is it your handwriting?

20   A    No.

21   Q    Is it Mike's handwriting?

22   A    I don't know.

23   Q    Is it Gus's handwriting?

24   A    I don't know.

25   Q    According to your testimony, Mike and Gus were both gone

1    from the business by June 2013; correct?

2    A    I don't recall.

3    Q    Turning back to Exhibit 19 in paragraph 10, you say,

4    quote, "After ten days, Michael Siderakis and Konstantinos

5    Siklas stopped coming to the restaurant."

6              Does that refresh your recollection?

7    A    I don't remember.

8    Q    You also say the restaurant opened on or about March 24,

9    2013.

10              Would it be fair to say that Mike and Gus stopped

11    coming to the restaurant in early April?

12    A    I don't know because I wasn't there.

13    Q    In that case, how were you in a position to testify that

14    after about ten days Mike and Gus stopped coming to the

15    restaurant?

16    A    My husband told me.

17    Q    Your affidavit at Exhibit 19 is hearsay?

18    A    Whatever I learned of the restaurant came from my husband

19    because I was home.  I was never there.

20    Q    Where did you get the money to invest in the restaurant?

21              MR. SILVERBERG:  Objection.  Relevance, Your Honor.

22              THE COURT:  Overruled.

23              THE WITNESS:  Is that a question?

24              THE COURT:  You have to answer the question.

25    A    I don't recall.

1  Q    Did you get it from prior employment?

2  A    I really don't remember where I got it.  We had some --

3  we sold some properties.  We had a little money.  I really

4  don't remember.

5  Q    Were you the owner of the properties that were sold in

6  whole or in part?

7  A    I don't remember, sir.

8            MR. SCHWEITZER:  Nothing further.

9            THE COURT:  Okay.

10           Do you have anything?

11           MR. SILVERBERG:  No redirect, Your Honor.

12           MR. SCHWEITZER:  I think the question was to --

13           THE COURT:  Does counsel for Siderakis, Mr. and

14  Mrs. Siklas, do you have any questions?

15           MR. HUFNAGEL:  Let me just have one moment.

16           (Pause.)

17           MR. HUFNAGEL:  We are fine.  We have no questions.

18  Everything we had to ask, he just asked.

19           THE COURT:  Okay.

20           MR. SCHWEITZER:  Glad to be of service.

21           THE COURT:  I'm sorry, what did you say, counsel?

22           MR. SCHWEITZER:  Glad to be of service.

23           THE COURT:  Oh, okay.  These are serious

24  proceedings.

25           THE WITNESS:  Do you want your documents?

*Proceedings*                                                    155

1              MR. SCHWEITZER:  Yes, please.

2              Thank you very much.

3              THE COURT:  Do you have other witnesses that you

4     intend to call?

5              MR. SILVERBERG:  Yes.  I would like to call

6     Mr. Evangelos Pollatos.

7              THE COURT:  Okay.  Do you want to take the stand?

8              (Witness takes the stand.)

9              THE COURT:  Raise your right hand, please.

10             (Witness sworn.)

11             THE WITNESS:  Yes.

12             THE COURT:  Please be seated and state and spell

13    your name for the record.

14             THE WITNESS:  Evangelos Pollatos.

15             THE COURT:  Counsel?

16             (Continued on next page.)

17

18

19

20

21

22

23

24

25

1    **EVANGELOS POLLATOS**,

2              called as a witness, having been first duly

3              sworn/affirmed, was examined and testified as

4              follows:

5    DIRECT EXAMINATION

6    BY MR. SILVERBERG:

7    Q    Good afternoon, Mr. Pollatos.

8    A    Good afternoon.

9    Q    Are you familiar with a company named 156-40 Grill LLC?

10   A    Yes.

11   Q    What is your familiarity with that company?

12             THE COURT:  Excuse me a moment.

13             Can I just ask plaintiffs' counsel to be seated out

14   of respect for your colleague who is questioning his witness?

15             MR. SCHWEITZER:  Yes, Your Honor.  I'm sorry.  I'm

16   trying to unscramble my exhibits.

17             THE COURT:  Okay.

18             I'm sorry.  Go ahead, counsel.

19             MR. SILVERBERG:  Your Honor, if I can just ask the

20   interpreter to sit in the back because he's restating

21   everything, and it's kind of a little distracting.

22             I believe you can probably hear everything from the

23   back?

24             THE INTERPRETER:  Yes.

25             MR. SILVERBERG:  Thank you.  Thank you.  I

1    appreciate it.

2           THE COURT:  Let me ask the interpreter, does it work

3    from back there?

4           THE INTERPRETER:  Oh, yes, absolutely.

5           THE COURT:  Okay.  Fine.

6           MR. SILVERBERG:  Thank you very much.  I appreciate

7    it.

8           THE COURT:  Thank you.

9    BY MR. SILVERBERG:

10   Q    What is your familiarity with 156-40 Grill LLC?  For

11   purposes of this proceeding, I'll call that the Taverna Greek

12   Grill.

13   A    It was an entity formed for the purpose of the

14   restaurant.

15   Q    What kind of a restaurant were you opening?

16   A    Greek Grill.

17   Q    And what was your -- can you describe how the process

18   proceeded along from the beginning?

19   A    I'm not sure I understand that.

20   Q    What was the first steps in the process of owning a

21   restaurant?

22   A    Well, we invested money and did the build-out, and then

23   we got to a point where we approached Michael and Gus as the

24   operators, and we proceeded to the operating agreement and a

25   memorandum of understanding of who was going to do what.

1  Q    What was your role in the Greek Grill?

2  A    I didn't have a role.

3  Q    You mentioned construction.  So what was involved with

4  the construction phase?

5  A    Well, the restaurant needed a major overhaul and

6  renovation, which we hired some contractors to do, and I was

7  there while that was going on.

8  Q    What did you understand Michael Siderakis and

9  Konstantinos Siklas's role to be?

10 A    Well, when we engaged in talks of them taking the

11 operation over, they had pointed out to me some things they

12 want to change, whether it was seating or mainly equipment for

13 operations.

14 Q    What was your understanding of what their role would be

15 generally in the restaurant once it got started?

16 A    That they would be the operators -- A and B.

17 Q    And what was your role in the business once the

18 restaurant opened?

19 A    I didn't have a role.

20 Q    Did you go to the restaurant?

21 A    I did.

22 Q    How often would you go to the restaurant?

23 A    In the beginning, I visited two or three times a week,

24 and whatever point things fell apart, I was there trying to

25 pick up all the pieces, and I was there every day.

1   Q    Do you recall approximately when things, quote/unquote,

2   fell apart?

3   A    I don't remember.

4   Q    Approximately how many months after the restaurant opened

5   do you recall it falling apart?

6   A    Maybe seven, eight months into it.

7   Q    And before that time when you went to the restaurant,

8   what was the purpose of going to the restaurant?

9   A    Repeat that.

10  Q    When the restaurant first opened, you said that you were

11  there a couple times a week.

12  A    Well, I visited just to see, you know, the operation and

13  that's basically it.

14  Q    And you heard testimony today from a person named Marco

15  Antonio Sanchez Juarez; correct?

16  A    Yes.

17  Q    And when did you first become familiar with Mr. Juarez?

18  A    I first met him at -- I believe it's the Parkview Diner

19  off the Belt Parkway, which I believe that Gus Siklas --

20  Konstantin Siklas owns.  It might have been the first or the

21  second meeting.  It was there.

22  Q    And who else was at the meeting?

23  A    Rita Podaras --

24  Q    And Michael --

25  A    -- Michael Siderakis, Konstantin Siklas, me, and Marco.

1    Q    What was the purpose of the meeting?

2    A    Just for the initial meeting, and if it was the first

3    time, it was an initial meeting; and if it was the second

4    time, it was actual trial and error tasting and whatever.

5    Q    With respect to Mr. Juarez, what do you recall happening

6    next after that?

7    A    I'm not sure I understand what you're asking.

8    Q    Approximately when did you have that meeting?  Do you

9    recall?

10   A    I don't remember.

11   Q    Do you recall if it was in 2012?

12   A    Possible.  I just don't have the timeline.

13   Q    And did Mr. Juarez work doing construction at the

14   restaurant from what you recall?

15   A    No.

16            THE COURT:  You said no?

17            THE WITNESS:  I said no.

18            THE COURT:  Were you there during the construction?

19            THE WITNESS:  Yes.

20            THE COURT:  So you knew who was working there and

21   who wasn't working there?

22            THE WITNESS:  Yes.

23   BY MR. SILVERBERG:

24   Q    And how often did you visit this property during the

25   construction period?

1    A    Every day.

2    Q    And who was doing the work; do you recall?

3    A    The contractor by the name of Tom Liberatos.

4    Q    Any other contractors?

5    A    Yes.

6    Q    Who were the other contractors?

7    A    Nick Nikolis from Magnetic -- I think it's just Magnetic

8    Construction.

9    Q    Did there come a time when the restaurant opened?  Were

10   you familiar with whether Mr. Juarez was working in the

11   restaurant when it opened or not?

12   A    Yes.

13   Q    What was your understanding of Mr. Juarez's role when the

14   restaurant opened?

15   A    He was in the kitchen; he was a cook.

16   Q    Did you ever give him any directions?  Let's take the

17   first two months that the restaurant opened for purposes of a

18   period of time -- March and April.  During that period of

19   time, did you ever give Mr. Juarez any directions on how to

20   perform his work?

21   A    No.

22   Q    Did you ever set Mr. Juarez's time schedule or work

23   schedule?

24   A    No.

25   Q    Did you ever have any involvement in paying or setting

1   Mr. Juarez's hours?

2   A    No.

3   Q    I'm sorry, wages.

4   A    No.

5            THE COURT:  Well, those are two different questions.

6            MR. SILVERBERG:  Let me strike that question.

7   Q    Did you have any role in setting Mr. -- in the first two

8   months that the restaurant was open, did you have any role in

9   setting Mr. Juarez's wages?

10  A    No.

11  Q    Now, did there come a time when you started --

12           THE COURT:  Hold on.  I'm sorry.  Excuse me a

13  second.

14           You said you had no role in setting his wages.  Did

15  you pay him -- give him an envelope with his wages in it?

16           THE WITNESS:  What he's asking is in the first two

17  months; correct?

18           THE COURT:  All right.  In the first two months, did

19  you ever do that?

20           THE WITNESS:  No.

21           THE COURT:  Did you do it later?

22           THE WITNESS:  Yes.

23           THE COURT:  Okay.

24           Go ahead.  I'm sorry.  I didn't mean to interrupt

25  your question.

```
 1              MR. SILVERBERG:  Not at all, Your Honor.
 2    BY MR. SILVERBERG:
 3    Q    Did there come a time when you took over more and more
 4    day-to-day operations of the business?
 5    A    Yes.  When the partnership fell apart.
 6    Q    Do you have an approximate date or recollection of when
 7    that occurred?
 8    A    I do not.
 9    Q    Do you know if it was --
10    A    Maybe seven, eight months into it.
11    Q    At that point in time, what was the nature of
12    Mr. Siderakis's role at that point, seven or eight months into
13    it?
14    A    I'm not sure I understand.
15    Q    Did Mr. Siderakis have a role in the company after seven
16    or eight months after it opened?
17    A    Yes.  He ran -- he ran the operation for that time.
18    Q    What about after the seven, eight months?
19    A    He -- at that point, he stepped out.
20    Q    What about Mr. Konstantin Siklas, after seven or eight
21    months --
22    A    I'm not sure if they left together or if one left sooner
23    than the other.  I'm not sure.
24              THE COURT:  But they both got out?
25              THE WITNESS:  At some point, they were both out,
```

1    yes.

2    Q    Now, when you -- and then would it be safe -- accurate to

3    say that you managed the day-to-day operations of the

4    restaurant after that point?

5    A    Yes.

6    Q    And did the restaurant workers have a break during the

7    day?

8    A    Yes, they did.

9    Q    When approximately did that break occur?

10   A    So approximately every day from, I'd say, 2:30 to 4:30

11   there would be little to no customers in the store; it would

12   be a big downtime in between, and after lunch to dinner, they

13   would have a major break, not just one.

14   Q    Do you recall how many chefs there were in the kitchen

15   and what the nature of the operation was there?

16   A    There was one chef, her name was Rita Podaras, and,

17   basically, Marco worked with her as a helper, and when the

18   place was in full operation, he was on the grill.

19   Q    Were there other people besides Mr. Juarez also assisting

20   Rita?

21   A    There might have been another girl in the back helping

22   Rita, and there were other cooks.

23   Q    The cooks assisted in the kitchen?

24   A    Yes.

25   Q    Do you recall how many hours, approximately, Mr. Juarez

1   worked each week?

2   A    Total week work?

3   Q    Yeah.

4        Approximately how many hours a week?

5   A    I am going to say 45 to 50 hours.

6   Q    And are you familiar with a person named Janet Gutierrez?

7   A    I would like to ask if she can remove her mask.

8        MR. SCHWEITZER:  Go ahead.

9        THE WITNESS:  Can she stand up?

10       (Pause.)

11  A    Yes.

12  Q    And was Ms. Gutierrez -- do you recall if Ms. Gutierrez

13  was still employed at the time that you started taking over

14  the day-to-day operations?

15  A    I believe she was there.

16  Q    Do you have any recollection as to how many hours a week

17  Ms. Gutierrez worked at the restaurant?

18  A    I'm not sure about her hours.

19  Q    What were the restaurant hours generally?

20  A    I believe we opened at 11:00, and depending on the day,

21  we can be closed by 9:30 to 11 o'clock on the weekend.

22  Q    It closed around 9:30 on maybe a slow weekday and 11:00

    on a weekend?

         MR. SCHWEITZER:  Leading.

         THE COURT:  I'm sorry?

        MR. SCHWEITZER:  Leading.

        THE COURT:  Overruled.

A    Yes.


        (Continued on the following page.)

DIRECT EXAMINATION

BY MR. SILVERBERG: (Continuing.)

Q    Do you recall how much Mr. Juarez was paid each week?

A    I'm not sure if the original agreement being made with him was a thousand, I'm not sure, but...

Q    When you say with him, who was him?

A    Konstantinos Siklas and Michael Siderakis.

Q    Can you describe, if any, your background running a restaurant prior to this, the Greek Grill?

A    Very limited.

Q    Can you describe how that related to how Mr. Siderakis and Mr. Siklas came to be part of the operation?

A    I'm not sure I understand the question.

Q    Was it your intent to rely on them to operate the business?

A    Yes.

Q    Can you elaborate on that.

A    That was the sole purpose of making them members of the LLC and giving them the rights to own two-thirds of the business and run it.

Q    What was your understanding of their background that qualified them for that?

A    They're restaurant guys, they have diners and restaurants and they know the business.

        MR. SILVERBERG:  No further questions, your Honor.

THE COURT:  What was your personal business before you started in this restaurant?

THE WITNESS:  I owned a title company.

THE COURT:  You owned a what?

THE WITNESS:  Title company, real estate title company.

THE COURT:  All right.  Why don't we adjourn for the day.  And I have criminal matters on in the morning so we'll begin at the same time at 11.

Has anyone heard from Mr. Siklas or his lawyer?

MR. MORRISON:  I called his counsel and instructed them to both be here tomorrow.  They said -- his attorney said they both would be here.

THE COURT:  Oh, that's so nice they can join us.

MR. MORRISON:  Yes.

THE COURT:  So happy to have them here.

So we begin at 11 and we'll complete the examination of this witness and the cross examination, and I take it that both -- you will have that other witness here tomorrow for your case?

MR. SILVERBERG:  Yes, your Honor.

THE COURT:  Are you calling any other witnesses once this gentleman is completed and your other witness?

MR. SILVERBERG:  No, your Honor.

THE COURT:  You're not calling in your case

Mr. Siderakis or Mr. Siklas?

        MR. SILVERBERG:  No, your Honor.

        THE COURT:  Okay.  I'll see everyone tomorrow.
We'll begin promptly at 11 o'clock.

        MR. SILVERBERG:  Thank you, your Honor.

        MR. MORRISON:  Thank you.

        (Whereupon, the trial adjourned at 5:25 p.m. to
resume Tuesday, May 17, 2022 at 11:00 a.m.)

# I N D E X

**WITNESS**                                                    **PAGE**


**MARCO ANTONIO SANCHEZ JUAREZ**

    DIRECT EXAMINATION BY MR. SCHWEITZER           17

    CROSS-EXAMINATION BY MR. SILVERBERG            70

    CROSS-EXAMINATION BY MR. HUFNAGEL              77

**JANET GUTIERREZ**

    DIRECT EXAMINATION BY MR. SCHWEITZER           83

    CROSS-EXAMINATION BY MR. SILVERBERG            95

    CROSS-EXAMINATION BY MR. HUFNAGEL             100

    CROSS-EXAMINATION BY MR. MORRISON             103

    REDIRECT EXAMINATION BY MR. SCHWEITZER        104

**MARIA KARRAS-POLLATOS**                                       105

    DIRECT EXAMINATION BY MR. SCHWEITZER          105

**MICHAEL SIDERAKIS**                                           122

    DIRECT EXAMINATION BY MR. SCHWEITZER          122

**MARIA KARRAS-POLLATOS**                                       125

    DIRECT EXAMINATION BY MR. SILVERBERG          125

    CROSS-EXAMINATION BY MR. SCHWEITZER           133

**EVANGELOS POLLATOS**                                          156

    DIRECT EXAMINATION BY MR. SILVERBERG          156

# E X H I B I T S

Plaintiffs' Exhibit 11                                          40

Plaintiffs' Exhibit 5                                          109

Plaintiffs' Exhibit 6                                          113

Plaintiffs' Exhibit 7                                          115

Plaintiffs' Exhibit 8                                          117

Plaintiffs' Exhibit 17                                         118

Plaintiffs' Exhibit 18                                         119

Plaintiffs' Exhibit 19                                         120

Plaintiffs' Exhibit 3                                          123

Plaintiffs' Exhibit 9                                          151

1

## $

**$1,000** [6] - 40:23, 40:25, 42:13, 42:18, 42:22, 43:8
**$10,000** [1] - 148:13
**$200** [5] - 48:9, 48:10, 48:12, 49:8, 50:15
**$200,000** [5] - 137:9, 138:4, 139:1, 139:3
**$40,000** [3] - 116:25, 135:12, 141:17
**$50,000** [1] - 148:15
**$600** [8] - 86:9, 88:13, 88:18, 89:3, 97:6, 97:9, 97:12, 97:16
**$750** [4] - 26:6, 26:11, 26:14, 26:25
**$800** [2] - 36:20, 38:1

## 1

**1** [2] - 40:24, 101:4
**10** [7] - 8:12, 25:5, 68:12, 68:17, 69:5, 100:24, 153:3
**10-minute** [1] - 69:18
**100** [1] - 170:12
**10013** [1] - 2:3
**103** [2] - 1:19, 170:13
**104** [1] - 170:14
**105** [2] - 170:15, 170:16
**107** [2] - 3:15, 3:23
**109** [1] - 171:6
**10:00** [5] - 25:6, 29:13, 87:5, 87:19, 87:21
**11** [33] - 33:17, 33:21, 34:15, 34:19, 40:1, 40:4, 40:8, 40:11, 40:18, 40:21, 40:23, 99:5, 100:22, 106:25, 107:6, 107:13, 107:16, 126:19, 139:20, 139:22, 140:10, 140:21, 141:1, 146:4, 147:3, 152:6, 165:21, 168:9, 168:17, 169:4, 171:4
**113** [1] - 171:8
**11355** [1] - 1:20
**115** [1] - 171:10
**117** [1] - 171:12
**11722** [1] - 1:23
**118** [1] - 171:14
**119** [1] - 171:16
**11:00** [16] - 1:7, 29:11, 29:13, 85:17, 85:18, 85:19, 85:20, 86:4, 87:4, 87:5, 87:17, 87:19, 87:21, 165:20, 165:22, 169:8
**12** [3] - 98:21, 131:23, 142:13
**120** [1] - 171:18
**122** [2] - 170:17, 170:18
**123** [1] - 171:20
**125** [2] - 170:19, 170:20
**13** [1] - 122:15
**13-page** [1] - 114:5
**133** [1] - 170:21
**14** [1] - 107:14
**15** [3] - 122:15, 123:2, 133:25
**15-CV-05081(CBA** [1] - 1:3
**15-CV-5081** [1] - 2:14

**151** [1] - 171:22
**156** [2] - 170:22, 170:23
**156-40** [26] - 1:8, 2:14, 9:13, 11:18, 108:2, 111:10, 111:17, 112:8, 112:10, 112:13, 114:14, 122:13, 122:16, 122:25, 123:1, 125:15, 133:25, 134:10, 134:14, 134:17, 137:3, 149:24, 150:1, 151:9, 156:9, 157:10
**15th** [1] - 122:14
**16** [2] - 1:7, 149:1
**17** [7] - 118:4, 118:10, 118:18, 118:20, 169:8, 170:6, 171:14
**18** [4] - 118:24, 119:11, 119:13, 171:16
**19** [10] - 119:16, 119:24, 120:1, 137:1, 137:13, 146:3, 146:4, 153:3, 153:17, 171:18

## 2

**2** [5] - 2:3, 98:25, 99:7, 101:6, 116:19
**20** [1] - 132:12
**2000** [2] - 54:3, 94:13
**2004** [1] - 132:12
**2012** [9] - 12:20, 17:25, 21:5, 21:25, 24:15, 70:15, 72:9, 137:3, 160:11
**2013** [52] - 9:3, 12:21, 12:22, 12:23, 12:24, 14:15, 24:19, 24:20, 28:14, 40:24, 54:5, 54:9, 60:3, 70:16, 72:9, 72:21, 72:24, 73:6, 80:24, 80:25, 83:23, 88:8, 90:20, 90:22, 90:25, 91:7, 94:11, 94:12, 95:6, 96:4, 99:19, 101:10, 107:1, 107:6, 107:13, 112:16, 112:19, 122:14, 123:2, 126:18, 133:25, 134:5, 134:7, 149:2, 150:8, 150:25, 151:3, 151:9, 151:23, 153:1, 153:9
**2014** [7] - 12:24, 28:20, 28:24, 54:4, 76:25, 130:23, 149:2
**2018** [1] - 130:12
**2022** [2] - 1:7, 169:8
**20th** [2] - 132:23, 132:25
**22** [1] - 66:3
**22nd** [1] - 132:24
**24** [1] - 153:8
**2:00** [2] - 62:2, 62:6
**2:30** [1] - 164:10

## 3

**3** [8] - 33:21, 116:24, 122:9, 123:3, 123:5, 133:17, 133:21, 171:20
**3/28/22** [1] - 109:6
**3/30/22** [1] - 3:15
**320** [1] - 1:23

## 4

**4** [3] - 33:17, 99:7, 107:6
**40** [5] - 8:11, 8:19, 69:1, 94:16, 171:4
**400** [1] - 89:5
**41-25** [1] - 1:19
**45** [1] - 165:5

**450** [2] - 89:5, 98:3
**4:30** [1] - 164:10
**4th** [1] - 107:14

## 5

**5** [10] - 33:12, 34:7, 34:24, 106:6, 106:8, 106:13, 108:18, 109:24, 116:19, 171:6
**50** [1] - 165:5
**5:25** [1] - 169:7

## 6

**6** [11] - 110:18, 110:20, 111:5, 113:5, 113:9, 127:22, 127:23, 128:2, 128:6, 134:22, 171:8
**600** [5] - 25:21, 25:23, 27:11, 28:8, 88:21
**613-2605** [1] - 2:7
**6400** [1] - 1:23
**650** [4] - 25:21, 25:23, 27:11, 28:8

## 7

**7** [7] - 110:25, 114:4, 115:24, 115:25, 144:19, 144:21, 171:10
**70** [1] - 170:7
**700** [1] - 43:12
**718** [1] - 2:7
**750** [4] - 23:11, 23:12, 27:10, 28:9
**77** [1] - 170:8

## 8

**8** [6] - 116:6, 117:2, 117:3, 117:4, 117:5, 171:12
**800** [1] - 43:12
**83** [1] - 170:10
**87** [1] - 2:3
**8:00** [2] - 85:17, 85:20

## 9

**9** [5] - 150:12, 150:16, 151:12, 151:19, 171:22
**941** [1] - 150:24
**95** [1] - 170:11
**9:00** [5] - 29:10, 70:24, 85:17, 85:20, 86:4
**9:30** [5] - 25:5, 25:6, 70:24, 165:21, 165:22
**9th** [1] - 130:10

## A

**a.m** [5] - 1:7, 29:10, 70:24, 85:19, 169:8
**Aaron** [1] - 2:18
**AARON** [1] - 1:21
**ability** [1] - 4:6
**able** [5] - 8:15, 50:14, 92:20, 92:22, 102:6
**Absent** [1] - 135:15
**absent** [1] - 5:20

**absolutely** [1] - 157:4
**accept** [2] - 131:4, 131:8
**accepted** [1] - 113:12
**accompanied** [2] - 126:22, 130:5
**accomplish** [1] - 121:8
**according** [3] - 9:16, 97:22, 152:25
**accountant** [3] - 12:3, 134:12, 149:21
**accurate** [9] - 37:12, 70:17, 70:20, 70:24, 75:8, 76:9, 126:21, 130:8, 164:2
**accused** [1] - 58:13
**act** [2] - 3:11, 135:9
**acting** [2] - 4:8, 6:21
**active** [1] - 13:18
**activity** [1] - 61:9
**actual** [2] - 43:6, 160:4
**add** [3] - 15:6, 62:10, 62:14
**additional** [1] - 121:9
**address** [2] - 122:16, 122:24
**addressed** [2] - 122:13, 122:16
**adhering** [1] - 15:24
**adjourn** [1] - 168:7
**adjourned** [1] - 169:7
**admitted** [5] - 108:18, 113:5, 113:14, 117:2, 127:17
**ads** [3] - 142:10, 142:14, 142:20
**advised** [1] - 12:2
**affidavit** [10] - 119:17, 137:22, 138:12, 142:13, 142:22, 146:11, 146:13, 146:20, 149:1, 153:17
**affirmation** [2] - 118:4, 118:11
**affirmatively** [2] - 64:11, 124:7
**affirmed** [1] - 120:23
**affix** [2] - 106:25, 107:18
**afternoon** [10] - 83:7, 95:14, 95:15, 100:17, 100:18, 105:7, 125:13, 125:14, 156:7, 156:8
**AFTERNOON** [1] - 64:1
**afterwards** [3] - 52:5, 52:6, 58:4
**age** [1] - 126:17
**ago** [3] - 43:16, 125:8, 146:16
**agree** [2] - 6:15, 146:19
**agreed** [6] - 21:21, 22:4, 26:10, 26:13, 68:19, 112:19
**Agreement** [1] - 116:8
**agreement** [18] - 9:16, 78:6, 102:6, 128:25, 130:3, 130:25, 131:20, 132:17, 132:18, 132:20, 135:13, 141:21, 144:11, 144:13, 144:15, 145:2, 157:24, 167:4
**agreements** [1] - 108:8
**ahead** [6] - 84:10, 128:8, 133:14, 156:18, 162:24, 165:8
**aided** [1] - 2:9
**air** [2] - 71:17, 145:22
**allegation** [3] - 124:9, 124:17, 124:20
**allow** [4] - 50:10, 124:23, 142:8, 145:10
**almost** [1] - 8:7
**Almost** [1] - 100:20
**amend** [1] - 130:6

**Amended** [2] - 111:16, 112:7
**amended** [2] - 127:18, 134:16
**amends** [1] - 113:1
**AMON** [1] - 1:15
**amount** [1] - 39:5
**Ana** [6] - 10:16, 10:19, 47:21, 48:1, 49:5, 49:15
**Angelo** [83] - 19:4, 19:5, 20:13, 20:15, 22:9, 22:19, 25:15, 29:24, 30:7, 30:13, 31:2, 31:20, 33:7, 33:11, 34:6, 34:23, 35:3, 35:23, 36:6, 36:12, 41:8, 41:9, 41:10, 41:18, 41:21, 44:21, 48:11, 48:17, 48:20, 48:25, 49:21, 50:1, 50:3, 50:13, 50:21, 52:15, 53:14, 53:15, 54:7, 54:15, 55:9, 55:23, 57:7, 58:7, 58:13, 60:25, 61:7, 65:1, 65:7, 65:16, 67:24, 71:21, 72:10, 73:5, 73:7, 77:10, 77:14, 78:5, 80:7, 81:11, 84:3, 84:12, 84:19, 84:21, 85:4, 85:6, 85:24, 86:3, 86:5, 86:12, 86:14, 86:19, 86:21, 88:13, 89:7, 89:19, 94:3, 96:7, 96:22, 100:19, 102:5, 103:16
**Angelo's** [1] - 92:23
**answer** [16] - 5:8, 27:1, 46:9, 49:23, 52:21, 54:1, 55:12, 76:13, 80:13, 96:21, 102:15, 111:22, 111:23, 142:8, 152:16, 153:24
**Answer** [1] - 111:19
**answered** [2] - 11:19, 96:20
**Antonio** [3] - 15:21, 16:14, 159:15
**ANTONIO** [3] - 1:3, 17:1, 170:5
**anyone..** [1] - 41:20
**anyway** [1] - 92:5
**apart** [4] - 158:24, 159:2, 159:5, 163:5
**apologies** [1] - 100:12
**apologize** [2] - 42:6, 128:14
**appear** [18] - 4:6, 4:11, 5:4, 106:16, 106:18, 106:21, 111:8, 114:12, 114:19, 114:25, 115:5, 115:8, 115:11, 115:14, 115:17, 119:22, 121:10, 122:24
**appearance** [1] - 4:14
**appearances** [1] - 2:16
**appeared** [2] - 107:7, 145:22
**appearing** [2] - 2:18, 110:22
**applicable** [1] - 8:17
**applied** [1] - 134:9
**apply** [3] - 80:8, 80:9, 134:13
**appreciate** [2] - 157:1, 157:6
**approach** [7] - 106:9, 110:17, 111:1, 114:1, 116:1, 118:7, 118:21, 119:14, 121:12, 131:13, 133:11, 134:20, 136:24, 144:18, 150:10, 151:25
**approached** [1] - 157:23
**approved** [1] - 35:13
**approximate** [1] - 163:6
**April** [15] - 91:6, 96:4, 96:24, 96:25, 97:1, 97:2, 97:5, 97:23, 99:24, 101:10, 109:4, 137:3, 149:2, 153:11, 161:18
**area** [1] - 84:24

**Argumentative** [1] - 76:11
**arranged** [1] - 21:18
**arranging** [1] - 71:6
**arrival** [1] - 87:23
**arrive** [4] - 25:4, 33:18, 71:21, 100:22
**arrived** [7] - 19:18, 34:7, 52:25, 56:9, 57:2, 57:24, 69:5
**arriving** [1] - 53:11
**Articles** [3] - 110:23, 111:16, 112:7
**articles** [3] - 113:1, 127:18, 134:17
**aspects** [1] - 10:1
**asset** [4] - 128:25, 130:2, 130:25, 131:20
**assign** [1] - 35:7
**Assignment** [1] - 107:24
**assignment** [4] - 107:25, 110:4, 122:12, 133:24
**Assignor** [1] - 106:19
**assistant** [2] - 128:18, 135:2
**assisted** [3] - 46:12, 46:24, 164:23
**assisting** [1] - 164:19
**associates** [1] - 29:24
**Assumption** [1] - 107:25
**ate** [1] - 126:13
**attempted** [1] - 129:20
**attention** [7] - 67:3, 92:4, 107:3, 116:19, 137:1, 139:20, 146:5
**attorney** [4] - 91:3, 130:1, 137:25, 168:12
**audition** [1] - 67:21
**August** [1] - 60:1
**authenticating** [1] - 104:10
**authority** [15] - 47:8, 47:14, 108:7, 143:15, 143:17, 143:25, 144:6, 144:10, 145:2, 145:5, 145:14, 145:15, 145:17, 145:19, 145:22
**automatic** [1] - 8:7
**available** [4] - 12:11, 26:5, 124:4, 124:25
**Avenue** [1] - 1:23
**avoid** [1] - 36:11
**avoided** [1] - 58:10
**award** [1] - 12:10
**aware** [3] - 135:23, 147:8, 147:11
**awhile** [1] - 129:14

**B**

**baby** [1] - 126:15
**background** [3] - 151:16, 167:8, 167:21
**bad** [1] - 55:6
**bag** [2] - 26:23, 72:12
**BAGLEY** [1] - 1:15
**bargain** [1] - 135:5
**based** [1] - 120:6
**basis** [7] - 8:9, 71:18, 88:1, 89:25, 100:19, 102:1, 108:20
**bathroom** [3] - 70:21, 71:4, 139:13
**Bay** [12] - 10:18, 18:5, 21:19, 21:22, 22:2, 22:14, 23:19, 23:23, 50:19, 50:25, 51:3, 137:4

**Beach** [1] - 137:4
**became** [2] - 95:16, 96:8
**become** [3] - 112:20, 134:4, 159:17
**becoming** [2] - 14:13, 14:22
**BEFORE** [1] - 1:15
**began** [3] - 37:10, 37:19, 91:9
**begin** [8] - 5:1, 24:13, 29:9, 85:10, 85:13, 168:9, 168:17, 169:4
**beginning** [11] - 23:25, 24:1, 24:15, 24:23, 42:16, 43:7, 53:21, 96:24, 97:17, 157:18, 158:23
**behalf** [7] - 1:4, 4:9, 4:15, 13:23, 108:8, 111:12, 114:16
**behind** [4] - 7:3, 13:16, 27:20, 28:5
**behind-the-scenes** [1] - 13:16
**below** [4] - 106:19, 106:22, 111:10, 114:14
**Belt** [1] - 159:19
**BENCH** [1] - 1:15
**benches** [1] - 75:22
**benefits** [1] - 80:10
**best** [1] - 80:2
**better** [3] - 14:8, 14:9, 15:10
**Between** [2] - 47:10, 47:11
**between** [14] - 15:4, 27:10, 28:8, 34:6, 34:14, 34:15, 34:18, 34:23, 45:22, 47:9, 54:7, 72:4, 92:15, 164:12
**beyond** [2] - 68:25, 94:16
**big** [2] - 70:9, 164:12
**birth** [1] - 67:2
**bit** [1] - 45:25
**black** [2] - 26:23, 72:11
**Black** [2] - 66:19, 66:21
**blank** [1] - 39:6
**blouse** [1] - 43:17
**blue** [5] - 19:1, 19:7, 19:24, 43:17
**books** [1] - 147:24
**borrow** [3] - 147:16, 147:20, 148:11
**bosses** [7] - 20:21, 36:3, 44:10, 47:5, 73:3, 81:14
**bottom** [9] - 106:18, 106:21, 114:18, 115:3, 115:6, 115:8, 115:11, 115:14, 115:17
**bought** [2] - 21:20
**Boulevard** [2] - 1:19, 137:4
**box** [1] - 151:3
**breach** [1] - 141:22
**breached** [1] - 141:23
**break** [4] - 99:8, 164:6, 164:9, 164:13
**breaks** [6] - 12:17, 69:7, 69:8, 69:9, 88:3, 98:11
**Brian** [2] - 3:1, 100:17
**BRIAN** [1] - 2:4
**brick** [1] - 71:25
**brief** [4] - 7:8, 12:16, 31:25, 100:7
**briefly** [1] - 120:19
**bring** [2] - 10:18, 61:13
**broke** [1] - 33:7
**Brooklyn** [10] - 1:5, 17:23, 18:7, 18:14, 19:10, 19:14, 20:22, 21:11, 78:2, 78:3

**build** [2] - 14:2, 157:22
**build-out** [2] - 14:2, 157:22
**built** [1] - 12:19
**burden** [3] - 8:24, 11:21, 11:23
**Busboys** [1] - 45:8
**busboys** [1] - 93:2
**busier** [1] - 87:11
**business** [40] - 9:14, 9:15, 9:18, 9:22, 10:19, 13:3, 13:16, 14:19, 14:20, 14:21, 15:9, 26:5, 72:20, 79:15, 79:19, 140:18, 140:22, 141:11, 141:22, 141:25, 142:11, 142:15, 143:20, 144:2, 144:5, 147:4, 148:6, 148:9, 148:20, 149:2, 149:12, 149:14, 149:17, 153:1, 158:17, 163:4, 167:15, 167:20, 167:24, 168:1
**busser** [1] - 143:11
**bussers** [1] - 92:7
**busy** [11] - 87:4, 87:9, 87:15, 98:13, 98:16, 98:19, 98:22, 98:23, 99:2, 99:6
**busyness** [1] - 99:4
**but..** [1] - 167:5
**button** [1] - 19:1
**button-down** [1] - 19:1
**BY** [73] - 1:21, 1:24, 2:4, 17:6, 18:1, 18:24, 21:8, 23:22, 27:8, 28:7, 31:1, 33:6, 34:5, 37:25, 40:22, 46:20, 49:4, 49:20, 50:6, 51:16, 52:10, 53:18, 57:1, 59:3, 64:23, 70:2, 77:9, 79:2, 79:22, 80:14, 83:6, 83:21, 84:11, 85:22, 86:15, 89:20, 91:17, 93:7, 94:2, 95:13, 100:16, 103:2, 104:2, 105:6, 106:11, 112:6, 118:2, 122:6, 125:12, 133:20, 146:2, 150:14, 151:20, 152:5, 152:18, 156:6, 157:9, 160:23, 163:2, 167:2, 170:6, 170:7, 170:8, 170:10, 170:11, 170:12, 170:13, 170:14, 170:16, 170:18, 170:20, 170:21, 170:23

**C**

**calmed** [1] - 98:25
**camera** [1] - 55:18
**cameras** [1] - 55:19
**cannot** [1] - 11:19
**capacities** [1] - 135:1
**capacity** [2] - 17:21, 24:9
**Capital** [3] - 108:1, 108:5, 108:14
**captioned** [7] - 107:24, 111:16, 112:7, 116:7, 118:4, 118:11, 119:17
**car** [1] - 19:18
**carbide** [1] - 18:3
**caretaker** [2] - 126:23, 126:24
**Carleton** [1] - 1:23
**CAROL** [1] - 1:15
**carried** [1] - 26:23
**carrier** [1] - 126:15
**case** [14] - 4:14, 7:13, 7:25, 12:9, 12:17, 120:9, 125:3, 129:15, 141:14, 145:1, 147:5, 153:13, 168:20, 168:25
**cash** [9] - 11:1, 11:3, 25:13, 25:16, 38:4,

41:16, 41:17, 65:19, 93:9
**cashier** [2] - 91:14, 143:3
**cashiers** [1] - 65:23
**catch** [2] - 65:12, 90:15
**CAUSE** [1] - 1:15
**cement** [1] - 70:6
**Central** [1] - 1:23
**cents** [1] - 151:7
**certain** [1] - 9:20
**certainly** [1] - 11:16
**cetera** [1] - 75:20
**chambers** [1] - 31:25
**chance** [1] - 131:21
**change** [10] - 8:13, 29:7, 42:13, 42:15, 42:18, 60:24, 61:4, 61:10, 81:10, 158:12
**changed** [3] - 8:14, 30:4, 36:16
**changing** [3] - 29:18, 30:1, 57:25
**character** [1] - 95:22
**charge** [9] - 15:14, 34:16, 61:19, 61:21, 89:23, 92:6, 92:16, 92:19, 102:7
**check** [3] - 34:9, 72:3, 90:2
**checking** [1] - 34:16
**chef** [6] - 45:9, 58:1, 75:14, 84:18, 164:16
**chefs** [4] - 75:7, 75:15, 75:16, 164:14
**chief** [1] - 120:9
**children** [7] - 13:17, 75:3, 75:6, 100:3, 126:12, 126:17, 135:25
**Chloe** [1] - 126:19
**choose** [1] - 5:14
**circumstances** [2] - 11:14, 53:8
**CIVIL** [1] - 1:15
**ck** [1] - 151:21
**clarification** [1] - 129:21
**clarify** [3] - 55:14, 91:4, 103:3
**clarity** [1] - 21:9
**clean** [3] - 35:25, 71:9, 71:10
**clear** [11] - 6:9, 44:14, 45:22, 46:2, 48:23, 57:23, 73:23, 83:14, 138:14, 142:24, 143:22
**clearly** [1] - 25:8
**CLERK** [4] - 39:17, 41:4, 106:1, 127:22
**client** [5] - 4:12, 4:23, 45:20, 63:11, 63:12
**clients** [1] - 13:9
**clock** [4] - 11:6, 25:10, 68:2, 87:22
**close** [16] - 18:6, 23:18, 31:9, 31:10, 33:15, 33:23, 47:25, 58:3, 101:10, 108:2, 132:18, 139:23, 140:1, 140:5, 141:2, 141:6
**closed** [22] - 12:24, 80:19, 81:4, 81:6, 85:18, 91:18, 91:19, 101:7, 132:16, 132:17, 132:20, 133:1, 133:2, 135:23, 140:4, 140:11, 140:12, 140:14, 140:16, 141:2, 165:21, 165:22
**closer** [1] - 15:23
**closes** [1] - 31:11
**closing** [8] - 29:8, 87:5, 87:17, 87:18, 90:14, 90:16, 141:4, 141:10

**co** [5] - 4:7, 4:8, 84:7, 101:19, 101:22
**co-counsel** [2] - 4:7, 4:8
**co-plaintiff** [1] - 84:7
**co-worker** [1] - 101:22
**co-workers** [1] - 101:19
**Coca** [1] - 59:10
**codified** [1] - 8:17
**coffee** [3] - 21:20, 43:3
**Cola** [1] - 59:10
**colleague** [1] - 156:14
**color** [2] - 18:20, 66:18
**combination** [2] - 22:19, 22:21
**Combined** [1] - 116:7
**coming** [18] - 54:20, 59:19, 60:5, 60:11, 60:14, 60:23, 61:2, 61:10, 61:21, 74:12, 74:13, 74:14, 79:7, 95:1, 146:3, 153:5, 153:11, 153:14
**comment** [2] - 61:18, 61:24
**communicate** [2] - 149:16, 149:23
**communication** [1] - 130:13
**company** [17] - 13:6, 13:18, 14:22, 125:15, 125:17, 126:1, 128:4, 128:15, 134:25, 138:16, 142:5, 156:9, 156:11, 163:15, 168:3, 168:5, 168:6
**compared** [1] - 8:5
**compensate** [1] - 68:17
**compensated** [2] - 8:18, 86:6
**compensation** [1] - 151:8
**complaint** [1] - 118:24
**complete** [3] - 38:13, 38:14, 168:17
**completed** [1] - 168:23
**Completely** [1] - 39:16
**compliance** [1] - 94:24
**complied** [1] - 11:22
**comply** [1] - 11:25
**comprehensive** [2] - 8:7, 11:5
**Computer** [1] - 2:9
**Computer-aided** [1] - 2:9
**computerized** [1] - 2:9
**concede** [1] - 115:21
**conclusion** [1] - 145:9
**conditioning** [1] - 71:17
**conference** [3] - 4:5, 62:23, 109:3
**confirm** [1] - 121:6
**conflict** [1] - 3:21
**confused** [2] - 91:22, 106:1
**confusing** [1] - 62:19
**consider** [2] - 141:20, 142:4
**consideration** [1] - 116:25
**considered** [2] - 75:24, 141:24
**considering** [1] - 11:13
**consistently** [1] - 8:11
**constant** [1] - 99:4
**Construction** [1] - 161:8
**construction** [46] - 12:18, 13:1, 13:9, 13:13, 14:1, 22:4, 23:3, 23:6, 23:9, 23:12, 24:7, 24:12, 24:24, 24:25, 25:1, 25:9, 25:12, 25:14, 25:19, 26:7, 26:8, 26:11, 26:12, 26:15, 27:11, 28:10, 29:19, 52:12, 70:3, 70:16, 71:19,

71:20, 71:24, 72:1, 72:2, 72:8, 72:14, 78:4, 79:3, 138:6, 158:3, 158:4, 160:13, 160:18, 160:25
**contains** [1] - 144:22
**contend** [2] - 9:12, 9:17
**context** [1] - 54:18
**continue** [4] - 23:20, 28:4, 28:15, 33:2
**continued** [1] - 130:23
**Continued** [18] - 2:1, 16:20, 30:15, 32:3, 33:6, 56:10, 57:1, 63:18, 64:23, 78:12, 82:17, 104:23, 117:7, 118:2, 121:14, 145:25, 155:16, 166:5
**Continuing** [1] - 79:2, 94:2
**continuing** [3] - 31:1, 146:2, 167:2
**contract** [2] - 132:6, 132:12
**Contract** [1] - 116:7
**contractor** [1] - 161:3
**contractors** [5] - 138:21, 139:4, 158:6, 161:4, 161:6
**contradict** [1] - 8:16
**contrast** [1] - 9:5
**control** [5] - 9:22, 9:25, 11:11, 11:12, 127:11
**controlled** [2] - 9:18, 11:14
**conversation** [18] - 22:8, 23:15, 23:17, 43:2, 48:13, 49:25, 50:7, 50:22, 52:19, 53:19, 54:6, 57:13, 57:16, 58:12, 59:17, 83:22, 85:9, 136:10
**convert** [1] - 137:7
**Cook** [1] - 36:10
**cook** [34] - 17:18, 18:9, 19:10, 20:24, 21:2, 22:12, 35:21, 36:11, 36:18, 45:10, 45:11, 46:3, 47:1, 47:18, 51:18, 51:20, 51:21, 52:1, 59:5, 67:18, 75:16, 76:3, 77:16, 77:17, 77:24, 79:14, 80:17, 83:25, 84:23, 88:2, 102:9, 161:15
**cooked** [11] - 20:17, 36:10, 45:13, 45:15, 45:17, 56:5, 56:6, 56:8, 57:2, 58:2
**cooking** [9] - 18:14, 20:20, 21:11, 21:16, 46:12, 75:18, 79:23, 84:19, 84:21
**cooks** [16] - 46:21, 46:24, 47:9, 47:10, 47:11, 48:11, 49:10, 75:7, 75:17, 76:4, 76:6, 76:19, 102:8, 102:10, 164:22, 164:23
**copies** [1] - 128:20
**copy** [11] - 9:3, 39:8, 106:2, 106:3, 106:8, 106:12, 129:9, 129:10, 131:14, 133:17, 133:21
**CORP** [1] - 1:9
**corporation** [7] - 108:7, 108:10, 108:12, 108:13, 108:16, 125:18, 125:24
**Correct** [7] - 112:9, 112:15, 112:18, 112:22, 112:25, 113:4, 122:18
**correct** [72] - 2:23, 4:1, 5:15, 5:21, 6:10, 6:13, 6:24, 6:25, 7:2, 19:24, 19:25, 21:3, 26:11, 27:5, 46:4, 72:12, 73:21, 74:17, 74:24, 75:1, 75:15, 75:25, 95:17, 96:1, 96:11, 96:16, 97:6, 97:13,

97:19, 97:22, 98:9, 99:8, 99:10, 99:19, 99:25, 103:11, 103:18, 107:15, 110:1, 110:4, 111:12, 111:17, 112:8, 112:11, 112:14, 112:17, 112:21, 112:24, 113:3, 122:14, 122:15, 122:17, 129:1, 135:10, 135:13, 135:16, 135:24, 137:23, 138:1, 141:13, 141:25, 144:23, 145:7, 145:16, 146:7, 146:23, 147:1, 148:18, 150:25, 153:1, 159:15, 162:17
**correctly** [1] - 37:18
**counsel** [44] - 3:11, 4:7, 4:8, 4:9, 4:18, 4:23, 5:25, 6:23, 7:19, 11:19, 23:20, 33:2, 35:2, 39:21, 39:25, 45:19, 62:3, 64:9, 64:16, 81:22, 82:16, 84:20, 100:11, 100:13, 104:8, 106:5, 107:17, 109:20, 110:22, 111:24, 113:16, 113:20, 120:6, 121:8, 123:19, 124:5, 130:17, 133:8, 154:13, 154:21, 155:15, 156:13, 156:18, 168:11
**Counsel** [7] - 41:20, 77:6, 77:11, 95:11, 102:21, 120:10, 123:9
**counselor** [2] - 80:9, 92:1
**Count** [1] - 54:22
**count** [1] - 64:12
**counted** [1] - 70:14
**counter** [20] - 44:1, 44:2, 54:22, 62:18, 65:10, 71:6, 71:7, 73:21, 74:1, 74:6, 74:16, 74:20, 74:23, 91:12, 99:17, 99:22, 100:2, 124:7, 124:13, 126:25
**counters** [1] - 65:6
**couple** [5] - 13:17, 14:1, 124:13, 135:24, 159:11
**course** [3] - 27:14, 28:11, 37:2
**COURT** [392] - 1:1, 2:15, 2:23, 3:3, 3:5, 3:10, 3:14, 3:18, 3:22, 3:25, 4:3, 4:20, 5:5, 5:11, 5:14, 5:19, 5:25, 6:4, 6:8, 6:12, 6:15, 6:19, 7:1, 7:5, 7:7, 7:11, 7:16, 7:19, 7:23, 12:14, 13:22, 14:4, 14:7, 15:5, 15:10, 15:12, 15:18, 15:22, 15:25, 16:2, 16:4, 16:8, 16:12, 16:15, 16:18, 17:24, 18:16, 18:20, 19:6, 19:9, 19:13, 19:16, 19:20, 19:23, 20:1, 20:7, 20:9, 20:12, 20:16, 20:19, 20:22, 20:25, 21:5, 21:7, 22:22, 22:25, 23:3, 23:8, 23:12, 23:15, 23:20, 26:9, 26:14, 26:17, 26:20, 26:24, 27:4, 27:7, 27:15, 27:21, 27:24, 28:1, 28:6, 30:11, 31:2, 31:5, 31:8, 31:12, 31:15, 31:18, 31:20, 31:23, 33:2, 33:10, 34:1, 34:4, 35:9, 35:12, 36:5, 37:7, 37:10, 37:14, 37:18, 38:5, 38:8, 38:11, 39:4, 39:24, 40:2, 40:20, 43:22, 44:14, 44:17, 44:19, 44:22, 44:24, 45:1, 45:6, 45:9, 45:11, 45:18, 45:24, 46:1, 46:7, 46:9, 46:11, 46:15, 46:18, 48:15, 48:18, 48:21, 48:25, 49:13, 49:16, 49:18, 49:22, 50:3, 50:10, 50:24, 51:4, 51:7, 51:9, 51:12, 51:15, 51:23, 52:1, 52:3, 52:6, 52:8, 52:18, 52:20, 53:2, 53:4, 53:8, 53:13, 53:15, 55:14, 56:7, 57:15,

57:20, 58:7, 58:9, 58:12, 58:17, 58:21, 58:24, 60:9, 60:15, 62:1, 62:6, 62:8, 62:11, 62:16, 63:8, 63:16, 64:2, 64:6, 64:8, 64:13, 64:16, 64:21, 66:9, 66:12, 66:14, 66:16, 67:16, 69:11, 69:15, 69:20, 69:23, 74:3, 75:10, 76:12, 77:5, 77:19, 79:16, 79:19, 80:13, 81:18, 81:21, 81:24, 82:2, 82:4, 82:8, 82:11, 82:15, 83:17, 83:20, 84:4, 84:6, 84:9, 85:16, 85:19, 86:13, 89:15, 89:17, 90:21, 90:24, 91:4, 91:7, 91:9, 91:12, 91:14, 92:24, 93:3, 93:5, 94:13, 95:11, 96:21, 97:10, 98:1, 100:7, 100:11, 100:13, 101:15, 102:15, 102:18, 102:21, 102:24, 103:11, 103:13, 103:17, 103:21, 103:23, 104:6, 104:8, 104:12, 104:14, 104:16, 104:20, 105:15, 105:20, 106:5, 106:7, 106:10, 107:17, 108:24, 109:1, 109:5, 109:12, 109:17, 109:25, 110:4, 110:8, 110:13, 110:16, 110:19, 110:23, 111:2, 111:20, 111:22, 111:24, 112:1, 112:4, 113:6, 113:8, 113:16, 113:20, 113:25, 114:2, 115:24, 116:2, 117:3, 118:8, 118:19, 118:22, 119:12, 119:15, 119:25, 120:6, 120:10, 120:14, 120:16, 120:20, 120:22, 121:1, 121:13, 123:4, 123:9, 123:13, 123:16, 123:19, 123:22, 124:2, 124:14, 124:17, 124:23, 124:25, 125:2, 125:7, 125:10, 127:19, 127:24, 128:6, 128:8, 128:11, 128:23, 129:1, 129:4, 129:7, 129:13, 129:16, 129:18, 129:22, 130:17, 131:4, 131:12, 131:15, 132:17, 132:22, 133:2, 133:4, 133:7, 133:12, 133:14, 134:21, 134:23, 136:3, 136:5, 136:8, 136:10, 136:16, 136:20, 136:25, 137:12, 137:15, 137:18, 142:3, 142:8, 144:20, 145:10, 150:11, 151:13, 152:1, 152:12, 152:15, 153:22, 153:24, 154:9, 154:13, 154:19, 154:21, 154:23, 155:3, 155:7, 155:9, 155:12, 155:15, 156:12, 156:17, 157:2, 157:5, 157:8, 160:16, 160:18, 160:20, 162:5, 162:12, 162:18, 162:21, 162:23, 163:24, 165:25, 166:2, 168:1, 168:4, 168:7, 168:14, 168:16, 168:22, 168:25, 169:3
**Court** [10] - 2:6, 2:7, 3:16, 4:4, 7:24, 7:25, 128:22, 129:21, 131:3
**court** [2] - 2:12, 33:1
**Courthouse** [1] - 1:5
**COURTROOM** [1] - 2:13
**courtroom** [2] - 19:23, 120:24
**courtrooms** [1] - 14:7
**cover** [2] - 68:10, 111:3
**Craig** [1] - 3:10
**create** [1] - 79:25
**criminal** [1] - 168:8
**cross** [7] - 50:17, 69:13, 69:19, 81:20,

**CROSS** [24] - 70:1, 77:8, 79:1, 95:12, 100:15, 103:1, 133:19, 146:1, 170:7, 170:8, 170:11, 170:12, 170:13, 170:21
**Cross** [12] - 16:18, 18:5, 21:19, 21:22, 22:2, 22:14, 23:19, 23:23, 50:19, 50:25, 51:3, 137:4
**cross-examination** [2] - 69:19, 81:20
**CROSS-EXAMINATION** [14] - 70:1, 77:8, 79:1, 95:12, 100:15, 103:1, 133:19, 146:1, 170:7, 170:8, 170:11, 170:12, 170:13, 170:21
**cross-examine** [2] - 120:4, 123:8
**cross-examining** [1] - 69:13
**CROSSBAY** [1] - 1:9
**Crossbay** [1] - 72:5
**CRR** [1] - 2:6
**customers** [5] - 18:11, 34:17, 44:3, 59:11, 164:11

## D

**d/b/a** [2] - 1:8, 1:9
**daily** [1] - 142:18
**damages** [2] - 12:10, 12:11
**date** [13] - 6:13, 6:17, 50:12, 53:20, 77:1, 81:1, 107:19, 132:7, 132:8, 132:17, 132:22, 133:2, 163:6
**dated** [1] - 122:14
**dates** [2] - 59:24, 132:23
**daughter** [2] - 126:14, 126:20
**day-to-day** [8] - 71:18, 72:25, 88:1, 89:25, 126:6, 163:4, 164:3, 165:14
**days** [36] - 12:5, 14:16, 24:5, 24:6, 24:21, 24:23, 24:25, 29:14, 29:16, 30:1, 30:2, 30:12, 31:3, 33:8, 33:19, 33:23, 34:2, 44:18, 44:19, 70:20, 71:1, 76:8, 76:16, 76:17, 76:19, 85:8, 85:10, 85:15, 87:11, 100:25, 101:3, 102:3, 102:5, 153:4, 153:14
**dealings** [2] - 14:19, 14:23
**decided** [4] - 4:8, 10:16, 10:17, 37:4
**decision** [2] - 140:5, 141:6
**decisions** [2] - 61:8, 141:13
**default** [3] - 5:23, 6:8, 11:19
**defaulted** [1] - 6:6
**defendant** [8] - 3:1, 3:3, 16:12, 20:2, 43:23, 74:4, 104:16, 124:10
**defendant's** [1] - 11:21
**Defendants** [1] - 1:13
**defendants** [20] - 2:21, 2:23, 5:17, 5:20, 8:1, 8:7, 8:15, 9:7, 9:24, 10:2, 10:5, 10:11, 10:17, 11:5, 11:14, 109:6, 109:7, 109:10, 124:16, 130:12
**defendants'** [4] - 8:24, 118:12, 129:24, 129:25
**defense** [6] - 7:19, 9:9, 13:25, 19:2, 43:18, 62:10
**defenses** [1] - 15:4
**Defts** [2] - 1:22, 2:2
**delayed** [1] - 36:21

**deliveries** [3] - 34:9, 34:10, 71:8
**demonstrate** [2] - 84:19, 84:21
**DENISE** [1] - 2:6
**DeniseParisi72@gmail.com** [1] - 2:8
**denying** [1] - 110:1
**Department** [1] - 150:5
**departure** [1] - 87:23
**depended** [1] - 26:4
**depose** [1] - 63:4
**deposition** [1] - 124:10
**depositions** [2] - 64:10, 124:5
**DEPUTY** [1] - 2:13
**deputy** [1] - 120:24
**describe** [10] - 66:2, 70:3, 126:5, 126:11, 126:17, 132:2, 132:5, 157:17, 167:8, 167:11
**desk** [1] - 14:5
**Despite** [1] - 61:21
**despite** [1] - 14:21
**desserts** [1] - 75:19
**details** [1] - 143:22
**determine** [1] - 131:7
**determined** [2] - 10:11, 10:14
**development** [1] - 62:25
**dictates** [1] - 11:25
**difference** [4] - 27:10, 28:8, 28:10, 47:8
**different** [9] - 13:24, 34:1, 35:10, 52:4, 61:12, 81:13, 101:24, 132:23, 162:5
**diner** [22] - 17:23, 18:2, 18:6, 18:7, 18:14, 19:10, 19:14, 20:4, 20:22, 21:1, 21:11, 50:17, 51:4, 51:6, 51:9, 51:13, 51:14, 67:18, 67:20, 72:6, 78:2, 78:3
**Diner** [13] - 10:18, 18:5, 21:19, 21:22, 22:3, 22:14, 23:19, 23:24, 50:19, 50:25, 51:3, 72:5, 159:18
**diners** [1] - 167:23
**dinner** [1] - 164:12
**direct** [11] - 33:3, 73:11, 107:3, 111:21, 116:19, 120:5, 134:12, 137:1, 139:20, 146:5, 150:4
**DIRECT** [17] - 17:5, 33:5, 64:22, 83:5, 94:1, 105:5, 118:1, 122:5, 125:11, 156:5, 167:1, 170:6, 170:10, 170:16, 170:18, 170:20, 170:23
**directing** [1] - 91:3
**direction** [1] - 73:16
**directions** [2] - 161:16, 161:19
**directive** [1] - 4:5
**directly** [1] - 73:13
**director** [1] - 108:12
**discovery** [3] - 11:8, 129:12, 150:19
**discuss** [4] - 24:5, 64:4, 86:6, 86:8
**discussed** [3] - 22:2, 23:24, 88:13
**discussion** [1] - 4:7
**dishes** [1] - 21:16
**dishwasher** [5] - 10:16, 47:20, 47:24, 49:24, 50:4
**dispute** [3] - 11:20, 14:18, 15:17
**disputed** [2] - 8:22, 9:6
**disputes** [1] - 15:3

**disputing** [1] - 130:19
**distinguishing** [1] - 67:1
**distracting** [1] - 156:21
**distribute** [2] - 44:20, 143:11
**distributed** [2] - 10:23, 45:1
**distributing** [1] - 54:25
**DISTRICT** [3] - 1:1, 1:1, 1:16
**divided** [1] - 148:17
**dividend** [1] - 149:14
**docket** [3] - 3:15, 4:24, 4:25
**Document** [2] - 3:15, 3:23
**document** [64] - 4:2, 40:2, 105:8, 105:10, 105:12, 106:14, 106:16, 106:19, 106:22, 106:24, 106:25, 107:18, 107:21, 107:23, 108:23, 110:1, 111:6, 111:8, 111:13, 111:15, 111:16, 112:7, 113:1, 113:13, 113:18, 113:21, 114:4, 114:5, 114:6, 114:9, 115:21, 116:7, 116:9, 116:11, 116:14, 116:20, 118:10, 118:13, 118:15, 118:23, 119:2, 119:9, 119:20, 119:22, 121:6, 122:10, 122:19, 122:22, 130:13, 130:14, 131:14, 131:20, 132:3, 132:5, 133:22, 134:25, 139:21, 150:16, 150:18, 150:21, 150:24, 151:7
**documents** [7] - 106:3, 110:12, 110:14, 113:12, 121:10, 128:21, 154:25
**dollars** [7] - 22:17, 22:19, 22:22, 22:25, 23:13, 43:10, 151:7
**done** [3] - 36:17, 36:18, 44:22
**door** [1] - 58:5
**double** [1] - 72:3
**down** [28] - 7:25, 12:17, 14:8, 15:10, 19:1, 21:19, 54:12, 56:1, 62:12, 62:13, 68:13, 69:15, 70:5, 70:9, 70:10, 81:25, 88:19, 88:21, 88:23, 91:20, 98:25, 104:6, 120:14, 120:15, 123:13, 123:18, 135:23
**downtime** [1] - 164:12
**due** [1] - 76:6
**duly** [5] - 17:2, 83:2, 105:2, 122:2, 156:2
**during** [66] - 13:8, 13:9, 13:12, 13:13, 21:24, 22:4, 22:8, 22:14, 23:3, 23:9, 23:12, 23:23, 24:7, 24:21, 24:24, 24:25, 25:1, 25:9, 25:12, 25:14, 25:19, 26:6, 26:8, 26:11, 26:12, 26:14, 27:11, 28:9, 28:11, 37:15, 37:16, 52:12, 57:13, 64:24, 65:2, 69:7, 69:20, 71:24, 72:2, 72:6, 72:8, 72:14, 73:1, 73:12, 73:16, 79:3, 81:8, 85:6, 85:9, 86:5, 86:24, 88:3, 88:12, 98:11, 98:13, 98:14, 98:19, 98:22, 140:17, 140:21, 160:18, 160:24, 161:18, 164:6
**During** [4] - 60:18, 70:3, 71:19, 71:20
**duties** [1] - 87:25

**E**

**E-mail** [1] - 2:8
**early** [1] - 153:11
**EASTERN** [1] - 1:1

**eat** [3] - 13:17, 60:13, 126:16
**ECF** [1] - 3:15
**echo** [1] - 15:7
**economic** [1] - 11:13
**EDGAR** [1] - 59:4
**Edgar** [5] - 10:9, 59:4, 60:7, 60:9, 75:11
**edges** [1] - 70:6
**effect** [1] - 145:12
**effort** [2] - 12:3, 12:6
**efforts** [1] - 11:24
**eight** [12] - 68:13, 68:17, 79:10, 79:12, 85:15, 126:20, 159:6, 163:10, 163:12, 163:16, 163:18, 163:20
**Eighteen** [1] - 119:12
**either** [2] - 97:24, 105:17
**elaborate** [1] - 167:17
**Electricity** [1] - 71:17
**Eleven** [1] - 152:3
**emails** [1] - 4:25
**employed** [2] - 80:19, 165:13
**employee** [3] - 10:7, 10:8, 96:9
**employee's** [1] - 151:2
**employees** [27] - 9:25, 10:2, 10:6, 10:23, 11:1, 11:15, 13:10, 14:24, 15:15, 34:25, 35:4, 35:23, 45:7, 50:9, 59:12, 61:15, 90:5, 101:25, 127:4, 127:7, 127:9, 127:14, 143:11, 148:1, 148:18, 151:8, 151:22
**employees'** [2] - 10:12, 10:22, 127:11
**employer** [6] - 11:20, 122:12, 124:21, 133:24, 134:9, 134:13
**employers** [4] - 8:4, 9:6, 9:11, 11:16
**employment** [17] - 11:17, 27:14, 28:11, 29:25, 37:2, 51:22, 52:14, 52:24, 53:22, 55:5, 59:8, 64:25, 86:25, 88:5, 88:9, 97:10, 154:1
**end** [28] - 24:13, 24:17, 25:3, 29:9, 44:6, 44:22, 45:2, 51:22, 52:14, 52:24, 53:21, 55:5, 59:8, 64:14, 85:10, 85:13, 88:5, 88:9, 96:25, 97:1, 97:2, 98:16, 98:23, 105:9, 114:6, 114:11, 135:4, 137:19
**End** [1] - 97:5
**engaged** [1] - 158:10
**English** [1] - 18:5
**English]** [1] - 76:14
**ensure** [1] - 12:3
**enter** [1] - 129:20
**entered** [6] - 118:18, 119:11, 119:24, 123:3, 151:12, 152:3
**enters** [2] - 120:21, 125:6
**entitled** [2] - 113:16, 113:20
**entity** [3] - 112:17, 112:24, 157:13
**entrance** [3] - 70:11, 70:12, 71:4
**envelope** [16] - 38:4, 38:12, 38:13, 38:18, 38:19, 38:21, 41:11, 41:13, 41:15, 41:23, 41:24, 42:1, 42:2, 42:3, 42:5, 162:15
**envelopes** [1] - 38:22
**equipment** [3] - 70:7, 139:15, 158:12

**error** [2] - 3:16, 160:4
**ESQ** [4] - 1:21, 1:24, 2:4, 2:5
**essentially** [1] - 15:15
**estate** [1] - 168:5
**estimate** [1] - 138:25
**et** [1] - 75:20
**Evangelos** [13] - 2:22, 8:1, 13:7, 20:14, 62:20, 73:7, 124:10, 124:15, 125:23, 135:20, 136:3, 155:6, 155:14
**EVANGELOS** [1] - 1:10, 156:1, 170:22
**evening** [1] - 33:15
**event** [1] - 9:19
**eventually** [1] - 14:20
**evidence** [33] - 8:16, 9:24, 10:1, 10:5, 10:10, 10:12, 10:14, 10:19, 40:21, 108:19, 109:23, 109:24, 113:9, 113:14, 115:21, 115:24, 115:25, 117:5, 118:20, 119:13, 120:1, 121:7, 123:5, 127:16, 128:19, 129:8, 131:1, 131:2, 150:13, 151:16, 151:19, 152:4
**exactly** [7] - 19:5, 38:17, 96:18, 107:23, 108:13, 138:16, 144:24
**examination** [4] - 69:19, 81:20, 168:17, 168:18
**EXAMINATION** [33] - 17:5, 33:5, 64:22, 70:1, 77:8, 79:1, 83:5, 94:1, 95:12, 100:15, 103:1, 104:1, 105:5, 118:1, 122:5, 125:11, 133:19, 146:1, 156:5, 167:1, 170:6, 170:7, 170:8, 170:10, 170:11, 170:12, 170:13, 170:14, 170:16, 170:18, 170:20, 170:21, 170:23
**examine** [3] - 120:4, 123:8, 148:23
**examined** [5] - 17:3, 83:3, 105:3, 122:3, 156:3
**examining** [1] - 69:13
**example** [1] - 14:25
**examples** [1] - 35:7
**exceeded** [2] - 12:5, 137:8
**except** [1] - 6:10
**excess** [1] - 138:4
**Excuse** [2] - 116:18, 129:16
**excuse** [7] - 45:18, 57:8, 63:5, 79:7, 134:24, 156:12, 162:12
**excused** [2] - 82:1, 104:7
**excuses** [1] - 12:7
**executed** [2] - 130:25, 145:1
**executing** [1] - 132:2
**exhibit** [22] - 39:24, 40:2, 106:5, 108:24, 109:23, 127:19, 128:21, 128:23, 129:3, 129:13, 129:19, 129:24, 130:4, 130:18, 133:15, 134:21, 144:17, 150:11, 151:14, 151:15, 152:2, 152:8
**Exhibit** [71] - 40:1, 40:4, 40:8, 40:11, 40:18, 40:21, 40:23, 106:6, 106:8, 106:13, 108:18, 109:24, 110:18, 110:20, 110:25, 111:5, 113:5, 113:9, 114:4, 115:24, 115:25, 116:6, 117:2, 117:4, 117:5, 118:4, 118:10, 118:18, 118:20, 118:23, 119:11, 119:13, 119:16, 119:24, 120:1, 122:9, 123:3,

123:5, 127:22, 127:23, 128:2, 128:6,
128:24, 129:1, 129:4, 133:16, 133:17,
133:18, 133:21, 134:22, 137:1,
144:19, 144:21, 146:4, 150:12,
150:16, 151:12, 151:19, 152:6, 153:3,
153:17, 171:4, 171:6, 171:8, 171:10,
171:12, 171:14, 171:16, 171:18,
171:20, 171:22
**exhibits** [11] - 104:10, 109:2, 109:9,
109:13, 109:18, 109:20, 109:22,
127:17, 129:14, 130:10, 156:16
**experience** [6] - 46:5, 47:17, 79:23,
84:15, 84:16, 85:1
**experienced** [1] - 12:1
**experiences** [1] - 47:12
**explain** [8] - 27:15, 57:20, 68:9, 68:21,
68:24, 69:3, 94:15, 111:15
**explained** [1] - 147:4
**explanation** [2] - 11:2, 130:6
**extensive** [4] - 137:6, 138:3, 138:8,
138:10
**extent** [2] - 15:1
**extra** [3] - 12:5, 69:4, 129:9
**eye** [1] - 148:20

## F

**fact** [26] - 8:24, 14:14, 14:19, 27:9, 43:8,
49:24, 57:16, 86:10, 111:10, 112:13,
112:16, 122:16, 126:14, 130:24,
134:7, 135:4, 135:9, 137:25, 138:3,
139:3, 140:7, 141:17, 144:5, 148:17,
149:12, 151:22
**facts** [2] - 8:5, 92:18
**fair** [4] - 28:23, 38:15, 96:23, 153:10
**faith** [1] - 11:24
**fall** [2] - 12:20, 53:24
**falling** [2] - 14:17, 159:5
**falling-out** [1] - 14:17
**false** [1] - 4:3
**familiar** [23] - 17:7, 17:10, 43:13, 47:20,
47:23, 59:4, 65:14, 67:6, 83:8, 83:11,
89:10, 90:7, 90:9, 90:11, 95:16, 105:9,
125:15, 140:7, 149:19, 156:9, 159:17,
161:10, 165:6
**familiarity** [3] - 125:17, 156:11, 157:10
**family** [4] - 81:9, 140:18, 140:22, 147:4
**far** [5] - 13:10, 13:14, 99:1, 136:13,
136:19
**favor** [1] - 12:10
**February** [11] - 14:15, 24:18, 80:24,
80:25, 106:25, 107:9, 107:13, 107:14,
112:16, 112:19
**federal** [2] - 68:6, 151:2
**feet** [7] - 66:7, 66:8, 66:9, 70:12, 70:14,
148:6, 148:9
**fell** [3] - 158:24, 159:2, 163:5
**fellow** [2] - 19:23, 20:9
**few** [3] - 14:16, 62:5, 125:8
**fewer** [2] - 88:19, 88:25
**fifth** [1] - 115:14

**filed** [7] - 3:14, 3:15, 4:14, 55:20, 130:4,
130:10, 130:11
**filing** [1] - 119:8
**finalized** [1] - 62:24
**Finance** [1] - 150:5
**financial** [1] - 149:12
**fine** [5] - 5:8, 42:16, 154:17
**Fine** [2] - 104:12, 157:5
**finish** [4] - 5:2, 23:6, 87:7, 98:1
**finished** [3] - 6:22, 21:16, 58:4
**fire** [15] - 10:6, 13:12, 47:18, 57:15,
103:7, 103:18, 127:7, 143:15, 144:1,
144:6, 145:3, 145:6, 145:15, 145:20,
145:22
**fired** [18] - 10:6, 10:7, 10:8, 13:18,
28:19, 37:11, 57:4, 57:5, 57:6, 57:9,
58:16, 58:22, 59:14, 59:15, 60:9, 80:7,
101:20, 103:3
**firing** [1] - 15:15
**First** [3] - 108:1, 108:5, 108:14
**first** [68] - 8:19, 10:10, 13:2, 15:19, 16:8,
17:2, 19:9, 27:18, 27:22, 28:4, 29:16,
30:7, 37:16, 51:23, 54:18, 60:18,
63:10, 63:11, 63:14, 67:20, 68:12,
72:23, 73:6, 73:15, 76:9, 76:15, 77:10,
78:5, 83:2, 85:4, 85:6, 85:23, 86:2,
86:5, 90:13, 91:2, 91:5, 96:3, 96:9,
97:15, 105:2, 106:19, 107:24, 109:11,
114:25, 116:24, 122:2, 124:8, 139:11,
139:12, 145:6, 150:7, 150:24, 150:25,
151:9, 151:22, 156:2, 157:20, 159:10,
159:17, 159:18, 159:20, 160:2,
161:17, 162:7, 162:16, 162:18
**fish** [1] - 36:17
**Five** [3] - 66:13, 66:14, 74:15
**five** [10] - 29:16, 29:25, 31:25, 34:15,
66:13, 66:14, 74:21, 74:23, 75:15,
100:7
**Five-five** [2] - 66:13, 66:14
**five-minute** [2] - 31:25, 100:7
**fixed** [1] - 70:22
**flat** [2] - 8:13, 9:4
**Flavio** [1] - 75:11
**flip** [2] - 114:5, 137:19
**Flip** [1] - 114:11
**floor** [1] - 139:9
**Floor** [1] - 2:3
**flooring** [1] - 70:5
**floors** [2] - 24:10, 71:9
**fluctuations** [1] - 26:2
**Flushing** [1] - 1:20
**focus** [1] - 72:23
**following** [7] - 30:15, 32:3, 63:18, 78:7,
78:12, 145:25, 166:5
**follows** [6] - 17:4, 83:4, 105:4, 107:8,
122:4, 156:4
**food** [17] - 18:9, 19:10, 20:5, 34:9,
34:17, 35:8, 36:10, 36:16, 58:3, 67:11,
67:18, 67:19, 76:20, 76:21, 80:5, 99:3
**foods** [2] - 67:11, 75:14

**FOR** [1] - 1:15
**forefront** [1] - 19:2
**foremost** [1] - 19:2
**forget** [2] - 17:12, 20:8
**forgive** [1] - 83:18
**form** [3] - 46:13, 46:16, 92:18
**Form** [1] - 150:24
**formed** [1] - 157:13
**former** [1] - 101:19
**forth** [2] - 112:10, 143:23
**forward** [6] - 6:1, 6:2, 8:15, 15:22, 79:6
**foundation** [1] - 52:20
**four** [22] - 9:24, 10:2, 10:3, 10:10, 10:17,
11:14, 24:14, 29:16, 29:25, 37:16,
46:22, 46:23, 74:21, 74:23, 75:7, 75:9,
76:4, 76:9, 76:15, 81:3, 107:16
**Four** [4] - 66:6, 66:7, 66:8, 66:9
**Fourth** [1] - 115:11
**frequently** [5] - 11:2, 60:19, 61:3, 61:7,
61:11
**Friday** [1] - 85:14
**Fridays** [1] - 87:12
**friends** [6] - 77:23, 140:17, 140:22,
142:11, 142:14, 147:3
**front** [9] - 73:21, 73:25, 74:6, 92:6,
92:16, 92:19, 107:21, 124:7, 124:13
**full** [5] - 37:11, 95:25, 97:12, 97:16,
164:18
**fully** [1] - 12:7
**furnished** [1] - 11:22

## G

**G-U-T-I-E-R-R-E-Z** [1] - 82:14
**gather** [1] - 69:18
**general** [4] - 128:17, 135:2, 135:10,
135:15
**generally** [2] - 158:15, 165:19
**gentleman** [7] - 17:12, 18:10, 18:15,
18:16, 18:25, 55:16, 168:23
**George** [1] - 130:1
**gestured** [1] - 43:16
**gesturing** [1] - 43:17
**girl** [1] - 164:21
**given** [6] - 8:22, 9:3, 29:1, 29:4, 98:11,
120:7
**glad** [2] - 154:20, 154:22
**glasses** [1] - 67:4
**grand** [1] - 139:11
**granted** [1] - 30:8
**gray** [5] - 15:13, 18:22, 18:25, 20:10,
43:17
**great** [2] - 14:8, 99:3
**GREEK** [3] - 1:9, 1:10
**Greek** [34] - 9:14, 11:15, 17:8, 17:17,
17:18, 17:20, 51:10, 51:13, 71:23,
72:4, 76:21, 80:2, 80:6, 83:9, 84:18,
95:16, 95:17, 95:19, 95:23, 96:8, 96:9,
108:1, 126:4, 126:8, 130:15, 130:24,
131:17, 137:5, 137:7, 157:11, 157:16,
158:1, 167:9

**grill** [4] - 47:1, 75:20, 164:18
**Grill** [49] - 2:14, 9:13, 9:14, 11:15, 11:18, 17:8, 17:17, 17:20, 47:1, 51:8, 51:12, 51:24, 71:24, 72:4, 83:9, 95:17, 95:19, 95:23, 96:8, 96:10, 108:2, 111:10, 111:17, 112:8, 112:10, 112:13, 114:14, 122:13, 122:17, 122:25, 123:1, 125:15, 126:4, 126:9, 130:15, 130:24, 131:17, 133:25, 134:10, 134:14, 134:17, 151:9, 156:9, 157:10, 157:12, 157:16, 158:1, 167:9
**GRILL** [4] - 1:8, 1:9, 1:9, 1:10
**group** [1] - 10:3
**guess** [5] - 5:2, 63:8, 69:13, 146:21, 151:1
**Gus** [69] - 8:3, 17:12, 17:14, 17:15, 18:15, 21:12, 21:13, 22:9, 22:19, 26:22, 26:24, 29:24, 30:7, 31:12, 31:18, 33:18, 33:19, 33:23, 34:1, 34:18, 35:20, 36:6, 36:12, 36:13, 41:23, 41:24, 42:2, 42:7, 42:10, 54:15, 59:11, 59:16, 59:19, 61:2, 61:21, 67:24, 72:11, 72:14, 72:19, 73:5, 77:10, 77:14, 78:5, 86:16, 89:8, 90:7, 103:3, 103:8, 103:11, 103:14, 103:17, 103:18, 103:19, 103:21, 119:6, 143:23, 143:25, 144:6, 144:7, 145:2, 145:5, 145:14, 145:19, 152:25, 153:10, 153:14, 157:23, 159:19
**Gus'** [2] - 61:9, 144:22
**Gus's** [1] - 152:23
**GUTIERREZ** [3] - 1:4, 83:1, 170:9
**Gutierrez** [15] - 2:19, 8:6, 8:8, 8:11, 10:4, 12:4, 12:7, 82:3, 82:13, 83:7, 95:14, 165:6, 165:12, 165:17
**guy** [3] - 26:19, 31:11
**guys** [9] - 22:13, 26:20, 55:25, 58:4, 58:11, 58:17, 71:9, 71:11, 167:23

## H

**hair** [1] - 66:18
**half** [3] - 8:20, 68:25, 94:16
**hand** [10] - 9:7, 9:18, 11:3, 16:2, 16:4, 43:16, 82:8, 104:17, 120:22, 155:9
**handed** [2] - 65:8, 106:12
**handful** [2] - 126:12, 126:16
**handing** [1] - 129:10
**handle** [1] - 4:13
**handles** [1] - 62:18
**handwriting** [15] - 39:20, 39:22, 40:7, 40:13, 40:15, 152:7, 152:10, 152:14, 152:16, 152:17, 152:19, 152:21, 152:23
**hang** [1] - 42:10
**happy** [2] - 115:22, 168:16
**hard** [5] - 96:6, 96:15, 96:22, 106:2, 106:7
**hardly** [1] - 91:24
**heading** [4] - 106:19, 106:22, 111:10, 114:14

**hear** [18] - 3:18, 8:10, 12:25, 13:24, 14:9, 14:11, 15:2, 25:8, 46:9, 48:22, 49:22, 53:5, 55:13, 69:16, 79:17, 89:15, 129:22, 156:22
**heard** [10] - 4:17, 48:23, 48:25, 53:15, 53:17, 63:10, 78:8, 140:15, 159:14, 168:10
**hearing** [5] - 84:1, 111:6, 114:4, 116:6, 122:8
**hearsay** [4] - 48:14, 49:3, 49:11, 153:17
**held** [1] - 4:5
**Hello** [1] - 134:23
**help** [4] - 142:10, 142:14, 142:20, 143:1
**helped** [1] - 124:13
**helper** [1] - 164:17
**helping** [2] - 24:10, 164:21
**Henceforth** [1] - 116:21
**higher** [1] - 47:14
**highlighted** [1] - 40:4
**himself** [5] - 5:10, 5:13, 48:23, 48:24, 86:12
**hire** [18] - 8:23, 10:2, 13:12, 18:13, 47:3, 103:8, 103:17, 127:4, 138:21, 138:22, 143:15, 144:1, 144:6, 145:2, 145:6, 145:14, 145:19, 145:22
**hired** [17] - 10:3, 10:4, 13:18, 29:1, 43:4, 46:1, 47:6, 65:22, 67:15, 67:17, 85:7, 86:10, 86:12, 86:14, 86:21, 103:3, 158:6
**hiring** [4] - 15:14, 67:14, 84:14, 84:15
**hold** [5] - 27:18, 28:1, 28:3, 135:4, 162:12
**Hold** [1] - 129:16
**holding** [1] - 6:20
**home** [5] - 81:9, 126:14, 142:19, 148:4, 153:19
**honest** [1] - 135:22
**Honor** [99] - 2:17, 2:20, 2:24, 2:25, 3:12, 4:22, 5:8, 5:23, 6:25, 7:3, 7:10, 7:18, 12:16, 13:1, 13:20, 13:21, 13:23, 14:10, 14:16, 14:23, 15:3, 15:7, 15:20, 16:1, 16:16, 16:19, 20:15, 32:1, 33:4, 48:14, 48:23, 49:15, 50:8, 62:7, 62:10, 62:15, 62:22, 62:24, 63:1, 63:3, 63:17, 64:4, 64:7, 69:22, 69:24, 77:4, 77:7, 81:17, 82:6, 83:18, 105:23, 106:9, 109:15, 110:18, 111:1, 111:21, 113:11, 113:24, 114:1, 115:20, 115:23, 116:1, 118:7, 120:8, 120:12, 121:5, 121:12, 123:11, 123:12, 124:24, 127:17, 127:23, 128:2, 128:7, 128:10, 128:13, 129:15, 130:8, 131:11, 132:21, 133:5, 133:9, 133:11, 133:13, 134:20, 136:24, 137:17, 144:18, 145:8, 153:21, 154:11, 156:15, 156:19, 163:1, 167:25, 168:21, 168:24, 169:2, 169:5
**Honor's** [1] - 130:5
**HONORABLE** [1] - 1:15
**hospitality** [1] - 8:17
**hostess** [5] - 65:24, 65:25, 66:2, 124:22,

143:3
**hotly** [1] - 9:6
**hour** [6] - 8:6, 11:25, 12:5, 69:21, 94:24, 127:13
**hours** [39] - 8:8, 8:11, 8:12, 8:14, 8:19, 12:4, 12:6, 24:1, 24:2, 24:3, 26:3, 29:8, 68:11, 68:13, 68:17, 68:25, 69:5, 85:15, 87:9, 87:11, 87:16, 87:20, 88:20, 88:25, 94:16, 98:24, 100:21, 101:2, 101:24, 102:3, 102:6, 162:1, 164:25, 165:4, 165:5, 165:16, 165:18, 165:19
**hours'** [1] - 69:4
**house** [3] - 92:7, 92:16, 92:19
**Howard** [1] - 137:4
**HUFNAGEL** [27] - 2:4, 2:25, 3:4, 3:6, 6:25, 13:23, 14:6, 14:10, 77:7, 77:9, 77:13, 79:2, 79:18, 79:21, 79:22, 80:10, 80:14, 81:16, 100:14, 100:16, 102:20, 120:12, 123:12, 154:15, 154:17, 170:8, 170:12
**Hufnagel** [3] - 3:1, 15:8, 100:17
**human** [1] - 30:3
**hurt** [4] - 55:6, 55:15, 56:1, 57:16
**hurting** [1] - 58:13
**husband** [5] - 125:21, 125:22, 136:3, 138:23, 140:4, 140:15, 141:14, 143:7, 143:24, 146:24, 147:7, 148:3, 148:4, 153:16, 153:18
**husband's** [2] - 152:10, 152:16
**HVAC** [1] - 139:18

## I

**idea** [17] - 20:23, 27:25, 30:10, 42:9, 42:17, 44:10, 48:8, 55:22, 58:24, 59:2, 60:22, 61:25, 65:15, 65:20, 70:14, 77:1, 134:3
**identification** [10] - 74:4, 106:13, 116:6, 118:4, 122:8, 122:13, 133:24, 134:9, 134:13, 150:15
**identified** [7] - 20:2, 43:23, 74:19, 108:22, 124:11, 124:12, 124:14
**identify** [4] - 63:6, 110:12, 110:15, 152:7
**important** [1] - 15:12
**impossible** [1] - 49:7
**impression** [1] - 92:18
**improve** [1] - 139:4
**improvements** [12] - 136:22, 137:6, 137:8, 138:3, 138:5, 138:9, 138:10, 138:11, 138:15, 138:18, 138:25, 139:6
**Inc** [3] - 108:1, 108:5, 108:14
**include** [6] - 8:19, 94:15, 139:9, 139:13, 139:15, 139:18
**included** [2] - 68:25, 69:4
**Including** [1] - 75:10
**including** [5] - 9:25, 10:22, 11:1, 139:16, 140:18
**Incorporation** [1] - 110:23
**increase** [1] - 22:7
**indicate** [1] - 113:21

**indicated** [2] - 3:16, 6:23
**indicating)** [1] - 66:23
**Individually** [1] - 1:4
**individually** [2] - 111:12, 114:15
**industry** [1] - 8:17
**infant** [1] - 126:15
**information** [1] - 63:5
**informed** [1] - 10:14
**infrequently** [1] - 59:22
**ingredients** [1] - 34:10
**initial** [5] - 13:9, 13:13, 130:9, 160:2, 160:3
**initials** [8] - 114:19, 114:21, 114:25, 115:5, 115:8, 115:11, 115:14, 115:17
**inquire** [3] - 16:15, 82:16, 100:13
**inside** [4] - 38:4, 41:11, 41:13, 41:15
**instance** [4] - 67:1, 109:11, 134:12, 145:6
**instructed** [1] - 168:11
**instruction** [1] - 90:5
**instructions** [5] - 34:24, 35:3, 36:7, 36:9, 36:13
**intend** [1] - 155:4
**intent** [1] - 167:14
**interact** [1] - 61:15
**interaction** [1] - 73:7
**interest** [9] - 4:10, 5:5, 49:1, 116:15, 131:17, 132:15, 143:20, 144:1, 144:5
**Internal** [1] - 122:19
**interpreter** [8] - 15:25, 16:3, 45:19, 45:22, 46:2, 82:4, 156:20, 157:2
**INTERPRETER** [29] - 16:1, 16:10, 18:19, 35:1, 39:13, 39:16, 39:21, 41:20, 45:16, 47:10, 52:23, 54:2, 55:2, 64:17, 64:20, 65:13, 67:7, 77:11, 77:20, 79:17, 80:9, 82:7, 83:18, 84:20, 88:16, 91:3, 94:14, 156:24, 157:4
**interpreter's** [1] - 16:9
**interrogatories** [1] - 63:6
**interrupt** [1] - 162:24
**interrupts** [1] - 129:21
**interview** [1] - 88:12
**interviewed** [1] - 10:3
**introduced** [1] - 77:14
**inventory** [1] - 11:11
**invest** [2] - 138:22, 153:20
**invested** [4] - 15:8, 138:6, 138:20, 157:22
**investment** [2] - 9:15, 136:18
**investor** [10] - 9:13, 13:15, 13:16, 14:13, 15:16, 126:4, 138:16, 142:24, 145:18
**involve** [1] - 69:8
**involved** [11] - 13:25, 14:2, 14:16, 20:7, 50:21, 136:13, 136:15, 142:11, 142:18, 150:1, 158:3
**involvement** [2] - 14:17, 161:25
**IRS** [4] - 134:4, 134:9, 134:13, 150:4
**Islip** [1] - 1:23
**issue** [4] - 4:18, 64:5, 113:23, 123:25
**issuing** [1] - 14:25

**item** [1] - 128:7
**items** [2] - 62:18, 128:3
**itself** [1] - 11:18

## J

**jacket** [3] - 18:20, 19:8, 19:24
**JAMES** [1] - 2:4
**Janet** [6] - 8:6, 49:10, 75:11, 82:3, 82:13, 165:6
**JANET** [4] - 1:3, 82:13, 83:1, 170:9
**January** [13] - 12:24, 76:25, 122:14, 122:15, 123:2, 132:12, 132:23, 132:24, 132:25, 133:25, 134:4, 134:7, 149:2
**jar** [9] - 44:5, 44:7, 44:9, 44:20, 44:24, 45:7, 143:5, 143:7, 143:9
**job** [8] - 17:17, 58:1, 69:8, 73:9, 101:12, 101:13, 101:17, 124:19
**jobs** [1] - 97:3
**John** [1] - 107:22
**join** [1] - 168:14
**joined** [1] - 96:8
**Juarez** [15] - 2:13, 2:18, 15:21, 16:14, 70:3, 95:17, 159:15, 159:17, 160:5, 160:13, 161:10, 161:19, 164:19, 164:25, 167:3
**JUAREZ** [3] - 1:3, 17:1, 170:5
**Juarez's** [2] - 161:13, 161:22, 162:1, 162:9
**JUDGE** [1] - 1:16
**judgment** [1] - 118:12
**June** [15] - 9:3, 12:23, 12:24, 40:24, 88:6, 88:8, 94:10, 94:11, 97:17, 97:19, 97:21, 99:19, 99:25, 153:1

## K

**Kalyvas** [3] - 149:19, 149:21, 149:23
**Karanasos** [4] - 62:20, 64:7, 65:14, 124:4
**KARL** [1] - 1:24
**Karl** [1] - 2:21
**KARRAS** [4] - 1:11, 105:1, 170:15, 170:19
**Karras** [19] - 2:22, 8:2, 13:15, 43:14, 62:20, 104:9, 104:13, 104:14, 104:22, 107:7, 111:11, 114:15, 118:11, 118:25, 119:17, 124:8, 124:18, 125:4, 125:7
**KARRAS-POLLATOS** [4] - 1:11, 105:1, 170:15, 170:19
**Karras-Pollatos** [8] - 2:22, 8:2, 13:15, 104:13, 104:14, 104:22, 111:11, 114:15
**keep** [7] - 9:3, 27:12, 39:2, 39:8, 113:14, 148:20, 149:12
**kept** [5] - 9:1, 11:5, 11:8, 39:3
**key** [6] - 44:5, 44:7, 44:9, 143:5, 143:7, 143:9
**keys** [1] - 44:10

**kids** [2] - 126:13, 136:1
**killing** [1] - 127:20
**kind** [4] - 36:9, 75:25, 156:21, 157:15
**Kissena** [1] - 1:19
**kitchen** [31] - 24:10, 24:11, 45:4, 45:5, 46:3, 46:8, 46:10, 46:11, 46:25, 47:3, 47:6, 47:24, 47:25, 53:6, 53:9, 53:10, 59:9, 70:6, 70:7, 71:5, 75:13, 75:15, 79:14, 84:16, 89:22, 98:8, 102:7, 139:15, 161:15, 164:14, 164:23
**kitchens** [1] - 75:16
**knife** [5] - 55:16, 55:24, 57:17, 58:14, 58:25
**knowledge** [7] - 30:8, 51:22, 55:20, 65:18, 92:6, 134:10, 143:25
**known** [7] - 8:3, 17:7, 20:15, 43:13, 84:18, 90:7, 134:4
**Konstantin** [3] - 159:20, 159:25, 163:20
**Konstantinos** [13] - 8:2, 17:11, 21:13, 90:7, 104:3, 119:1, 128:4, 128:16, 128:17, 130:2, 153:4, 158:9, 167:7
**KONSTANTINOS** [1] - 1:12

## L

**L-O-P-E-Z** [1] - 16:11
**labor** [1] - 11:23
**Labor** [1] - 68:7
**lack** [1] - 11:3
**lady** [1] - 43:17
**large** [1] - 75:22
**last** [16] - 13:8, 24:12, 35:1, 62:23, 64:25, 76:22, 97:18, 116:11, 118:15, 124:11, 130:15, 130:24, 131:25, 132:8, 144:21
**Last** [1] - 67:7
**late** [1] - 151:22
**law** [3] - 8:17, 11:23, 12:12
**Law** [1] - 68:7
**LAW** [4] - 1:19, 39:17, 41:4, 106:1
**lawrence** [1] - 3:8
**LAWRENCE** [1] - 2:5
**Lawrence** [1] - 4:7
**laws** [2] - 11:25, 94:24
**lawsuit** [5] - 118:24, 119:5, 119:8, 119:18, 124:18
**lawyer** [3] - 6:20, 112:1, 168:10
**lay** [2] - 52:18, 52:20
**leading** [2] - 165:24, 166:1
**Leading** [1] - 132:9
**learn** [5] - 11:24, 29:18, 30:1, 85:24, 86:2
**learned** [2] - 80:3, 153:18
**Lease** [1] - 107:25
**lease** [2] - 108:1, 110:4
**leased** [1] - 137:3
**least** [4] - 9:16, 11:16, 31:3, 131:7
**leave** [13] - 25:5, 28:17, 29:10, 29:12, 33:9, 33:10, 33:19, 48:1, 61:14, 71:10, 86:4, 101:5, 123:15
**leaving** [2] - 65:11, 65:13

**ledgers** [1] - 148:23
**left** [17] - 13:5, 13:6, 14:18, 27:23, 28:19, 28:20, 28:24, 34:7, 40:10, 60:17, 65:22, 69:4, 94:10, 99:5, 163:22
**legal** [3] - 142:2, 145:9, 145:11
**legitimate** [1] - 142:5
**length** [1] - 66:22
**Less** [1] - 42:20
**less** [15] - 25:25, 28:25, 43:10, 43:11, 60:4, 60:8, 60:9, 61:2, 61:10, 61:11, 61:21, 89:3, 97:8, 98:5, 98:13
**letter** [8] - 3:14, 3:16, 3:23, 4:4, 4:20, 129:25, 130:1
**liability** [3] - 128:3, 128:15, 134:25
**Liberatos** [5] - 78:8, 78:10, 102:12, 102:16, 161:3
**lie** [1] - 15:4
**light** [1] - 20:10
**limited** [4] - 128:3, 128:15, 134:25, 167:10
**line** [2] - 111:11, 114:15
**lined** [1] - 101:13
**link** [1] - 92:15
**liquidated** [1] - 12:11
**list** [12] - 5:16, 5:18, 62:15, 62:24, 108:24, 128:21, 129:2, 129:3, 129:13, 129:25, 130:4, 130:9
**living** [1] - 136:5
**LLC** [34] - 1:8, 2:14, 9:13, 11:18, 108:2, 111:10, 111:12, 111:17, 112:8, 112:11, 112:13, 114:14, 114:16, 116:15, 116:21, 122:13, 122:17, 122:25, 123:1, 125:15, 128:18, 133:25, 134:4, 134:7, 134:10, 134:14, 134:17, 149:24, 150:2, 150:7, 151:9, 156:9, 157:10, 167:19
**loans** [5] - 140:17, 140:22, 146:25, 147:3, 147:6
**location** [2] - 71:23, 130:16
**locked** [1] - 44:5
**Loi** [3] - 77:22, 84:16, 84:17
**look** [8] - 22:12, 55:25, 61:18, 63:16, 89:22, 131:21, 147:24, 149:10
**looking** [3] - 83:12, 83:15, 84:1
**loose** [1] - 66:21
**Lopez** [3] - 16:10, 39:14, 45:14
**louder** [1] - 14:6, 77:12
**low** [2] - 49:24, 50:4
**lower** [1] - 48:6
**lowered** [3] - 48:5, 48:7, 49:6
**Luis** [1] - 16:10
**LUIS** [1] - 16:10
**lunch** [9] - 62:1, 63:16, 69:20, 98:16, 98:19, 98:22, 98:23, 99:1, 164:12
**Lunch** [1] - 98:18

## M

**ma'am** [1] - 111:14
**Magnetic** [2] - 161:7

**mail** [1] - 2:8
**main** [1] - 45:9
**major** [2] - 158:5, 164:13
**Majority** [1] - 35:18
**man** [3] - 18:22, 56:1, 84:5
**managed** [4] - 128:4, 128:15, 135:1, 164:3
**management** [3] - 11:12, 13:6, 13:7
**manager** [7] - 128:17, 128:18, 135:2, 135:10, 135:15
**March** [27] - 12:21, 12:22, 24:18, 28:14, 28:23, 28:24, 70:16, 72:4, 72:9, 72:21, 72:24, 73:6, 83:23, 86:11, 90:18, 90:21, 90:25, 91:6, 99:19, 99:24, 101:9, 101:10, 126:18, 130:10, 130:23, 153:8, 161:18
**MARCO** [3] - 1:3, 17:1, 170:5
**Marco** [19] - 8:6, 15:20, 16:14, 40:9, 83:16, 83:17, 83:19, 84:4, 84:5, 95:17, 95:19, 95:22, 96:15, 96:18, 98:4, 159:14, 159:25, 164:17
**Marcos** [1] - 40:10
**Maria** [63] - 2:22, 8:2, 10:16, 10:20, 13:14, 43:13, 43:14, 43:20, 43:23, 44:7, 44:11, 47:21, 48:1, 49:5, 49:10, 49:14, 49:15, 54:16, 54:18, 55:3, 62:19, 65:2, 65:18, 65:24, 65:25, 67:25, 73:23, 74:4, 74:20, 74:23, 75:3, 77:22, 84:16, 84:17, 89:8, 90:9, 90:11, 90:23, 90:24, 91:5, 91:23, 92:10, 92:18, 92:22, 99:15, 99:21, 100:2, 104:9, 104:13, 104:14, 104:22, 107:7, 111:11, 114:15, 118:5, 118:11, 118:25, 119:17, 124:8, 124:18, 125:4
**MARIA** [4] - 1:10, 105:1, 170:15, 170:19
**mark** [1] - 18:15
**marked** [10] - 40:1, 106:12, 110:24, 111:5, 114:3, 116:5, 118:3, 119:16, 122:7, 150:15
**marks** [2] - 67:1, 67:2
**mask** [7] - 19:1, 43:17, 73:24, 99:16, 127:20, 129:23, 165:7
**matter** [3] - 14:16, 31:25, 124:6
**matters** [1] - 168:8
**meals** [1] - 13:17
**mean** [11] - 38:11, 63:9, 65:4, 89:21, 97:10, 98:18, 103:18, 107:9, 111:18, 151:18, 162:24
**means** [9] - 25:10, 35:9, 68:3, 79:19, 87:23, 112:12, 146:7, 146:22, 151:15
**meant** [1] - 68:22
**meat** [1] - 36:17
**Mechala** [1] - 75:11
**mechanism** [1] - 11:7
**Mediterranean** [2] - 137:5, 137:7
**meet** [4] - 54:18, 77:10, 77:18, 77:19
**meeting** [11] - 21:19, 21:22, 22:3, 22:15, 23:23, 159:21, 159:22, 160:1, 160:2, 160:3, 160:8
**member** [8] - 112:13, 112:17, 113:2, 113:3, 122:17, 122:25, 134:4, 134:7

**members** [2] - 112:21, 167:18
**memorandum** [1] - 157:25
**memorialize** [1] - 116:14
**memorialized** [1] - 14:14
**memorializes** [1] - 116:20
**memory** [2] - 146:16, 146:17
**mention** [1] - 96:3
**mentioned** [10] - 11:21, 38:1, 38:18, 43:10, 49:21, 51:17, 95:25, 96:2, 96:10, 158:3
**menu** [1] - 22:12
**merely** [1] - 130:24
**mess** [1] - 71:10
**met** [4] - 85:23, 86:3, 86:5, 159:18
**Mexican** [1] - 71:25
**Mexico** [1] - 71:25
**Michael** [33] - 3:2, 3:9, 8:3, 20:2, 60:11, 60:15, 60:17, 83:12, 83:19, 118:25, 119:6, 120:18, 121:3, 122:17, 128:4, 128:16, 130:1, 134:3, 143:23, 143:25, 144:6, 144:7, 145:2, 145:5, 145:14, 145:19, 153:4, 157:23, 158:8, 159:24, 159:25, 167:7
**MICHAEL** [4] - 1:11, 121:3, 122:1, 170:17
**Michael's** [1] - 144:22
**microphone** [2] - 15:23, 69:16
**microphones** [1] - 14:4
**mid** [2] - 66:24, 66:25
**midday** [1] - 57:25
**middle** [3] - 40:10, 53:21, 53:23
**might** [3] - 69:15, 159:20, 164:21
**Mike** [48] - 17:11, 19:6, 19:7, 19:18, 19:20, 19:23, 20:4, 20:25, 22:9, 22:19, 29:24, 30:7, 31:8, 31:9, 31:15, 33:13, 34:1, 34:14, 34:21, 35:20, 36:6, 36:7, 36:9, 36:12, 60:23, 67:24, 73:5, 77:10, 77:14, 78:5, 79:6, 79:7, 79:11, 81:11, 86:16, 89:8, 89:10, 89:12, 89:17, 89:19, 89:25, 95:1, 100:25, 103:16, 152:25, 153:10, 153:14
**Mike's** [1] - 152:21
**mind** [3] - 50:12, 69:17, 124:12
**mine** [3] - 80:6, 105:19, 105:22
**minimal** [1] - 14:17
**minority** [1] - 35:19
**minute** [5] - 31:25, 49:22, 100:7, 105:14, 129:16
**minutes** [1] - 62:5
**Mischaracterizes** [1] - 96:17
**missed** [2] - 4:2, 4:21
**missing** [1] - 89:23
**misunderstanding** [3] - 6:12, 6:16, 45:21
**MKP** [7] - 114:23, 115:3, 115:5, 115:8, 115:11, 115:14, 115:17
**moment** [4] - 43:16, 123:14, 154:15, 156:12
**moments** [1] - 125:8
**Monday** [2] - 4:6, 85:11

**Mondays** [1] - 54:14
**Money** [1] - 140:23
**money** [50] - 10:21, 13:15, 14:21, 26:4, 26:8, 27:2, 27:3, 28:2, 39:5, 41:12, 41:13, 41:15, 42:25, 44:3, 44:13, 44:20, 44:24, 45:6, 45:7, 54:22, 58:10, 58:21, 88:10, 93:1, 96:23, 126:4, 138:6, 138:16, 138:20, 138:22, 142:24, 146:5, 146:7, 146:22, 146:23, 146:25, 147:4, 147:9, 147:11, 147:16, 147:20, 148:5, 148:8, 148:11, 148:17, 151:21, 151:22, 153:20, 154:3, 157:22
**monitor** [3] - 39:13, 39:14, 41:3
**month** [13] - 21:24, 24:15, 24:17, 28:17, 28:19, 38:9, 62:23, 72:23, 73:15, 76:22, 80:23, 97:18, 97:21
**months** [40] - 12:22, 13:3, 24:14, 29:16, 29:25, 37:17, 52:7, 52:9, 52:11, 52:13, 60:18, 64:25, 74:11, 74:12, 74:13, 74:15, 74:17, 74:20, 74:21, 74:23, 76:9, 76:15, 79:10, 79:12, 81:3, 126:19, 137:6, 159:4, 159:6, 161:17, 162:8, 162:17, 162:18, 163:10, 163:12, 163:16, 163:18, 163:21
**morning** [14] - 2:17, 2:20, 2:25, 25:4, 31:22, 33:8, 34:7, 34:23, 54:14, 71:21, 85:19, 98:18, 100:22, 168:8
**mornings** [1] - 71:22
**MORRISON** [28] - 2:2, 2:5, 3:8, 3:12, 3:17, 3:19, 3:24, 4:2, 4:16, 4:21, 5:7, 6:18, 15:7, 15:11, 15:14, 81:20, 100:12, 102:22, 103:2, 103:10, 105:17, 105:23, 120:13, 121:5, 168:11, 168:15, 169:6, 170:13
**Morrison** [7] - 3:1, 3:7, 3:8, 3:11, 4:7, 6:15
**mortar** [1] - 71:25
**most** [10] - 30:13, 31:6, 33:8, 46:5, 60:25, 73:16, 80:2, 87:5, 89:18, 89:21
**mostly** [5] - 31:21, 33:8, 44:1, 60:25, 71:22
**mother** [2] - 126:14, 142:19
**motion** [2] - 118:12, 119:18
**move** [2] - 6:8, 15:23
**moved** [1] - 40:18
**MR** [336] - 2:17, 2:20, 2:24, 2:25, 3:4, 3:6, 3:8, 3:12, 3:17, 3:19, 3:24, 4:2, 4:16, 4:21, 5:7, 5:9, 5:12, 5:17, 5:22, 6:2, 6:5, 6:11, 6:14, 6:18, 6:25, 7:3, 7:6, 7:10, 7:15, 7:17, 7:21, 7:24, 12:16, 13:23, 14:6, 14:10, 15:7, 15:11, 15:14, 15:20, 15:23, 16:16, 16:19, 17:6, 18:1, 18:24, 20:14, 21:8, 23:21, 23:22, 27:8, 28:7, 31:1, 32:1, 33:4, 33:6, 33:11, 34:5, 37:25, 39:11, 39:14, 39:18, 40:1, 40:18, 40:22, 41:2, 41:5, 45:14, 45:17, 45:21, 45:25, 46:13, 46:16, 46:20, 48:14, 48:17, 48:19, 48:22, 49:4, 49:11, 49:15, 49:20, 50:6, 50:8, 51:16, 52:10, 52:17, 53:18, 54:1, 54:3, 54:4, 55:12, 57:1, 59:3, 62:5,

62:7, 62:9, 62:14, 62:17, 62:23, 62:25, 63:4, 63:14, 63:17, 64:4, 64:7, 64:9, 64:19, 64:23, 67:8, 69:10, 69:13, 69:17, 69:22, 69:24, 70:2, 71:19, 71:20, 73:13, 73:15, 76:10, 77:4, 77:7, 77:9, 77:13, 79:2, 79:18, 79:21, 79:22, 80:10, 80:11, 80:14, 81:16, 81:20, 81:23, 82:3, 82:6, 83:6, 83:21, 84:11, 85:22, 86:15, 89:20, 91:17, 93:7, 94:2, 95:10, 95:13, 96:17, 96:20, 97:11, 98:2, 98:6, 99:14, 100:5, 100:10, 100:12, 100:14, 100:16, 101:14, 102:13, 102:17, 102:20, 102:22, 103:2, 103:10, 104:2, 104:5, 104:9, 104:13, 104:15, 105:6, 105:14, 105:17, 105:18, 105:21, 105:22, 105:23, 105:25, 106:2, 106:4, 106:6, 106:9, 106:11, 107:9, 107:10, 107:12, 107:14, 107:15, 108:18, 108:20, 108:22, 108:25, 109:3, 109:10, 109:14, 110:5, 110:11, 110:14, 110:17, 110:21, 111:1, 111:3, 111:21, 111:23, 112:6, 113:5, 113:7, 113:10, 113:19, 113:23, 114:1, 115:20, 115:22, 116:1, 116:3, 117:2, 118:2, 118:7, 118:21, 119:11, 119:14, 119:24, 120:2, 120:8, 120:12, 120:13, 120:18, 121:5, 121:9, 122:6, 123:3, 123:6, 123:11, 123:12, 123:20, 123:24, 124:3, 124:10, 124:15, 124:20, 124:24, 125:1, 125:4, 125:12, 127:16, 127:20, 127:23, 127:25, 128:7, 128:9, 128:13, 128:24, 129:2, 129:6, 129:9, 129:11, 129:15, 129:19, 129:24, 130:8, 130:21, 131:2, 131:10, 131:13, 132:9, 132:21, 133:5, 133:9, 133:13, 133:17, 133:20, 134:20, 134:22, 136:24, 137:13, 137:17, 142:1, 142:6, 144:18, 145:8, 146:2, 150:10, 150:12, 150:14, 151:12, 151:20, 151:25, 152:3, 152:5, 152:18, 153:21, 154:8, 154:11, 154:12, 154:15, 154:17, 154:20, 154:22, 155:1, 155:5, 156:6, 156:15, 156:19, 156:25, 157:6, 157:9, 160:23, 162:6, 163:1, 163:2, 165:8, 165:24, 166:1, 167:2, 167:25, 168:11, 168:15, 168:21, 168:24, 169:2, 169:5, 169:6, 170:6, 170:7, 170:8, 170:10, 170:11, 170:12, 170:13, 170:14, 170:16, 170:18, 170:20, 170:21, 170:23
**mumbling** [1] - 129:22
**must** [2] - 4:2, 4:21
**mute** [1] - 64:18

## N

**name** [28] - 16:9, 16:10, 16:13, 17:12, 18:2, 18:4, 18:18, 19:6, 20:8, 20:14, 38:21, 38:22, 39:23, 40:9, 47:20, 51:4, 66:1, 67:7, 82:12, 100:17, 103:14, 104:21, 121:2, 122:24, 124:11,

155:13, 161:3, 164:16
**named** [11] - 10:7, 10:8, 10:16, 59:4, 101:22, 103:11, 103:19, 125:15, 156:9, 159:14, 165:6
**names** [1] - 101:23
**Napolitano** [1] - 107:22
**nature** [3] - 132:5, 163:11, 164:15
**near** [1] - 23:23
**necessarily** [1] - 145:11
**necessary** [1] - 85:2
**need** [7] - 31:24, 53:1, 76:18, 98:4, 116:3, 145:6, 147:16
**needed** [16] - 35:21, 63:6, 89:23, 140:23, 145:15, 146:5, 146:7, 146:22, 146:23, 147:5, 147:9, 147:11, 147:20, 148:5, 148:8, 158:5
**needs** [1] - 82:4
**Never** [14] - 55:18, 94:22, 127:3, 127:6, 127:8, 127:10, 127:12, 127:15, 142:21, 143:2, 143:4, 143:6, 143:10, 143:13
**never** [41] - 11:4, 13:18, 13:19, 15:17, 26:8, 37:12, 37:20, 37:24, 39:3, 43:9, 44:13, 47:4, 55:4, 58:2, 64:11, 67:3, 70:14, 75:5, 95:25, 96:10, 98:7, 124:6, 124:21, 126:7, 129:12, 136:10, 142:17, 145:17, 145:21, 148:2, 148:7, 148:25, 149:13, 149:15, 149:18, 149:25, 150:3, 153:19
**NEW** [1] - 1:1
**new** [9] - 62:14, 62:25, 70:5, 77:24, 99:2, 132:6, 140:18, 142:10, 142:14
**New** [7] - 1:5, 2:3, 68:6, 80:3, 84:18, 137:4, 150:4
**next** [15] - 3:2, 12:22, 16:20, 38:13, 38:14, 56:10, 82:2, 82:17, 104:23, 117:7, 121:14, 137:6, 151:3, 155:16, 160:6
**Next** [1] - 59:9
**nice** [1] - 168:14
**Nick** [3] - 78:8, 102:12, 161:7
**night** [6] - 44:6, 58:17, 58:20, 85:20, 148:4
**nighttime** [1] - 56:9, 57:2, 57:3
**Nikolis** [1] - 161:7
**nine** [1] - 25:4
**Nineteen** [1] - 119:25
**nobody** [1] - 97:3
**none** [4] - 6:14, 8:7, 11:5, 40:13
**normal** [1] - 57:24
**notary** [5] - 107:3, 107:8, 107:22, 137:22, 137:25
**note** [3] - 109:6, 128:1, 130:10
**notes** [1] - 69:18
**nothing** [2] - 14:20, 154:8
**Nothing** [4] - 69:10, 95:10, 104:5, 123:6
**notice** [1] - 4:14
**noticed** [1] - 75:5
**notices** [4] - 8:23, 11:22, 68:5, 94:23
**nowhere** [1] - 130:3

**number** [15] - 26:3, 39:24, 40:3, 68:10, 106:5, 114:4, 118:23, 122:13, 123:1, 126:17, 127:19, 128:23, 133:24, 134:10, 134:13
**Number** [2] - 114:4, 118:24
**NY** [3] - 1:20, 1:23, 2:3

## O

**o'clock** [25] - 25:4, 25:5, 33:16, 33:18, 33:21, 34:7, 34:24, 62:2, 85:12, 85:13, 87:2, 87:3, 87:6, 98:25, 99:5, 99:7, 101:4, 101:6, 165:21, 169:4
**oath** [1] - 125:8
**object** [3] - 108:20, 109:13, 129:11
**Objection** [12] - 46:13, 46:16, 48:14, 49:11, 50:8, 52:17, 76:10, 96:17, 98:6, 142:1, 142:6, 145:8
**objection** [12] - 48:15, 49:3, 80:11, 102:17, 109:14, 109:20, 129:6, 129:7, 129:18, 130:17, 142:3, 153:21
**objections** [7] - 10:17, 109:1, 109:4, 109:8, 109:11, 109:21, 151:13
**observe** [13] - 21:10, 52:19, 52:22, 54:16, 54:25, 55:3, 67:14, 67:17, 92:24, 101:19, 140:12, 140:14, 140:16
**observed** [3] - 9:14, 18:14, 59:17
**obtain** [5] - 142:10, 143:17, 143:19, 146:25, 147:16
**obtained** [11] - 138:23, 140:17, 140:22, 141:21, 142:14, 143:19, 144:1, 144:10, 146:25, 147:3, 147:6
**obviously** [1] - 138:14
**occasions** [1] - 10:25
**occur** [1] - 164:9
**occurred** [3] - 12:20, 97:21, 163:7
**October** [12] - 17:22, 17:24, 21:5, 21:25, 24:15, 24:16, 70:15, 72:4, 72:9, 107:6, 107:11, 107:12
**OF** [2] - 1:1, 1:15
**offered** [2] - 11:2, 12:8
**office** [1] - 4:9
**officer** [1] - 108:16
**official** [1] - 2:7
**often** [17] - 31:8, 31:12, 36:2, 38:8, 44:17, 60:5, 60:15, 60:17, 61:21, 74:5, 74:9, 91:25, 92:2, 99:21, 100:19, 158:22, 160:24
**old** [2] - 126:19
**older** [3] - 55:16, 58:14, 58:25
**once** [12] - 27:9, 43:1, 60:8, 60:20, 60:23, 61:10, 71:15, 87:2, 92:3, 158:15, 158:17, 168:22
**Once** [2] - 38:9, 99:23
**one** [58] - 3:15, 3:22, 9:2, 9:7, 14:24, 19:7, 19:9, 20:4, 21:24, 26:19, 26:23, 27:19, 28:4, 28:16, 30:9, 31:2, 31:10, 36:21, 38:10, 45:13, 46:5, 46:18, 46:22, 50:14, 51:10, 59:10, 60:25, 61:7, 65:7, 71:21, 72:16, 73:2, 73:18, 84:20, 87:11, 88:16, 90:12, 102:8,

102:9, 102:22, 112:24, 114:21, 116:21, 116:22, 124:15, 128:20, 130:4, 141:21, 142:24, 145:23, 151:3, 154:15, 163:22, 164:13, 164:16
**One** [7] - 38:9, 39:21, 52:25, 62:9, 98:24, 127:17
**one-third** [4] - 112:24, 116:21, 116:22
**one-tour** [1] - 30:9
**ones** [1] - 21:1
**open** [19] - 2:12, 7:20, 7:21, 23:5, 23:7, 23:11, 26:5, 27:2, 28:13, 33:1, 42:12, 45:3, 45:4, 72:20, 77:24, 81:12, 95:20, 125:25, 162:8
**opened** [34] - 12:21, 14:15, 22:5, 23:13, 27:2, 27:9, 28:23, 29:4, 29:7, 29:15, 36:19, 54:5, 59:10, 68:2, 72:24, 73:6, 73:14, 79:10, 86:11, 87:9, 125:18, 126:18, 138:24, 144:7, 153:8, 158:18, 159:4, 159:10, 161:9, 161:11, 161:14, 161:17, 163:16, 165:20
**opening** [16] - 7:9, 7:13, 7:18, 13:9, 13:13, 29:8, 29:19, 29:20, 52:11, 52:13, 81:2, 125:24, 136:21, 137:5, 139:11, 157:15
**operate** [2] - 149:3, 167:14
**operated** [4] - 9:13, 9:20, 130:15, 130:24
**operating** [9] - 9:16, 13:3, 135:13, 141:20, 144:10, 144:13, 144:15, 145:1, 157:24
**operation** [8] - 13:2, 13:4, 158:11, 159:12, 163:17, 164:15, 164:18, 167:12
**operations** [7] - 73:1, 126:6, 142:18, 158:13, 163:4, 164:3, 165:14
**operators** [3] - 136:14, 157:24, 158:16
**opposing** [2] - 64:9, 124:5
**order** [20] - 8:18, 8:24, 9:9, 38:22, 41:7, 41:10, 41:19, 41:22, 41:25, 62:9, 130:1, 130:3, 130:5, 130:6, 130:9, 130:11, 137:7, 138:18, 145:5, 145:14
**ordered** [1] - 6:6
**orders** [1] - 35:25
**Organization** [2] - 111:17, 112:8
**organization** [5] - 113:1, 113:2, 113:3, 127:18, 134:17
**organized** [1] - 112:11
**original** [1] - 167:4
**otherwise** [3] - 8:20, 14:25, 79:15
**ourselves** [1] - 29:21
**outside** [3] - 58:4, 58:11, 58:18
**overhaul** [1] - 158:5
**Overruled** [7] - 96:21, 101:15, 102:18, 142:8, 145:10, 153:22, 166:2
**overruled** [1] - 50:10
**overtime** [3] - 8:20, 12:4, 68:21
**own** [2] - 79:25, 167:19
**owned** [3] - 116:21, 168:3, 168:4
**owner** [9] - 14:22, 20:23, 71:12, 89:13, 89:16, 89:17, 108:10, 141:24, 154:5

**owners** [2] - 81:14, 132:6
**ownership** [5] - 81:10, 116:15, 143:20, 144:1, 144:5
**owning** [1] - 157:20
**owns** [1] - 159:20

## P

**P-O-D-A-R-A-S** [1] - 67:8
**P-U-E-B-L-A** [1] - 51:18
**P.C** [2] - 1:22, 2:21
**p.m** [11] - 25:5, 29:11, 29:13, 33:12, 33:17, 70:24, 87:21, 98:21, 100:24, 169:7
**PAGE** [1] - 170:3
**page** [41] - 16:20, 30:15, 32:3, 56:10, 63:18, 78:12, 82:17, 104:23, 105:8, 106:19, 106:22, 106:24, 107:4, 107:24, 111:3, 114:12, 114:18, 114:25, 115:1, 115:5, 115:6, 115:8, 115:9, 115:11, 115:12, 115:15, 115:18, 116:7, 116:11, 116:19, 116:24, 117:7, 118:15, 121:14, 131:25, 132:8, 144:21, 145:25, 150:24, 155:16, 166:5
**Page** [1] - 131:23
**paid** [67] - 8:9, 8:13, 11:1, 12:4, 22:5, 22:11, 22:18, 23:8, 23:16, 25:12, 25:14, 25:19, 26:2, 26:6, 26:23, 27:9, 27:11, 27:19, 28:9, 28:10, 29:2, 36:19, 36:22, 36:23, 36:25, 37:3, 37:12, 38:1, 41:10, 41:19, 41:22, 43:8, 43:10, 43:12, 44:3, 48:10, 50:15, 58:6, 65:5, 65:10, 67:3, 72:8, 72:17, 79:4, 79:5, 86:22, 88:15, 88:17, 89:3, 89:4, 93:8, 94:5, 95:23, 96:10, 96:15, 96:19, 97:6, 97:12, 97:15, 97:25, 98:5, 141:17, 147:14, 151:8, 151:22, 167:3
**paper** [29] - 29:1, 29:5, 38:23, 38:24, 39:2, 39:4, 39:8, 39:19, 39:20, 39:22, 40:8, 40:11, 40:24, 41:6, 41:9, 41:25, 42:4, 42:7, 86:22, 86:24, 94:18, 105:24
**papers** [2] - 41:18, 41:21
**paperwork** [1] - 61:14
**Paragraph** [1] - 140:21
**paragraph** [13] - 116:19, 116:24, 137:2, 137:15, 139:20, 139:22, 140:10, 141:1, 142:13, 146:4, 147:3, 149:1, 153:3
**paragraphs** [1] - 137:13
**Pardon** [3] - 46:15, 50:10, 110:13
**pardon** [2] - 5:11, 7:16
**parentheses** [2] - 108:1, 108:2
**PARISI** [1] - 2:6
**Parkview** [1] - 159:18
**Parkway** [1] - 159:19
**part** [5] - 11:16, 35:1, 110:25, 154:6, 167:12
**participate** [1] - 6:6
**particular** [5] - 22:18, 47:6, 68:10,

91:19, 114:23
**parties** [1] - 2:15
**partners** [1] - 138:23
**partnership** [1] - 163:5
**passive** [2] - 9:13, 15:15
**past** [1] - 4:6
**Pause** [3] - 129:17, 154:16, 165:10
**pay** [67] - 8:20, 10:21, 11:7, 12:6, 13:11, 22:16, 22:22, 22:24, 23:10, 25:16, 26:10, 26:14, 26:24, 27:3, 27:21, 28:2, 36:20, 37:4, 37:5, 37:7, 37:8, 37:19, 37:23, 38:23, 39:1, 41:10, 41:25, 42:25, 47:15, 48:9, 48:12, 54:23, 55:1, 55:3, 64:24, 65:2, 65:8, 68:25, 69:4, 72:14, 81:7, 88:10, 88:19, 88:23, 89:6, 89:8, 93:10, 94:3, 94:16, 94:18, 94:19, 94:21, 97:14, 135:12, 135:13, 139:3, 146:7, 146:23, 147:6, 147:9, 147:12, 147:17, 148:18, 150:7, 151:21, 162:15
**paychecks** [1] - 14:25
**payday** [2] - 40:24, 58:5
**paying** [11] - 26:21, 28:4, 37:19, 48:4, 52:15, 92:4, 96:2, 96:23, 124:22, 147:1, 161:25
**payment** [5] - 9:2, 41:7, 149:16, 149:24, 150:4
**people** [17] - 36:3, 45:12, 46:11, 49:12, 50:17, 50:25, 51:3, 58:3, 61:18, 63:7, 71:13, 71:14, 73:4, 75:16, 77:23, 95:23, 164:19
**per** [15] - 8:12, 22:24, 24:3, 25:24, 26:6, 27:10, 30:2, 33:14, 43:8, 43:11, 60:24, 68:14, 88:13, 89:3, 89:5
**perform** [2] - 73:12, 161:20
**performed** [2] - 70:4, 71:3
**perhaps** [1] - 5:1
**period** [50] - 12:21, 12:23, 13:8, 13:12, 15:2, 15:9, 15:16, 22:23, 24:7, 24:12, 24:21, 24:24, 25:1, 25:9, 25:12, 25:14, 25:20, 26:7, 26:11, 26:15, 27:11, 28:10, 29:19, 57:22, 60:4, 71:19, 71:20, 71:24, 72:2, 72:6, 72:8, 72:15, 73:1, 73:12, 73:17, 80:20, 91:21, 98:13, 98:16, 98:19, 98:23, 99:1, 99:24, 140:17, 140:21, 160:25, 161:18
**periods** [2] - 98:14, 98:19
**permit** [2] - 63:13, 109:23
**person** [22] - 47:6, 49:8, 50:3, 55:7, 58:14, 59:1, 63:3, 64:12, 72:25, 73:16, 73:25, 74:5, 74:16, 74:18, 74:19, 74:22, 99:21, 124:7, 159:14, 165:6
**personal** [1] - 168:1
**Personally** [1] - 122:21
**personally** [4] - 107:7, 127:4, 127:7, 138:11
**phase** [12] - 12:19, 13:1, 13:9, 13:13, 14:1, 22:4, 23:3, 23:4, 23:9, 23:13, 79:3, 158:4
**phases** [1] - 12:18
**Philip** [2] - 149:19, 149:21
**phonetic** [1] - 75:11

**physically** [2] - 65:8, 66:2
**pick** [1] - 158:25
**piece** [7] - 29:1, 29:4, 41:9, 42:4, 42:7, 86:22, 86:24
**pieces** [1] - 19:19
**place** [21] - 14:14, 20:24, 21:23, 23:16, 23:17, 43:2, 48:13, 50:7, 53:19, 54:8, 57:18, 57:21, 58:13, 58:15, 71:10, 72:3, 77:21, 83:22, 90:3, 142:20, 164:18
**placing** [1] - 142:10
**plaintiff** [5] - 7:8, 64:11, 84:7, 121:5, 126:25
**Plaintiff** [2] - 123:20, 129:14
**plaintiffs** [11] - 5:3, 7:1, 8:22, 9:25, 10:22, 11:1, 11:3, 12:10, 64:10, 124:6
**Plaintiffs** [2] - 1:6, 1:19
**Plaintiffs'** [24] - 40:21, 109:24, 111:5, 113:9, 115:25, 117:5, 118:20, 119:13, 120:1, 122:8, 123:5, 127:22, 150:16, 151:19, 171:4, 171:6, 171:8, 171:10, 171:12, 171:14, 171:16, 171:18, 171:20, 171:22
**plaintiffs'** [10] - 8:3, 8:18, 9:5, 9:11, 11:16, 11:20, 109:8, 121:8, 133:7, 156:13
**plate** [1] - 20:18
**plates** [1] - 19:19
**pleas** [1] - 9:23
**pleases** [1] - 131:3
**PLLC** [2] - 1:19, 2:2
**plus** [1] - 92:4
**Podaras** [3] - 67:6, 159:23, 164:16
**point** [18] - 5:16, 9:6, 9:20, 14:18, 37:15, 60:5, 62:9, 97:5, 97:8, 138:24, 150:22, 157:23, 158:24, 163:11, 163:12, 163:19, 163:25, 164:4
**pointed** [1] - 158:11
**pointing** [1] - 18:19
**police** [1] - 55:20
**Pollatos** [69] - 1:22, 2:22, 8:2, 9:2, 9:7, 9:10, 9:12, 9:19, 9:20, 10:4, 10:6, 10:7, 10:11, 10:13, 10:15, 10:22, 10:24, 11:9, 11:12, 12:2, 13:7, 13:14, 13:15, 14:2, 19:4, 20:8, 20:13, 20:14, 20:25, 21:9, 43:13, 43:23, 62:20, 73:7, 73:8, 73:11, 74:4, 99:15, 104:13, 104:14, 104:22, 105:7, 109:10, 109:11, 111:11, 114:15, 116:5, 118:3, 118:11, 118:25, 124:11, 124:15, 124:19, 125:5, 125:7, 125:13, 125:23, 129:19, 129:25, 130:12, 131:16, 135:20, 136:3, 155:6, 155:14, 156:7
**POLLATOS** [7] - 1:10, 1:11, 105:1, 156:1, 170:15, 170:19, 170:22
**Pollatos'** [2] - 62:21, 119:17
**Pollatoses** [1] - 14:13
**portion** [1] - 11:23
**position** [5] - 4:9, 80:15, 101:20, 142:23, 153:13
**positions** [1] - 46:24

**positive** [1] - 22:7
**possess** [1] - 145:15
**possessed** [1] - 9:24
**possession** [1] - 150:21
**possible** [1] - 160:12
**possibly** [3] - 24:1, 43:13, 107:6
**Possibly** [1] - 139:10
**posted** [7] - 10:12, 54:10, 54:13, 68:5, 94:23, 101:24
**posting** [1] - 54:16
**power** [4] - 9:23, 9:25, 10:2, 10:5
**pre** [1] - 113:12
**pre-accepted** [1] - 113:12
**precisely** [2] - 57:20, 135:9
**prefer** [1] - 7:12
**preparation** [1] - 150:1
**prepare** [2] - 29:21, 75:14
**prepares** [1] - 67:11
**present** [7] - 21:10, 41:18, 41:21, 53:17, 57:13, 85:3, 141:13
**presented** [1] - 41:6
**presumably** [1] - 5:19
**presumption** [1] - 8:16
**pretrial** [8] - 4:5, 9:9, 109:3, 129:25, 130:3, 130:6, 130:9, 130:11
**pretty** [1] - 63:2
**previously** [3] - 63:9, 130:7, 144:16
**price** [1] - 21:21
**principal** [1] - 46:3
**pro** [4] - 109:16, 109:18, 109:19, 130:12
**problem** [5] - 5:7, 5:9, 5:12, 5:19, 64:17
**procedural** [1] - 113:10
**proceed** [4] - 4:8, 7:12, 7:13, 69:24
**proceeded** [2] - 157:18, 157:24
**proceeding** [2] - 109:21, 157:11
**proceedings** [2] - 129:17, 154:24
**Proceedings** [2] - 2:9, 100:9
**process** [2] - 157:17, 157:20
**produced** [8] - 2:9, 11:8, 129:12, 129:14, 130:7, 150:18
**proffer** [1] - 131:1
**profitable** [1] - 148:20
**profitably** [1] - 149:3
**progressed** [2] - 22:6, 24:2
**promise** [2] - 37:23, 42:13
**promised** [11] - 11:3, 12:7, 22:14, 23:1, 26:6, 26:21, 27:10, 28:9, 42:13, 43:6, 97:24
**prompted** [1] - 60:21
**promptly** [1] - 169:4
**pronounce** [1] - 18:4
**pronouns** [1] - 36:11
**proof** [1] - 8:24
**properties** [2] - 154:3, 154:5
**property** [12] - 136:22, 137:6, 138:4, 138:9, 138:10, 138:11, 138:15, 138:19, 139:1, 139:4, 139:7, 160:24
**proposed** [1] - 109:8
**protecting** [1] - 136:18
**prove** [2] - 11:21, 11:23

14

**provided** [1] - 80:1
**proving** [1] - 11:24
**proximity** [1] - 65:7
**Puebla** [1] - 51:18
**pull** [1] - 15:12
**purchase** [4] - 128:25, 130:2, 130:25, 131:20
**purpose** [11] - 18:11, 104:10, 115:20, 120:19, 125:24, 130:18, 137:4, 157:13, 159:8, 160:1, 167:18
**purposes** [10] - 12:18, 106:13, 110:24, 111:6, 114:3, 116:6, 122:8, 130:14, 157:11, 161:17
**pursuant** [2] - 4:5, 130:4
**put** [17] - 14:21, 35:5, 38:4, 42:21, 70:5, 70:9, 70:10, 71:8, 90:3, 110:20, 127:16, 128:19, 128:21, 129:4, 130:9, 139:3, 142:22
**putting** [1] - 24:10

**Q**

**qualified** [1] - 167:22
**quality** [1] - 21:10
**quarter** [5] - 150:7, 150:25, 151:3, 151:9, 151:23
**quarterly** [1] - 151:2
**questioning** [2] - 113:15, 156:14
**questions** [20] - 77:4, 81:16, 100:5, 102:20, 103:10, 110:9, 112:1, 113:13, 120:6, 123:10, 131:6, 131:11, 132:21, 133:6, 133:7, 133:12, 154:14, 154:17, 162:5, 167:25
**quick** [1] - 102:22
**quit** [3] - 10:20, 57:4, 101:12
**quite** [3] - 129:14, 133:9, 135:22
**quote** [5] - 139:22, 140:21, 142:13, 149:1, 153:4
**quote/unquote** [1] - 159:1

**R**

**raise** [6] - 9:8, 16:2, 16:4, 43:6, 82:8, 155:9
**Raise** [2] - 104:17, 120:22
**ran** [7] - 9:15, 13:2, 13:4, 135:22, 144:7, 163:17
**range** [1] - 8:12
**rank** [2] - 47:8, 47:14
**rare** [1] - 69:8
**rate** [4] - 25:19, 42:12, 49:5, 88:17
**rather** [1] - 113:2
**reach** [1] - 114:6
**read** [5] - 128:1, 128:9, 128:11, 137:15, 146:19
**reading** [1] - 137:12
**ready** [2] - 64:20, 100:13
**real** [1] - 168:5
**reality** [1] - 11:13
**really** [13] - 7:25, 9:18, 15:3, 102:8, 110:2, 136:1, 136:14, 143:21, 147:7,

151:18, 154:2, 154:3
**reason** [1] - 88:23
**rebut** [1] - 8:16
**rebuttal** [1] - 123:21
**recalled** [1] - 120:5
**receipt** [1] - 94:21
**receive** [8] - 40:25, 41:7, 41:25, 42:21, 94:18, 122:19, 149:14, 151:14
**received** [21] - 14:20, 40:20, 40:21, 94:18, 97:8, 109:24, 113:8, 113:9, 115:25, 117:4, 117:5, 118:19, 118:20, 119:12, 119:13, 119:25, 120:1, 123:4, 123:5, 151:17, 151:19
**recess** [5] - 31:25, 32:2, 62:1, 69:18, 100:7
**Recess** [1] - 100:8
**recipes** [3] - 79:25, 80:4
**recognize** [15] - 39:20, 39:22, 40:15, 106:14, 111:6, 114:6, 114:9, 116:9, 118:13, 119:2, 119:4, 119:20, 122:10, 133:22, 150:16
**recollection** [8] - 9:4, 108:3, 132:11, 134:1, 151:5, 153:6, 163:6, 165:16
**recommend** [1] - 47:5
**record** [22] - 9:1, 11:7, 16:8, 16:13, 20:1, 20:12, 43:22, 68:3, 72:3, 74:3, 82:12, 83:14, 87:23, 99:15, 104:21, 121:2, 128:1, 128:10, 131:7, 131:9, 134:18, 155:13
**recorded** [1] - 2:9
**recording** [2] - 11:6, 25:10
**records** [7] - 8:8, 11:6, 147:24, 148:23, 149:10, 149:12
**recount** [1] - 49:18
**recounted** [1] - 48:11
**recounting** [1] - 49:2
**redirect** [3] - 81:22, 103:24, 154:11
**REDIRECT** [2] - 104:1, 170:14
**redoing** [1] - 139:18
**reduce** [1] - 10:16
**refer** [1] - 40:2
**reference** [1] - 20:13
**referring** [17] - 17:14, 18:17, 18:25, 20:9, 21:13, 28:8, 29:23, 34:10, 40:10, 41:16, 42:24, 67:20, 68:6, 68:14, 84:6, 91:19, 91:20
**refers** [3] - 40:23, 40:24, 107:25
**reflect** [6] - 20:1, 20:12, 43:22, 74:3, 99:15, 113:2
**reflected** [1] - 134:25
**reflects** [1] - 151:7
**refresh** [5] - 108:3, 132:11, 134:1, 151:5, 153:6
**refrigerator** [2] - 59:9, 71:7
**refrigerators** [2] - 71:7, 139:16
**regarding** [5] - 4:6, 94:24, 149:16, 149:23, 149:24
**regardless** [1] - 109:19
**register** [7] - 65:19, 90:12, 90:13, 92:14, 92:15, 99:10, 99:12

**Regularly** [1] - 76:5
**regularly** [1] - 79:12
**rehiring** [1] - 140:18
**related** [2] - 63:11, 167:11
**relationship** [2] - 20:19, 73:9
**Relevance** [2] - 101:14, 102:13
**relevance** [3] - 50:9, 110:7, 153:21
**relevancy** [2] - 109:7, 109:8
**relevant** [1] - 130:14
**rely** [1] - 167:14
**remain** [1] - 16:17
**remainder** [1] - 5:23
**remained** [1] - 140:11
**remedies** [1] - 12:11
**remember** [37] - 18:4, 28:19, 34:13, 53:20, 54:19, 54:24, 56:5, 59:24, 65:17, 66:1, 66:3, 68:1, 76:24, 80:23, 81:1, 87:19, 97:15, 101:11, 101:23, 103:15, 103:16, 125:7, 146:18, 147:21, 148:12, 148:14, 148:16, 149:9, 150:20, 150:23, 153:7, 154:2, 154:4, 154:7, 159:3, 160:10
**remind** [2] - 67:23, 137:19
**remove** [1] - 165:7
**renovation** [1] - 158:6
**rent** [1] - 140:23
**reopen** [3] - 140:18, 140:22, 147:4
**repeat** [8] - 25:22, 55:12, 67:16, 74:21, 80:25, 116:17, 145:13, 159:9
**rephrase** [3] - 79:18, 79:20, 79:21
**replacements** [1] - 10:18
**replacing** [2] - 139:13, 139:15
**replying** [1] - 4:25
**report** [1] - 55:20
**Reporter** [2] - 2:6, 2:7
**reporter** [1] - 129:21
**represent** [1] - 5:5
**represented** [1] - 11:18
**request** [2] - 30:8, 130:5
**requires** [1] - 11:24
**reserve** [4] - 120:4, 120:8, 123:8, 131:4
**Reserve** [1] - 123:20
**respect** [8] - 13:1, 49:11, 49:12, 64:5, 70:9, 76:6, 90:24, 113:13, 123:25, 156:14, 160:5
**respectively** [1] - 135:2
**respond** [1] - 50:16
**response** [2] - 10:20, 96:5
**responsibility** [3] - 92:20, 92:22, 92:24
**responsible** [3] - 14:24, 98:8, 102:9
**responsibly** [1] - 6:21
**rest** [1] - 104:11
**Restated** [2] - 111:16, 112:7
**restated** [1] - 134:17
**restating** [1] - 156:20
**restaurant** [182] - 11:7, 12:19, 12:21, 12:24, 14:13, 14:15, 17:7, 20:20, 22:5, 22:6, 24:2, 27:9, 28:13, 28:23, 29:4, 29:7, 29:15, 30:13, 31:5, 33:8, 33:19, 33:23, 34:6, 34:14, 34:16, 34:18,

34:23, 36:19, 42:12, 42:16, 43:1, 43:15, 43:24, 45:3, 45:4, 45:5, 48:1, 51:10, 51:13, 54:20, 55:18, 55:21, 59:20, 60:12, 60:23, 60:24, 61:1, 61:2, 61:3, 62:21, 63:2, 65:21, 68:2, 68:6, 68:9, 68:21, 68:24, 69:3, 70:11, 70:12, 70:16, 72:20, 72:24, 73:1, 73:6, 73:14, 74:7, 75:21, 75:24, 76:7, 76:23, 77:22, 77:24, 79:7, 79:10, 79:11, 81:10, 81:12, 83:8, 85:18, 86:11, 87:8, 89:24, 90:1, 90:14, 90:16, 91:18, 91:19, 91:20, 92:4, 94:24, 95:2, 95:20, 97:11, 99:1, 99:2, 100:19, 100:25, 101:7, 101:12, 101:20, 101:25, 103:13, 125:19, 125:25, 126:9, 126:11, 126:18, 126:22, 127:1, 127:2, 127:5, 132:13, 132:15, 132:16, 132:19, 132:20, 133:1, 135:23, 136:2, 136:12, 136:14, 136:17, 136:21, 137:5, 137:8, 138:5, 138:6, 138:23, 138:24, 139:23, 140:1, 140:3, 140:5, 140:8, 140:11, 140:12, 140:14, 140:16, 141:2, 141:5, 141:6, 142:11, 142:19, 142:23, 143:1, 144:7, 144:8, 144:9, 145:17, 153:5, 153:8, 153:11, 153:15, 153:18, 153:20, 157:14, 157:15, 157:21, 158:5, 158:15, 158:18, 158:20, 158:22, 159:4, 159:7, 159:8, 159:10, 160:14, 161:9, 161:11, 161:14, 161:17, 162:8, 164:4, 164:6, 165:17, 165:19, 167:9, 167:23, 168:2
**restaurant's** [1] - 11:11
**restauranteurs** [1] - 12:2
**restaurants** [5] - 47:12, 80:2, 80:3, 86:17, 167:23
**rests** [1] - 123:20
**resume** [4] - 62:2, 62:6, 64:2, 169:8
**resumed** [1] - 100:9
**resumes** [1] - 64:15
**retained** [1] - 109:20
**retiling** [1] - 139:9
**return** [2] - 52:16, 151:2
**reunion** [1] - 21:18
**Revenue** [1] - 122:19
**review** [2] - 119:8, 131:19
**revisit** [1] - 123:25
**rights** [1] - 167:19
**Rita** [12] - 67:6, 67:24, 75:12, 75:18, 77:18, 77:19, 77:20, 77:22, 159:23, 164:16, 164:20, 164:22
**Rita's** [2] - 75:12, 80:6
**role** [20] - 13:18, 14:19, 75:12, 126:1, 126:3, 126:5, 143:22, 158:1, 158:2, 158:9, 158:14, 158:17, 158:19, 161:13, 162:7, 162:8, 162:14, 163:12, 163:15
**roles** [1] - 13:10
**room** [2] - 70:9, 70:10
**Rosa** [5] - 62:20, 64:7, 65:14, 124:4, 124:11
**RPR** [1] - 2:6

**run** [2] - 140:8, 167:20
**running** [2] - 72:25, 167:8
**Russo** [1] - 130:1

## S

**S-I-D-E-R-A-K-I-S** [1] - 121:4
**safe** [1] - 164:2
**sake** [1] - 21:9
**salad** [1] - 84:24
**salads** [4] - 47:1, 56:6, 84:25, 98:8
**salaries** [3] - 8:13, 8:18, 97:4
**salary** [26] - 9:2, 9:4, 10:14, 10:15, 12:7, 21:21, 22:2, 22:5, 22:6, 22:7, 38:3, 42:12, 42:18, 48:5, 48:6, 48:7, 49:24, 50:4, 68:10, 68:17, 68:19, 68:25, 69:4, 88:13, 94:15, 127:13
**sale** [3] - 14:21, 132:6, 132:12
**SANCHEZ** [3] - 1:3, 17:1, 170:5
**sanchez** [1] - 8:10
**Sanchez** [15] - 2:13, 2:18, 8:6, 8:8, 9:2, 10:3, 10:7, 12:3, 12:6, 15:21, 16:14, 17:7, 64:24, 130:22, 159:15
**Sanchez's** [2] - 10:14, 10:17
**sandwich** [1] - 21:21
**sardines** [1] - 20:18
**sat** [1] - 21:19
**Saturday** [2] - 85:14, 87:18
**Saturdays** [2] - 79:5, 87:14
**Saunders** [5] - 3:10, 3:17, 3:20, 4:3, 4:22
**sauté** [1] - 75:20
**saved** [1] - 42:11
**saw** [18] - 38:22, 43:24, 44:13, 54:19, 55:4, 71:15, 73:20, 73:25, 74:16, 74:22, 75:3, 75:5, 91:22, 99:10, 99:12, 99:17
**scars** [1] - 67:2
**scene** [1] - 118:6
**scenes** [1] - 13:16
**schedule** [15] - 23:24, 29:7, 29:18, 30:1, 54:10, 54:16, 61:20, 61:22, 61:23, 61:24, 85:7, 86:2, 101:24, 161:22, 161:23
**schedules** [5] - 10:12, 13:11, 13:20, 61:18, 127:11
**Schweitzer** [1] - 2:18
**SCHWEITZER** [185] - 1:21, 2:17, 5:9, 5:12, 5:17, 5:22, 6:2, 6:5, 6:11, 6:14, 7:3, 7:10, 7:15, 7:17, 7:24, 15:20, 15:23, 16:16, 16:19, 17:6, 18:1, 18:24, 21:8, 23:21, 23:22, 27:8, 28:7, 31:1, 32:1, 33:4, 33:6, 33:11, 34:5, 37:25, 39:11, 39:14, 39:18, 40:1, 40:18, 40:22, 41:2, 41:5, 45:14, 45:17, 45:21, 45:25, 46:13, 46:16, 46:20, 48:17, 48:19, 49:4, 49:20, 50:6, 51:16, 52:10, 53:18, 54:4, 57:1, 59:3, 62:5, 62:23, 63:4, 64:19, 64:23, 67:8, 69:10, 71:19, 73:13, 76:10, 80:11, 81:23, 82:3, 82:6, 83:6, 83:21, 84:11, 85:22, 86:15,

89:20, 91:17, 93:7, 94:2, 95:10, 96:17, 96:20, 98:6, 101:14, 102:13, 102:17, 104:2, 104:5, 104:9, 104:13, 104:15, 105:6, 105:14, 105:18, 105:21, 105:25, 106:4, 106:6, 106:9, 106:11, 107:10, 107:12, 107:15, 108:18, 108:22, 108:25, 109:3, 109:10, 110:5, 110:11, 110:14, 110:17, 110:21, 111:1, 111:3, 111:21, 111:23, 112:6, 113:5, 113:7, 114:1, 115:22, 116:1, 116:3, 117:2, 118:2, 118:7, 118:21, 119:11, 119:14, 119:24, 120:2, 120:18, 121:9, 122:6, 123:3, 123:6, 123:20, 124:10, 124:20, 129:11, 129:15, 129:19, 129:24, 130:21, 132:9, 133:9, 133:13, 133:17, 133:20, 134:20, 134:22, 136:24, 137:13, 137:17, 144:18, 146:2, 150:10, 150:12, 150:14, 151:12, 152:10, 151:25, 152:3, 152:5, 152:18, 154:8, 154:12, 154:20, 154:22, 155:1, 156:15, 165:8, 165:24, 166:1, 170:6, 170:10, 170:14, 170:16, 170:18, 170:21
**scope** [1] - 71:3
**Scope** [1] - 102:13
**screen** [7] - 39:11, 41:2, 105:11, 105:15, 110:21, 118:8, 128:20
**se** [4] - 109:16, 109:18, 109:19, 130:12
**seated** [8] - 7:11, 16:17, 82:11, 99:13, 104:20, 121:1, 155:12, 156:13
**seating** [1] - 158:12
**seats** [1] - 75:21
**second** [7] - 18:6, 21:22, 106:24, 115:5, 159:21, 160:3, 162:13
**secondhand** [1] - 48:25
**security** [4] - 27:13, 27:18, 27:23, 27:24
**security-type** [1] - 27:18
**see** [37] - 18:12, 21:2, 44:11, 45:4, 46:18, 55:25, 74:5, 74:8, 74:9, 74:19, 77:25, 84:3, 84:12, 89:22, 90:13, 91:5, 91:12, 91:24, 92:2, 94:23, 95:3, 99:21, 100:2, 101:1, 105:12, 118:6, 128:8, 139:22, 139:24, 141:15, 142:16, 142:17, 149:4, 149:5, 159:12, 169:3
**seeing** [1] - 68:5
**seeking** [1] - 121:6
**sell** [1] - 35:14
**send** [1] - 36:3
**SENIOR** [1] - 1:16
**separately** [1] - 49:14
**Separately** [1] - 49:17
**September** [1] - 130:12
**serious** [1] - 154:23
**served** [1] - 18:11
**servers** [3] - 44:12, 54:25, 92:7
**service** [2] - 154:20, 154:22
**Service** [1] - 122:20
**services** [1] - 82:4
**SESSION** [1] - 64:1
**set** [8] - 9:6, 13:11, 13:19, 14:7, 114:18,

127:13, 161:22
**sets** [1] - 112:10
**setting** [5] - 49:13, 161:25, 162:7, 162:9, 162:14
**Seven** [1] - 76:17
**seven** [13] - 24:23, 29:16, 30:1, 63:4, 76:8, 76:18, 114:4, 159:6, 163:10, 163:12, 163:15, 163:18, 163:20
**Seventeen** [1] - 118:19
**Several** [1] - 110:11
**several** [2] - 110:12, 110:14
**share** [7] - 39:11, 44:6, 98:4, 105:11, 112:24, 141:21
**shared** [1] - 98:5
**sharing** [3] - 41:2, 41:3, 44:11
**sheet** [3] - 25:10, 68:3, 87:22
**shelves** [1] - 71:8
**shirt** [1] - 19:1
**short** [8] - 15:2, 15:9, 15:16, 38:4, 38:5, 38:6, 88:21, 97:23
**shortchanged** [1] - 11:2
**shorter** [1] - 66:16
**shortfalls** [2] - 11:4, 97:21
**shortly** [2] - 81:2, 91:9
**shoulder** [1] - 66:10
**Shoulder** [1] - 66:22
**show** [16] - 5:22, 9:24, 10:1, 10:5, 10:10, 10:21, 11:10, 63:10, 92:3, 105:7, 105:8, 106:7, 110:17, 121:10, 129:5, 130:24
**showed** [1] - 13:16
**showing** [16] - 110:24, 114:3, 116:5, 118:3, 118:10, 118:23, 119:16, 122:7, 130:15, 133:21, 137:1, 144:15, 144:21, 146:4, 150:15, 152:6
**Showing** [1] - 111:5
**shown** [1] - 133:15
**shows** [3] - 10:13, 130:22, 130:25
**shut** [1] - 91:20
**side** [2] - 13:25, 70:21
**SIDERAKIS** [4] - 1:11, 7:6, 122:1, 170:17
**Siderakis** [58] - 2:2, 3:2, 3:9, 7:5, 7:7, 8:3, 9:8, 9:10, 9:15, 9:17, 10:13, 10:15, 10:24, 11:10, 12:1, 13:2, 13:4, 13:5, 13:24, 13:25, 14:12, 14:18, 15:8, 15:16, 20:3, 21:1, 21:10, 109:7, 112:20, 116:15, 116:22, 118:25, 119:19, 120:10, 120:19, 121:3, 121:7, 121:10, 122:7, 122:17, 128:4, 128:16, 130:2, 134:3, 135:1, 135:4, 141:10, 142:4, 143:14, 153:4, 154:13, 158:8, 159:25, 163:15, 167:7, 167:11, 169:1
**Siderakis'** [1] - 10:19
**Siderakis's** [1] - 163:12
**sign** [14] - 25:10, 38:23, 38:25, 41:6, 41:10, 41:18, 41:21, 41:25, 42:1, 42:4, 68:3, 87:22, 94:21, 108:8
**sign-in** [3] - 25:10, 68:3, 87:22
**signature** [29] - 39:7, 39:23, 40:4, 40:5,

40:16, 106:16, 106:18, 106:21, 106:25, 107:18, 108:22, 109:25, 110:1, 111:8, 111:11, 111:14, 113:17, 113:21, 114:12, 114:15, 116:12, 118:16, 119:22, 121:11, 131:23, 131:25, 137:20, 144:16, 144:22
**signatures** [1] - 121:6
**signed** [12] - 38:24, 39:2, 39:4, 39:8, 40:7, 42:2, 42:7, 132:22, 132:23, 132:25, 144:13, 146:20
**significance** [1] - 84:17
**signing** [1] - 107:21
**Siklas** [54] - 2:2, 3:3, 3:11, 3:20, 4:9, 4:15, 4:17, 5:1, 5:4, 5:10, 5:13, 8:2, 8:3, 9:8, 9:10, 9:15, 9:17, 10:8, 10:13, 12:1, 13:2, 13:4, 13:6, 15:6, 15:8, 17:14, 21:14, 104:3, 109:7, 112:20, 116:16, 116:22, 119:1, 119:19, 120:11, 128:5, 128:16, 128:17, 130:2, 135:1, 135:7, 141:11, 142:4, 143:14, 153:5, 154:14, 159:19, 159:20, 159:25, 163:20, 167:7, 167:12, 168:10, 169:1
**SIKLAS** [1] - 1:12
**Siklas's** [3] - 5:5, 10:19, 158:9
**Silverberg** [6] - 2:21, 12:15, 69:12, 110:22, 146:13
**SILVERBERG** [101] - 1:22, 1:24, 2:20, 2:24, 7:21, 12:16, 20:14, 48:14, 48:22, 49:11, 49:15, 50:8, 52:17, 54:1, 54:3, 55:12, 62:7, 62:9, 62:14, 62:17, 62:25, 63:14, 63:17, 64:4, 64:7, 64:9, 69:13, 69:17, 69:22, 69:24, 70:2, 71:20, 73:15, 77:4, 95:13, 97:11, 98:2, 99:14, 100:5, 100:10, 105:22, 106:2, 107:9, 107:14, 108:20, 109:14, 113:10, 113:19, 113:23, 115:20, 120:8, 123:11, 123:24, 124:3, 124:15, 124:24, 125:1, 125:4, 125:12, 127:16, 127:20, 127:23, 127:25, 128:7, 128:9, 128:13, 128:24, 129:2, 129:6, 129:9, 130:8, 131:2, 131:10, 131:13, 132:21, 133:5, 142:1, 142:6, 145:8, 153:21, 154:11, 155:5, 156:6, 156:19, 156:25, 157:6, 157:9, 160:23, 162:6, 163:1, 163:2, 167:2, 167:25, 168:21, 168:24, 169:2, 169:5, 170:7, 170:11, 170:20, 170:23
**Silverberg's** [1] - 105:18
**similar** [1] - 120:19
**similarly** [1] - 1:5
**single** [4] - 8:1, 9:1, 70:19, 113:2
**sister** [2] - 62:21, 65:16
**sit** [4] - 14:8, 15:10, 69:15, 156:20
**site** [1] - 71:11
**sitting** [1] - 55:25
**situated** [1] - 1:5
**situation** [1] - 4:22
**six** [18] - 24:6, 24:25, 29:17, 30:2, 30:12, 31:3, 60:18, 70:20, 74:15, 74:17, 75:22, 85:8, 85:15, 111:2, 112:10,

126:19, 128:3, 137:6
**Six** [4] - 71:1, 113:6, 113:8, 127:24
**sixth** [2] - 115:17, 128:7
**skills** [2] - 84:19, 84:21
**slightly** [1] - 81:13
**slipping** [1] - 124:12
**slow** [1] - 165:22
**slowdown** [1] - 99:7
**slowly** [1] - 128:11
**small** [7] - 45:4, 47:24, 53:6, 70:21, 75:24, 76:7, 135:25
**soda** [1] - 59:10
**sodas** [2] - 59:9, 59:11
**sold** [6] - 14:20, 131:16, 132:15, 144:4, 154:3, 154:5
**sole** [8] - 9:9, 11:7, 112:17, 126:23, 126:24, 129:24, 141:24, 167:18
**someone** [5] - 55:24, 57:17, 58:14, 59:4, 62:18, 103:11, 135:15
**sometime** [2] - 21:25, 28:20
**sometimes** [24] - 25:4, 25:25, 26:18, 26:19, 31:9, 35:16, 35:22, 38:4, 38:6, 38:12, 41:23, 54:15, 60:8, 61:16, 71:9, 72:16, 85:18, 85:20, 87:5, 88:21, 92:3, 148:4
**Sometimes** [8] - 35:16, 35:20, 35:22, 38:7, 54:11, 54:12, 61:16, 72:16
**son** [1] - 126:19
**sons** [1] - 56:1
**soon** [2] - 23:5, 29:21
**sooner** [1] - 163:22
**Sorry** [7] - 76:14, 77:13, 98:2, 107:13, 111:4, 111:25, 112:3
**sorry** [41] - 3:17, 3:19, 3:24, 4:21, 15:11, 25:8, 25:22, 27:15, 34:15, 45:16, 45:18, 46:9, 48:18, 49:16, 49:22, 62:11, 65:12, 65:14, 76:3, 83:14, 89:15, 90:15, 90:21, 96:14, 100:6, 107:12, 118:23, 124:11, 128:13, 129:18, 137:12, 146:3, 146:16, 148:16, 154:21, 156:15, 156:18, 162:3, 162:12, 162:24, 165:25
**sort** [1] - 12:17
**space** [2] - 137:3, 137:7
**Spanish** [1] - 45:24
**speaking** [2] - 4:10, 14:1
**special** [9] - 11:11, 11:12, 19:19, 35:11, 35:15, 35:17, 35:21, 35:24
**specials** [1] - 35:8
**specialties** [3] - 17:18, 17:19, 76:21
**specialty** [2] - 67:11, 75:14
**specific** [1] - 124:21
**specifically** [1] - 57:11
**spell** [4] - 82:11, 104:20, 121:1, 155:12
**spend** [1] - 34:6
**spent** [1] - 70:23
**spice** [1] - 76:21
**spoken** [1] - 14:12
**spread** [3] - 8:12, 8:20, 12:5
**spring** [2] - 53:24, 54:3

**Spring** [3] - 53:25, 54:2, 54:3
**staff** [24] - 11:13, 44:1, 44:4, 62:19, 139:23, 140:7, 140:15, 140:19, 140:23, 141:3, 142:10, 142:14, 146:6, 146:7, 146:22, 146:23, 147:1, 147:5, 147:6, 147:9, 147:12, 147:14, 147:17, 151:21
**stake** [1] - 142:5
**stand** [12] - 64:2, 64:15, 73:23, 80:13, 99:14, 99:15, 102:15, 120:21, 125:6, 155:7, 155:8, 165:9
**standing** [1] - 3:2
**standpoint** [1] - 113:11
**Starbucks** [5] - 21:20, 23:18, 23:23, 43:3, 78:5
**start** [8] - 17:20, 25:2, 29:10, 52:3, 60:5, 68:12, 78:4, 87:6
**started** [18] - 52:5, 52:12, 57:25, 60:16, 60:23, 61:2, 61:10, 74:12, 74:13, 74:14, 78:7, 79:7, 87:2, 101:9, 158:15, 162:11, 165:13, 168:2
**State** [1] - 68:6
**state** [8] - 2:15, 16:12, 82:11, 99:4, 104:20, 121:1, 140:10, 155:12
**statement** [9] - 7:9, 7:13, 7:18, 48:17, 48:19, 48:22, 48:24, 49:1, 107:8
**statements** [1] - 107:4
**states** [2] - 63:1, 122:25
**STATES** [2] - 1:1, 1:16
**States** [1] - 1:5
**Statewide** [3] - 108:1, 108:5, 108:14
**status** [1] - 47:8
**stay** [4] - 100:23, 101:6, 126:14, 142:19
**stay-at-home** [2] - 126:14, 142:19
**stayed** [1] - 28:22
**steaks** [1] - 56:6
**stenography** [1] - 2:9
**step** [7] - 15:22, 62:12, 81:25, 100:10, 104:6, 120:14, 123:13
**stepped** [1] - 163:19
**steps** [6] - 62:13, 120:15, 123:18, 138:8, 138:18, 157:20
**still** [7] - 5:9, 5:12, 41:3, 54:6, 56:5, 61:21, 165:13
**stipulate** [2] - 115:22, 121:7
**stock** [1] - 71:7
**stopped** [11] - 9:19, 48:4, 59:19, 60:11, 60:14, 79:7, 95:1, 95:3, 153:5, 153:10, 153:14
**store** [1] - 164:11
**story** [1] - 13:24
**stove** [4] - 24:11, 47:2, 71:5, 139:16
**straight** [1] - 74:23
**Street** [1] - 2:3
**strike** [3] - 52:20, 96:14, 162:6
**stuff** [1] - 108:21
**submit** [1] - 5:23
**submitted** [1] - 128:21
**submitting** [1] - 4:3
**substituted** [2] - 3:20, 5:1

**substitution** [1] - 4:17
**success** [1] - 43:1
**sued** [1] - 135:9
**sufficient** [1] - 131:1
**suggesting** [2] - 5:25, 6:2
**Suite** [2] - 1:19, 1:23
**summary** [1] - 118:12
**summer** [1] - 53:24
**Sunday** [2] - 85:11, 85:14
**Sundays** [1] - 87:20
**supervise** [1] - 127:9
**supervised** [1] - 13:19
**supervising** [1] - 102:10
**supervisory** [1] - 13:10
**supplies** [1] - 140:23
**support** [3] - 118:11, 119:17, 119:18
**supports** [1] - 9:3
**suppose** [1] - 5:14
**supposed** [8] - 8:13, 21:2, 38:3, 42:21, 70:7, 88:22, 102:3, 116:24
**surprised** [1] - 4:18
**survive** [1] - 50:14
**sustain** [1] - 142:3
**Sustained** [1] - 76:12
**sustained** [1] - 48:16
**swear** [3] - 16:6, 138:3, 138:12
**swearing** [1] - 137:10
**sweater** [2] - 18:22, 18:25
**sweatshirt** [1] - 20:10
**swing** [1] - 105:23
**switch** [1] - 31:10
**swore** [1] - 137:22
**sworn** [6] - 16:3, 16:5, 82:9, 104:18, 120:23, 155:10
**sworn/affirmed** [5] - 17:3, 83:3, 105:3, 122:3, 156:3

**T**

**table** [4] - 15:24, 19:2, 43:18, 110:22
**tables** [1] - 75:22
**talks** [2] - 97:3, 158:10
**tall** [2] - 66:5, 66:12
**task** [1] - 62:21
**tasks** [5] - 34:24, 35:3, 35:7, 35:23, 36:7, 36:9, 36:13, 73:12, 90:5
**taste** [1] - 35:13
**tasting** [2] - 35:24, 160:4
**tattoos** [1] - 67:2
**Taverna** [23] - 9:13, 9:20, 11:15, 17:8, 17:17, 17:20, 18:8, 51:8, 51:12, 51:22, 51:24, 59:6, 67:12, 80:4, 80:16, 80:18, 80:19, 83:8, 84:1, 88:5, 95:16, 126:4, 157:11
**TAVERNA** [2] - 1:9, 1:10
**taverna** [1] - 95:16
**tax** [2] - 148:23, 151:2
**Taxation** [1] - 150:5
**taxes** [4] - 149:17, 149:24, 150:1, 150:4
**Telephone** [1] - 2:7

**ten** [6] - 12:5, 24:1, 24:3, 85:15, 153:4, 153:14
**Tenant** [1] - 106:22
**Tenenbaum** [2] - 3:1, 3:9
**TENENBAUM** [1] - 2:2
**terminated** [3] - 54:8, 65:23, 101:20
**termination** [1] - 52:22
**Termination** [2] - 52:23, 52:24
**terms** [4] - 4:11, 24:17, 28:17, 112:10
**test** [5] - 17:22, 18:12, 19:10, 20:5, 21:16
**testified** [10] - 17:3, 26:10, 62:17, 63:9, 70:20, 83:3, 105:3, 122:3, 149:1, 156:3
**testify** [1] - 153:13
**testimony** [11] - 4:12, 5:2, 12:25, 16:6, 63:11, 64:14, 120:7, 130:22, 138:13, 152:25, 159:14
**THE** [590] - 1:15, 2:13, 2:15, 2:23, 3:3, 3:5, 3:10, 3:14, 3:18, 3:22, 3:25, 4:3, 4:20, 5:5, 5:11, 5:14, 5:19, 5:25, 6:4, 6:8, 6:12, 6:15, 6:19, 7:1, 7:5, 7:7, 7:11, 7:16, 7:19, 7:23, 12:14, 13:22, 14:4, 14:7, 15:5, 15:10, 15:12, 15:18, 15:22, 15:25, 16:1, 16:2, 16:4, 16:6, 16:8, 16:10, 16:12, 16:14, 16:15, 16:18, 17:24, 17:25, 18:16, 18:18, 18:19, 18:20, 18:22, 19:6, 19:7, 19:9, 19:12, 19:13, 19:15, 19:16, 19:18, 19:20, 19:22, 19:23, 19:25, 20:1, 20:6, 20:7, 20:8, 20:9, 20:11, 20:12, 20:16, 20:19, 20:21, 20:22, 20:23, 20:25, 21:4, 21:5, 21:6, 21:7, 22:22, 22:24, 22:25, 23:2, 23:3, 23:5, 23:8, 23:10, 23:12, 23:14, 23:15, 23:18, 23:20, 26:9, 26:12, 26:14, 26:16, 26:17, 26:18, 26:20, 26:22, 26:24, 27:1, 27:4, 27:6, 27:7, 27:15, 27:17, 27:21, 27:23, 27:24, 27:25, 28:1, 28:3, 28:6, 30:11, 30:13, 31:2, 31:4, 31:5, 31:7, 31:8, 31:9, 31:12, 31:14, 31:15, 31:17, 31:18, 31:19, 31:20, 31:21, 31:23, 33:2, 33:10, 34:1, 34:3, 34:4, 35:1, 35:9, 35:10, 35:12, 35:13, 36:5, 36:6, 37:7, 37:9, 37:10, 37:13, 37:14, 37:16, 37:18, 37:22, 38:5, 38:7, 38:8, 38:9, 38:11, 38:12, 39:4, 39:6, 39:13, 39:16, 39:17, 39:19, 39:21, 39:24, 40:2, 40:20, 41:4, 41:20, 43:22, 44:14, 44:16, 44:17, 44:18, 44:19, 44:21, 44:22, 44:23, 44:24, 44:25, 45:1, 45:3, 45:6, 45:8, 45:9, 45:10, 45:11, 45:12, 45:16, 45:18, 45:24, 46:1, 46:5, 46:7, 46:8, 46:9, 46:10, 46:11, 46:15, 46:18, 47:10, 48:15, 48:18, 48:21, 48:25, 49:13, 49:16, 49:17, 49:18, 49:22, 50:1, 50:3, 50:5, 50:10, 50:24, 51:2, 51:4, 51:6, 51:7, 51:8, 51:9, 51:10, 51:12, 51:14, 51:15, 51:23, 51:25, 52:1, 52:2, 52:3, 52:5, 52:6, 52:7, 52:8, 52:9, 52:18, 52:20, 52:23, 53:2,

53:4, 53:6, 53:8, 53:11, 53:13, 53:14, 53:15, 53:17, 54:2, 55:2, 55:14, 55:15, 56:7, 56:8, 57:15, 57:19, 57:20, 57:24, 58:7, 58:8, 58:9, 58:10, 58:12, 58:16, 58:17, 58:19, 58:21, 58:23, 58:24, 59:2, 60:9, 60:10, 60:15, 60:18, 62:1, 62:6, 62:8, 62:11, 62:16, 63:8, 63:16, 64:2, 64:6, 64:8, 64:13, 64:16, 64:17, 64:20, 64:21, 65:13, 66:9, 66:10, 66:12, 66:13, 66:14, 66:15, 66:16, 66:17, 67:7, 67:16, 69:11, 69:15, 69:20, 69:23, 74:3, 75:10, 76:12, 76:14, 77:5, 77:11, 77:19, 77:20, 79:16, 79:17, 79:19, 80:9, 80:13, 81:18, 81:21, 81:24, 82:2, 82:4, 82:7, 82:8, 82:10, 82:11, 82:13, 82:15, 83:17, 83:18, 83:20, 84:4, 84:5, 84:6, 84:8, 84:9, 84:20, 85:16, 85:17, 85:19, 85:21, 86:13, 86:14, 88:16, 89:15, 89:16, 89:17, 89:18, 90:21, 90:23, 90:24, 91:1, 91:3, 91:4, 91:6, 91:7, 91:8, 91:9, 91:11, 91:12, 91:13, 91:14, 91:16, 92:24, 93:1, 93:3, 93:4, 93:5, 93:6, 94:13, 94:14, 95:11, 96:21, 97:10, 98:1, 100:7, 100:11, 100:13, 101:15, 102:15, 102:18, 102:21, 102:24, 103:11, 103:12, 103:13, 103:15, 103:17, 103:20, 103:21, 103:22, 103:23, 104:6, 104:8, 104:12, 104:14, 104:16, 104:19, 104:20, 104:22, 105:15, 105:16, 105:20, 106:1, 106:5, 106:7, 106:10, 107:11, 107:17, 108:24, 109:1, 109:5, 109:12, 109:16, 109:17, 109:25, 110:2, 110:4, 110:6, 110:8, 110:13, 110:16, 110:19, 110:23, 111:2, 111:20, 111:22, 111:24, 111:25, 112:1, 112:3, 112:4, 112:5, 113:6, 113:8, 113:16, 113:20, 113:25, 114:2, 115:24, 116:2, 117:3, 118:8, 118:9, 118:19, 118:22, 119:12, 119:15, 119:25, 120:6, 120:10, 120:14, 120:16, 120:20, 120:22, 120:25, 121:1, 121:3, 121:13, 123:4, 123:9, 123:13, 123:15, 123:16, 123:17, 123:19, 123:22, 124:2, 124:14, 124:17, 124:23, 124:25, 125:2, 125:7, 125:9, 125:10, 127:19, 127:22, 127:24, 128:6, 128:8, 128:11, 128:23, 129:1, 129:4, 129:7, 129:13, 129:16, 129:18, 129:22, 130:17, 131:4, 131:12, 131:15, 132:17, 132:19, 132:22, 132:25, 133:2, 133:3, 133:4, 133:7, 133:12, 133:14, 134:21, 134:23, 136:3, 136:4, 136:5, 136:7, 136:8, 136:9, 136:10, 136:13, 136:16, 136:18, 136:20, 136:25, 137:12, 137:15, 137:18, 142:3, 142:8, 144:20, 145:10, 150:11, 151:13, 152:1, 152:12, 152:13, 152:15, 152:17, 153:22, 153:23, 153:24, 154:9, 154:13, 154:19, 154:21, 154:23,
154:25, 155:3, 155:7, 155:9, 155:11, 155:12, 155:14, 155:15, 156:12, 156:17, 156:24, 157:2, 157:4, 157:5, 157:8, 160:16, 160:17, 160:18, 160:19, 160:20, 160:22, 162:5, 162:12, 162:16, 162:18, 162:20, 162:21, 162:22, 162:23, 163:24, 163:25, 165:9, 165:25, 166:2, 168:1, 168:3, 168:4, 168:5, 168:7, 168:14, 168:16, 168:22, 168:25, 169:3
**themselves** [1] - 5:21
**thereafter** [2] - 9:21, 13:5
**thereof** [1] - 8:9
**thin** [1] - 145:22
**third** [8] - 106:22, 107:3, 112:24, 116:21, 116:22, 141:21, 142:24
**Third** [1] - 115:8
**thirds** [2] - 144:4, 167:19
**Thirteen** [1] - 94:14
**thousand** [8] - 22:16, 22:19, 22:22, 22:25, 23:13, 38:3, 43:10, 167:5
**threatening** [2] - 55:24, 58:25
**three** [51] - 12:17, 12:22, 13:3, 19:12, 19:13, 19:16, 22:20, 24:14, 29:24, 31:14, 31:15, 31:18, 33:14, 34:15, 34:19, 36:21, 37:1, 37:3, 37:4, 37:7, 37:8, 37:11, 37:14, 37:19, 37:20, 38:16, 44:18, 46:22, 52:9, 52:11, 60:19, 64:25, 73:2, 73:19, 74:10, 74:12, 74:13, 75:1, 76:19, 107:3, 113:3, 114:19, 116:7, 126:12, 135:25, 137:2, 137:14, 137:16, 158:23
**Three** [6] - 33:17, 52:7, 52:9, 52:13, 94:8, 123:4
**three-page** [1] - 116:7
**throwing** [1] - 151:15
**Thursday** [1] - 85:14
**Thursdays** [1] - 87:10
**tidy** [1] - 71:13
**Tidying** [1] - 70:6
**tiles** [5] - 70:5, 70:6, 70:9, 70:10, 71:4
**time-and-a-half** [1] - 8:20
**time-recording** [1] - 11:6
**timeline** [3] - 12:18, 57:21, 160:12
**tip** [10] - 44:5, 44:7, 44:9, 44:20, 44:24, 45:7, 143:5, 143:7, 143:9, 143:11
**tips** [6] - 44:11, 54:25, 93:3, 124:22, 143:11, 151:8
**title** [4] - 80:15, 168:3, 168:5
**Title** [1] - 168:5
**today** [9] - 5:1, 5:3, 5:6, 36:17, 36:18, 63:1, 137:25, 138:13, 159:14
**Today** [1] - 124:8
**together** [11] - 10:14, 10:18, 49:14, 65:3, 67:18, 89:19, 89:21, 136:5, 136:8, 163:22
**Tom** [3] - 78:10, 102:16, 161:3
**tomorrow** [6] - 5:4, 124:4, 124:25, 168:12, 168:19, 169:3
**took** [17] - 13:7, 14:14, 17:18, 17:22,
19:9, 19:13, 20:24, 21:1, 23:16, 57:20, 58:10, 59:10, 70:5, 77:18, 77:19, 92:25, 163:3
**top** [1] - 40:23
**total** [2] - 75:9, 165:2
**tour** [1] - 30:9
**tow** [1] - 129:5
**Toward** [1] - 97:17
**toward** [4] - 15:13, 53:21, 106:21, 115:5
**towards** [5] - 19:1, 40:10, 40:23, 106:18, 118:15
**Towards** [3] - 57:25, 114:18, 115:3
**Transcript** [1] - 2:9
**TRANSCRIPT** [1] - 1:15
**Transcription** [1] - 2:9
**Transfer** [1] - 116:7
**transfer** [1] - 116:14
**translate** [1] - 47:14
**transportation** [1] - 4:11
**trial** [10] - 2:14, 4:6, 5:23, 6:7, 6:13, 6:17, 106:13, 110:25, 160:4, 169:7
**TRIAL** [1] - 1:15
**tried** [3] - 55:6, 55:15, 56:1
**TROY** [1] - 1:19
**true** [5] - 139:25, 141:1, 144:4, 150:18, 151:10
**truth** [1] - 16:7
**try** [4] - 5:3, 12:16, 14:6, 46:18
**trying** [6] - 45:14, 45:17, 45:22, 121:8, 156:16, 158:24
**Tuesday** [3] - 85:11, 85:13, 169:8
**Tuesdays** [1] - 87:3
**Turn** [2] - 41:2, 107:24
**turning** [1] - 153:3
**Turning** [2] - 106:24, 118:15
**twenty** [1] - 79:24
**twice** [3] - 38:22, 99:23, 108:23
**two** [41] - 7:1, 10:23, 31:14, 31:15, 31:18, 33:14, 36:21, 38:13, 38:14, 38:15, 46:22, 60:19, 71:15, 72:17, 75:1, 75:22, 81:5, 81:6, 81:8, 92:3, 98:24, 101:1, 101:2, 101:8, 101:10, 127:17, 132:23, 137:2, 137:13, 137:15, 140:11, 140:13, 144:4, 158:23, 161:17, 162:5, 162:7, 162:16, 162:18, 167:19
**Two** [4] - 38:9, 44:18, 74:10, 101:18
**two-thirds** [1] - 167:19
**type** [1] - 27:18
**typically** [3] - 33:14, 87:7, 93:10

**U**

**ultimately** [1] - 48:19
**unclear** [1] - 79:16
**under** [6] - 8:16, 8:23, 12:12, 112:10, 125:8, 135:13
**underlying** [1] - 92:18
**underpaid** [1] - 38:15
**undersigned** [1] - 107:7
**unemployment** [2] - 80:8, 80:10

**united** [1] - 4:10
**UNITED** [2] - 1:1, 1:16
**United** [1] - 1:5
**Unless** [3] - 52:18, 52:20, 129:6
**unpaid** [1] - 12:10
**unscramble** [1] - 156:16
**unusual** [1] - 4:22
**up** [40] - 5:22, 6:20, 11:4, 12:20, 13:16, 14:7, 23:5, 23:7, 36:21, 37:20, 39:17, 45:23, 46:2, 54:11, 58:3, 64:14, 70:6, 71:8, 71:10, 71:13, 72:20, 73:23, 77:24, 81:12, 88:19, 92:3, 95:20, 99:14, 99:15, 101:13, 104:12, 110:20, 118:6, 125:24, 130:13, 135:4, 148:17, 158:25, 165:9
**utilities** [1] - 140:23

**V**

**Valencia** [11] - 10:8, 46:22, 49:10, 51:17, 51:18, 51:19, 53:9, 54:7, 101:22
**valid** [1] - 49:3
**value** [3] - 137:8, 138:4, 138:25
**various** [2] - 10:1, 10:24
**verified** [1] - 118:24
**versa** [1] - 9:11
**version** [1] - 105:24
**vice** [1] - 9:11
**visit** [1] - 160:24
**visited** [3] - 126:8, 158:23, 159:12
**visits** [1] - 126:11

**W**

**wage** [10] - 8:17, 8:23, 11:22, 11:25, 12:10, 49:5, 68:16, 94:24, 127:13
**wages** [17] - 8:6, 8:8, 10:16, 10:22, 96:1, 96:11, 96:16, 96:19, 97:3, 147:14, 147:17, 150:7, 151:8, 162:3, 162:9, 162:14, 162:15
**Wait** [1] - 116:17
**wait** [6] - 11:12, 44:1, 44:4, 49:22, 62:19, 100:5
**waited** [1] - 26:22
**waiters** [3] - 45:8, 93:1, 143:12
**waiting** [2] - 48:15, 58:6
**waive** [1] - 7:13
**waived** [1] - 109:4
**Walker** [1] - 2:3
**wall** [4] - 43:19, 54:11, 68:5, 94:23
**wants** [1] - 112:2
**wash** [1] - 36:1
**wear** [2] - 66:20, 67:4
**Wednesday** [1] - 85:14
**Wednesdays** [1] - 87:7
**week** [74] - 8:12, 8:19, 10:12, 21:24, 22:24, 22:25, 23:12, 23:13, 24:5, 24:22, 25:24, 26:6, 26:11, 26:14, 27:10, 27:12, 27:18, 27:19, 27:22, 28:4, 28:5, 29:14, 29:17, 30:2, 31:14,

31:16, 31:18, 33:14, 36:16, 36:23, 38:2, 40:25, 41:1, 43:8, 43:11, 60:8, 60:19, 60:20, 60:24, 69:1, 70:20, 71:1, 74:10, 75:1, 76:8, 76:16, 76:19, 78:7, 79:3, 86:9, 88:13, 88:18, 89:1, 89:3, 89:5, 92:3, 94:16, 97:6, 97:9, 99:23, 100:25, 101:1, 101:8, 101:10, 158:23, 159:11, 165:1, 165:2, 165:4, 165:16, 167:3
**weekday** [1] - 165:22
**weekend** [2] - 165:21, 165:23
**weekly** [5] - 8:13, 9:2, 9:4, 100:19, 101:25
**weeks** [24] - 36:21, 36:25, 37:1, 37:3, 37:4, 37:8, 37:11, 37:14, 37:19, 37:20, 38:16, 81:5, 81:6, 81:8, 94:5, 94:7, 94:9, 101:18, 124:13, 135:24, 140:11, 140:13
**weigh** [1] - 131:3
**whatsoever** [1] - 6:14
**white** [3] - 41:11, 42:5, 66:3
**whole** [5] - 37:2, 74:6, 99:24, 107:8, 154:6
**wife** [1] - 92:23
**winter** [1] - 53:24
**wish** [2] - 120:16, 133:4
**withdrawn** [1] - 17:16
**withdrew** [2] - 109:6, 109:8
**witness** [63] - 5:15, 5:16, 5:18, 15:19, 16:5, 17:2, 20:2, 39:12, 43:22, 45:22, 62:4, 62:10, 62:13, 62:14, 62:15, 62:17, 62:19, 62:24, 63:5, 63:8, 63:13, 64:2, 64:5, 64:6, 64:15, 82:1, 82:2, 82:9, 83:2, 104:7, 104:8, 105:2, 105:11, 106:7, 108:21, 110:10, 110:11, 110:17, 111:23, 113:12, 120:3, 120:15, 120:21, 120:23, 122:2, 123:6, 123:10, 123:18, 123:21, 124:1, 124:23, 125:6, 129:2, 129:5, 131:10, 131:13, 133:15, 155:8, 156:2, 156:14, 168:18, 168:19, 168:23
**WITNESS** [165] - 16:6, 16:14, 17:25, 18:18, 18:22, 19:7, 19:12, 19:15, 19:18, 19:22, 19:25, 20:6, 20:8, 20:11, 20:21, 20:23, 21:4, 21:6, 22:24, 23:2, 23:5, 23:10, 23:14, 23:18, 26:12, 26:16, 26:18, 26:22, 27:1, 27:6, 27:17, 27:23, 27:25, 28:3, 30:13, 31:4, 31:7, 31:9, 31:14, 31:17, 31:19, 31:21, 34:3, 35:10, 35:13, 36:6, 37:9, 37:13, 37:16, 37:22, 38:7, 38:9, 38:12, 39:6, 39:19, 44:16, 44:18, 44:21, 44:23, 44:25, 45:3, 45:8, 45:10, 45:12, 46:5, 46:8, 46:10, 49:17, 50:1, 50:5, 51:2, 51:6, 51:8, 51:10, 51:14, 51:25, 52:2, 52:5, 52:7, 52:9, 53:6, 53:11, 53:14, 53:17, 55:15, 56:8, 57:19, 57:24, 58:8, 58:10, 58:16, 58:19, 58:23, 59:2, 60:10, 60:18, 66:10, 66:13, 66:15, 66:17, 76:14, 82:10, 82:13, 84:5, 84:8, 85:17, 85:21, 86:14, 89:16, 89:18, 90:23,

91:1, 91:6, 91:8, 91:11, 91:13, 91:16, 93:1, 93:4, 93:6, 103:12, 103:15, 103:20, 103:22, 104:19, 104:22, 105:16, 107:11, 109:16, 110:2, 110:6, 111:25, 112:3, 112:5, 118:9, 120:25, 121:3, 123:15, 123:17, 125:9, 132:19, 132:25, 133:3, 136:4, 136:7, 136:9, 136:13, 136:18, 152:13, 152:17, 153:23, 154:25, 155:11, 155:14, 160:17, 160:19, 160:22, 162:16, 162:20, 162:22, 163:25, 165:9, 168:3, 168:5, 170:3
**Witness** [2] - 104:18, 155:10
**witnessed** [1] - 54:7
**witnesses** [5] - 12:25, 120:16, 125:2, 155:3, 168:22
**woman** [7] - 66:16, 67:11, 99:10, 99:12, 99:13, 99:17, 100:2
**word** [1] - 29:3
**words** [1] - 103:6
**workday** [1] - 25:2
**worker** [1] - 101:22
**workers** [7] - 71:15, 71:16, 83:13, 83:15, 84:2, 101:19, 164:6
**works** [3] - 96:6, 96:22, 114:7
**worry** [1] - 110:8
**write** [3] - 146:11, 146:13, 146:15
**written** [4] - 4:4, 8:23, 38:19, 38:21
**wrote** [1] - 146:9

**Y**

**y'all** [1] - 136:5
**year** [9] - 17:24, 24:17, 28:16, 28:18, 28:22, 54:8, 60:2, 88:7, 90:19
**years** [7] - 46:8, 46:10, 63:4, 79:14, 79:23, 79:24, 126:19
**YORK** [1] - 1:1
**York** [7] - 1:5, 2:3, 68:6, 80:3, 84:18, 137:4, 150:5
**young** [1] - 13:17
**yourself** [6] - 39:9, 116:15, 116:21, 141:24, 145:7, 145:16

**Z**

**zero** [2] - 151:7