# TROY LAW, PLLC

ATTORNEYS /COUNSELORS AT LAW

Tel: 718 762 1324   troylawpllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 110, Flushing, New York 11355

July 17, 2023

*Via* **ECF**

Hon. Carol Bagley Amon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Joint Status Report and Request for Ruling on Damages**
      ***Sanchez Juarez, et. al. v. 156-40 GRILL LLC, et. al.* 15-cv-05081(SLT)(MDG)**

Your Honor,

We represent the Plaintiffs in this matter. We write respectfully and jointly with Defendants (Karl J. Silverberg for Evangelos Pollatos and Maria Karras-Pollatos, Craig Saunders for Konstantinos Siklas, and Lawrence F. Morrison and Brian J. Hufnagel for Michael Siderakas) as follows:

In Your Honor's Post-Trial Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52(a)(1) dated March 31, 2023, Your Honor made liability determinations as to Defendants Pollatos, Karras-Pollatos, Siderakis and Siklas. *See* Docket Entry No. 124 at *25-26. In the same Order, the Court "reserve[d] findings of fact or conclusions of law concerning damages caused in this case" and further "direct[ed] the parties to schedule a settlement conference." *See i.d.* The settlement conference before the Honorable Lee G. Dunst was held on June 7, 2027. *See* Docket Entry No. 134. Thereafter, the parties reported to the Court that they "are too far apart and unlikely to settle."

As the Court has noted in its Order, "Should that settlement hearing prove unsuccessful, [the Court] will [make] separate findings of fact and conclusions of law related to damages." *See* Docket Entry No. 124 at *26.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ John Troy*
John Troy
*Attorney for Plaintiffs*

cc: all counsel of record via ECF

/mh