MORRISON TENENBAUM PLLC
*Counsel to Michael Siderakis*
87 Walker Street, Floor 2
New York, New York 10013
Phone: 212-620-0938
Lawrence F. Morrison, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
MARCO ANTONIO SANCHEZ JUAREZ and
JANET GUTIERREZ,

       Plaintiffs                                  15-CV-5081(CBA)(LGD)

v.

156-40 GRILL LLC d/b/a TAVERNA GREEK
GRILL, EVANGELOS POLLATOS, MARIA
KARRAS-POLLATOS, MICHAEL
SIDERAKIS, and KONSTANTIN OS SIKLAS,

       Defendants.

-------------------------------------------------------X

## **NOTICE OF APPEAL**

      Notice is hereby given that Defendant Michael Siderakis in the above-captioned case hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order dated and entered on November 28, 2023 [Dkt. No. 136], and the Judgment dated and entered on December 1, 2023 [Dkt No. 137], awarding Plaintiffs damages in the amount of $168,962.04 to Sanchez; awarding damages in the amount of $22,312.22 to Gutierrez; and awarding prejudgment and post-judgment interest.

Dated: New York, New York
December 7, 2023

        MORRISON TENENBAUM PLLC

By:   */s/ Lawrence F. Morrison*
Lawrence F. Morrison
87 Walker Street, Floor 2
New York, New York 10013
Tel.: (212) 620-0938
*Counsel for Michael Siderakis*
lmorrison@m-t-law.com