UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
MARCO ANTONIO SANCHEZ JUAREZ and
JANET GUTIERREZ,
*Individually and on behalf of others similarly situated,*
                                 Plaintiffs,

               -against-

156-40 GRILL LLC
    d/b/a Taverna Greek Grill,
EVANGELOS POLLATOS,
MARIA KARRAS-POLLATOS,
MICHAEL SIDERAKIS, and
KONSTANTINOS SIKLAS,
                                 Defendants.
---------------------------------------------------------------------x

Case No: 15-cv-05081 (CBA) (LGD)

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiffs' Memorandum of Law, and all prior papers and proceedings herein, Plaintiff hereby moves this Court before the Honorable Carol Bagley Amon, United States District Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an award of attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d), 29 U.S.C. § 216(b), and N.Y. Lab. L. §§ 198.1-a and 663.1.

Dated: Flushing, NY
       December 28, 2023

                                                Respectfully submitted,
                                                TROY LAW, PLLC

                                                */s/ John Troy*
                                                John Troy
                                                Aaron B. Schweitzer
                                                41-25 Kissena Boulevard
                                                Suite 110
                                                Flushing, NY 11355
                                                Tel: (718) 762-1324
                                                troylaw@troypllc.com
                                                *Attorneys for Plaintiffs*